## REGISTRATION VIOLATION CATEGORIES AND SUB-CATEGORIES

| CATEGORIES | VIOLATIONS | LAW/RULE IN VIOLATION |
|---|---|---|
| **Illegal duplicate registrations** | 1,699 | Maryland Annotated Code, Election Law Article, Title 3. Voter Registration (Subtitles 1-6); § 3-101 |
| Match (First name, Address, DOB) | 1,288 | |
| Fuzzy Match (First name, Last name, Address, DOB +/- 30 days) | 411 | |
| **Questionable Inactive Status** | 25,084 | Maryland Annotated Code, Election Law Article, Title 3. Voter Registration (Subtitles 1-6); §§ 3-502 - 3-503 |
| No vote 2016, voted 2020, Inactive 12/2021 | 23,088 | |
| Inactive after 2022 Primary, Active Post 2022 GE, Inactive by 4/2023 | 686 | |
| Inactive before 2022 Primary, Active immediately after 2022 Primary, Inactive beginning again December 2022 | 1,310 | |
| **Active Registrations without a certified U.S. Post Office mailing address** | 3,366 | Maryland Annotated Code, Election Law Article, Title 3. Eligibility §3–102 |
| **Active Registrants who moved at least 4 years ago** | 5,680 | Maryland Annotated Code, Election Law Article, Title 3 Moved Voters §3–502 |
| **Active Registrations with no residential address (PO Box, UPS or Fedex)** | 605 | Maryland Annotated Code, Election Law Article, Title 3. Eligibility §3–102 |



EXHIBIT A

# Appendix F

| CATEGORIES | VIOLATIONS | LAW/RULE IN VIOLATION |
|---|---|---|
| Active Registrations with Nonstandard address | 296 | Maryland Annotated Code, Election Law Article, Title 3. Eligibility §3–102 |
| Active Registrants who are deceased | 1,218 | Maryland Annotated Code, Election Law Article, Title Deceased Voters 3§3–504 |
| Age discrepant registrants (younger than 16) | 883 | Maryland Annotated Code, Election Law Article, Title 3. Eligibility §3–102 |
| Questionable Registration Date | 40,518 | Maryland Annotated Code, Election Law Article, Title 3. Voter Registration (Subtitles 1-6); § 3-101 |
| January 1st registrations, all years 1900-2022 | 32,806 | |
| Change registrations dates BEFORE State Registration Dates | 4,732 | |
| State Registation Date Changed | 2,358 | |
| Date of Birth Changed | 622 | |
| **TOTAL REGISTRATION VIOLATIONS** | **79,349** | |

2