# VOTING VIOLATION CATEGORIES AND SUB-CATEGORIES

| CATEGORIES | 2020 | 2022 | LAW/RULE IN VIOLATION |
|---|---|---|---|
| Illegal duplicate registrations | 1,323 | 822 | Maryland Annotated Code, Election Law Article, Title 3. Voter Registration (Subtitles 1-6); § 3-101 |
| Apparent Voting Violation (Duplicate Match) | 1,035 | 643 | |
| Actual Voting Violation (Duplicate Match) | 15 | 7 | |
| Apparent Voting Violation (Fuzzy Match) | 288 | 179 | |
| Actual Voting Violation (Fuzzy Match) | 1 | 1 | |
| Questionable Inactive Status | 23,558 | 455 | Maryland Annotated Code, Election Law Article, Title 3. Voter Registration (Subtitles 1-6); §§ 3-502 - 3-503 |
| No vote 2016, voted 2020, Inactive 12/2021 | 23,088 | | |
| Inactive after 2022 Primary, Active Post 2022 GE, Inactive by 4/2023 | | 344 | |
| Inactive before 2022 Primary, Active immediately after 2022 Primary, Inactive again sometime after Primary | 470 | 111 | |
| Active Registrations w/o a Certified U.S. Post Office Mailing Address | 1374 | 560 | Maryland Annotated Code, Election Law Article, Title 3. Eligibility §3–102 |
| Active Registrants Who Moved at Least 4 Years Ago | 3,704 | 1379 | Maryland Annotated Code, Election Law Article, Title 3 Moved Voters §3–502 |
| Active Registrations with NO Residential Address (PO Box, UPS or Fedex) | 312 | 151 | Maryland Annotated Code, Election Law Article, Title 3. Eligibility §3–102 |
| Active Registrations with Nonstandard Address | 111 | 61 | Maryland Annotated Code, Election Law Article, Title 3. Eligibility §3–102 |
| Active Registrants who are Deceased | 4 | 0 | Maryland Annotated Code, Election Law Article, Title Deceased Voters 3§3–504 |

1

**Appendix G**

| CATEGORIES | 2020 | 2022 | LAW/RULE IN VIOLATION |
|---|---|---|---|
| **Age Discrepant** | **471** | **229** | Maryland Annotated Code, Election Law Article, Title 3. Eligibility §3–102 |
| Registrants younger than 16 | 455 | 217 | |
| Voters younger than 18; older than 115 | 15 | 11 | |
| **Questionable Registration Date** | **29,755** | **23,902** | Maryland Annotated Code, Election Law Article, Title 3; 3-102; §§3–301-3-306 |
| January 1st registrations, all years 1900-2022 | 25,587 | 21,442 | |
| Change registrations dates BEFORE State Registration Dates | 2982 | 1567 | |
| State Registation Date Changed | 842 | 596 | |
| Date of Birth Changed | 344 | 297 | |
| **Registered after General Election** | **1463** | **64** | Maryland Annotated Code, Election Law Article, Title 3; 3-102; §§3–301-3-306 |
| **VOTES APPARENT VOTING VIOLATIONS** | **62,075** | **27,633** | *Federal Law only allows for 16 Votes in Error. Help America Vote Act, 2002. 252 USC Ch. 209 § 21081 Voting Systems and Standards(5)ERROR RATES. For each processing function indicated above, the system shall achieve a target error rate of no more than one in 10,000,000 ballot positions, with a maximum acceptable error rate in the test process of one in 500,000 ballot positions. (1/125,000, 2005)* |
| **Votes Over the Allowable Error Rate** | **62,059** | **27,607** | |

2