

MARYLAND STATE BOARD OF ELECTIONS
ELECTION SYSTEMS AND SOFTWARE – EVS 5.2.0.0

**A. Required Information—In General. The technical data package shall contain all documentation previously submitted for the qualification testing of the system, including each of the following:**

**(1) Hardware schematic diagrams;**

**(2) Hardware theory of operation;**

**(3) Customer maintenance documentation;**

**(4) Operations manual;**

**(5) Software source code (both in the form of a listing and in a machine-readable form on media acceptable to the evaluation agent);**

**(6) Software system design;**

**(7) Customer documentation; and**

**(8) The report and test results of the independent test agency.**

    All of the above, with the exception of (5), were provided.

**B. Required Information—License and Warranty. The package also shall include:**

**(1) A list of all third-party software required to install or operate the system;**

    This requirement was met.

- The installation and operation documentation included third party software that is required for use of the system.

**(2) The terms of the license agreements for all software identified under §B(1) of this regulation; and**

    This requirement was not met.

- ES&S stated in their response that the licensing of third party software remains with the jurisdiction.

**(3) Warranty terms for the entire system, including all third-party software.**