Section 9.0 – General Questions | 13

- o Symbol

The EMS Servers and Workstations require each user to be identified to Windows via its User Credentials system. The hardening process establishes strong user credential settings that conform to industry best practices.

- Each user must have his/her own credentials.
- User passwords must be constructed in accordance with the following complexity rules:
  - o Not contain the user's account name or parts of the user's full name that exceed two consecutive characters.
  - o Be at least 12 characters in length.
  - o Contain characters from three of the following four categories:

– English uppercase characters (A through Z).

– English lowercase characters (a through z).

– Base 10 digits (0 through 9).

– Non-alphabetic characters (for example, !, $, #, %).

- Non-keyboard characters such as symbols are not allowed.
- User passwords are never stored in the clear.
- Each user must be assigned to a specific user group which determines the functions that the user is allowed to execute.
- The Windows configuration is set to use FIPS-compliant configuration for the design and implementation of the application password encryption algorithms.
- User passwords expire every 90 days.



EXHIBIT E

> · **Is there any remote communication technology associated with your proposed solution? If so, explain.**

### ES&S RESPONSE

The future upgrade includes adding the remote communications technology both dialup and wireless supported by our other products to this product release. The future EMS network is based on the proposed technology architecture. The EMS system includes a Windows 2008 R2 Server and Windows 7 Professional Workstations. The Workstations can be either desktop or laptop computers. The Workstations are then connected to the server using a gigabit switch.

The current closed loop LAN was given top priority when adding the wireless and wired data communications to the network architecture. In order to support the wireless and wired communications, a Demilitarized Zone (DMZ) was setup to host an SFTP Server. The DMZ configuration includes a Cisco ASA 5505 firewall and a Windows 2008 R2 Communications Server. This Server hosts both a SFTP and a Syslog Server. This Server may also host a Routing and Remote Access (RAS) Server if wired (dialup) communications is used.

The firewall supports three VLANs, Outside (Internet), Inside (EMS Network), and DMZ (SFTP Server). The firewall has a specialized configuration, which only allows: 1) the SSH protocol

between the Internet and DMZ, 2) the SSH protocol between the DMZ and the EMS Network, 3) the Network Time Protocol (NTP) to set its internal clock, and 4) logging to a Syslog server resident on the Server in the DMZ.

The DS200 Tabulators use wireless modems to connect to the SFTP Server via the Internet. In order to logon to the SFTP Server, each DS200 Tabulator is given a unique User ID and Password. The SFTP Server is configured to only allow the DS200 to push (send) data to the SFTP Server. The DS200 Tabulators are not allowed to pull data from the SFTP Server. The DS200 Tabulators may also use wired (dialup) modems to connect to the SFTP Server via the RAS Server. When using wired modems, before the DS200 Tabulator can communicate to the SFTP Server, it must first authentication with the RAS Server using Windows User ID and Password Authentication.

The Regional Results Transfer application allows results files accumulated on DS200 media devices at remote polling locations to be sent to Election Central from Regional Results Transfer sites. The Regional Results Transfer application runs on a Window 7 PC. The network options include Ethernet, dialup, wireless mobile broadband and MiFi (mobile WiFi).

In order to pull data into the EMS Network, an SFTP Client is installed on one of the ERM Workstations within the EMS Network. The SFTP Server is configured to only allow the SFTP Client to pull (receive) data from the SFTP Server in the DMZ. The SFTP protocol used by both SFTP Server and SFTP Client is FIPS 140-2 compliant. Attached is a network diagram and a list containing hardware configurations and the required COTS software for the proposed system.

The DS850 can be connected to the EMS network to an SFTP Server hosted on the EMS Server. Each DS850 is given a unique User ID and Password. The SFTP Server is setup so that the DS850 transmitted data is stored directly into the proper election data folder on the EMS Server.

- **What processes are you using for source code review and compiler security verification?**

**ES&S RESPONSE**

All ES&S source code is stored and archived on File Servers within the secure ES&S internal network infrastructure. Access to these source code repositories is limited to the ES&S developers assigned to the respective products and members of the ES&S Configuration Management Group. All changes made during the ES&S product development process goes through a peer review process whereby all source code is manually verified before being introduced as permanent changes to the system.

During the EAC Certification process, whenever source code is transferred to the EAC approved Voting System Test Lab (VSTL) to enable the source code review process, it is done using a Secure File Transfer Protocol (SFTP) between ES&S and the VSTL. The SFTP ensures that all information sent is encrypted using FIPS 140-2 compliant algorithms and cannot be modified during the transfer process.

Source code is never installed on the customer systems. Only the VSTL built product Installs, consisting of executable object code, are installed on the end-user systems. ES&S and the VSTL provide hash checking protocol to ensure that the installed object code matches the code built by the VSTL.

**Enhancing the State of Colorado Election Process**
**Uniform Voting System Request for Proposal**
**December 4, 2013**

