

During the public demonstration, 26 out of 40 voters felt that the DS200 was easy to use. 5 voters did not agree that it was easy to use, with the balance not expressed a preference.

For those voters using the ExpressVote, 13 of 19 voters felt that the system was easy to use, and no voters felt that the system was not easy to use with 6 voters not expressing an opinion either way.

### (7) the convenience of voting afforded by the system

The system will support voting taking place during the early voting period in the State, on Election Day, and absentee and provisional voting.

The system supports voting by voters with a range of disabilities, through the use of the ExpressVote ballot marking devices, using visual and non-visual means.

It is also possible to use the ExpressVote system in lieu of a Ballot on Demand system in early voting.

### (8) the timeliness of the tabulation and reporting of election returns;

Reporting of election results can take place in the polling place as soon as voting has ended. LBE results can be continuously updated as memory devices return from the polling place. Results can be transferred by modem to the EMS server.

### (9) the potential for an alternative means of verifying the tabulation

The DS850 central counter can be used to verify election day results. Despite being slower and less reliable, the ballots may be also counted by hand if necessary. This satisfies the definition of an 'alternative means of verifying the tabulation'.

### (10) accessibility for all voters with disabilities recognized by the Americans with Disabilities Act; and

The EVS 5.2.0.0 system meets the accessibility requirements of the 2005 Voluntary Voting System Guidelines.

### (11) any other factor that the State Board considers relevant

The EVS 5.2.0.0 system meets requirements for the above considerations.