Gmail

James Randisi <jamesrandisi1@gmail.com>

---

**Fwd: REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022**
1 message

---

**PublicRecordsRequest ElectionData** <electionspublicrecordsrequest@gmail.com>                                         Thu, Nov 30, 2023 at 3:07 PM
To: jamesrandisi1@gmail.com

---

--------- Forwarded message ---------
From: **Brajkovic, Boris** <Boris.Brajkovic@montgomerycountymd.gov>
Date: Fri, Oct 27, 2023 at 1:53 PM
Subject: RE: REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022
To: PublicRecordsRequest ElectionData <electionspublicrecordsrequest@gmail.com>

Good afternoon Ms. Judy,

This acknowledges receipt of your Maryland Public Information Act request seeking public records regarding "ES&S EL68A reports Nov 2018, Nov 2020, Nov 2022." You have also requested a number of reports/logs from all DS200s and DS850s.

Please allow this letter to serve as notice that it will take more than ten (10) days to respond to your Maryland Public Information Act request. In addition, I am writing to respectfully request that you try to narrow the scope of your request. There are anywhere from 700-1,000 tapes/reports if one were to produce the reports you have requested for each DS200 and DS850. The DS200s are in each polling place and at least two (2) tapes are prepared for each machine. It would take an inordinate amount of time to reproduce those documents and would cost you thousands of dollars to do so. The MPIA is considered an iterative process. The parties should attempt to work to narrow the scope of any MPIA requests that are burdensome in nature. Please try to narrow the scope of your request. If you are not willing to do so, we will provide you a fee estimate but it will be substantial in nature.

I look forward to hearing from you.

Sincerely,

Boris Brajkovic

**Boris Brajkovic**

**Election Director**

**Montgomery County Board of Elections**

18753 N. Frederick Avenue, Suite 210

Gaithersburg, Maryland 20879

240-777-8523 (office)

240-372-5152 (cell)

Boris.Brajkovic@montgomerycountymd.gov

---

From: Elections, Board-Of <Board-Of.Elections@montgomerycountymd.gov>
Sent: Monday, October 16, 2023 8:55 AM
To: Brajkovic, Boris <Boris.Brajkovic@montgomerycountymd.gov>
Cc: Ross, Janet A. <Janet.Ross@montgomerycountymd.gov>
Subject: FW: REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022

---

From: PublicRecordsRequest ElectionData <electionspublicrecordsrequest@gmail.com>
Sent: Monday, October 16, 2023 8:10 AM
To: Elections, Board-Of <Board-Of.Elections@montgomerycountymd.gov>
Subject: REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022

**[EXTERNAL EMAIL]**

RE:  REQUEST FOR PUBLIC RECORDS  ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022

Dear Custodian of Records

Pursuant to the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland.  I am requesting the following: copies of ES&S **reports and Public Records** within the  Board of Elections office:

    - November 2018 General Election - ES&S Report EL68A - Also known as the System Log

    - November 2020 General Election - ES&S Report EL68A - Also known as System Log

EXHIBIT

I

- November 2022 General Election - ES&S Report EL68A - Also known as System Log

We are requesting that this data be provided in the original digital format, that it was generated, stored, kept and transmitted. See the image below extracted from the reports section of the Operators Manual Reports Section.

## Chapter 33: Log

Generate log reports to check the status of your election equipment and software. Refer to your log reports if any errors occur during the vote counting process.

**System Log:** Generate a System Log report to list every action performed in your election system in chronological order.

**Results Corrections Log:** Generate the Results Corrections Log to view user altered election totals. The Results Corrections Log lists your candidate names, any user altered totals, the date and time that election totals were altered and the original totals for each user altered contest.

## System Log

ERM maintains one audit file that records log records for activities performed within the application. The creation of this audit file cannot be disabled by the ERM application.

 **NOTE:** The System Log is not erased when the results database is reset or recreated.

There are three ways to view the contents of this audit file.

❖ Print the ERM System Log using the steps described under this heading.

These **PUBLIC RECORDS** requested fall under Maryland PIA as they are automatically generated in the course of official government business, duties in the administration of official elections. Maryland General Provisions Code § 4-101(k)(1) "Public record" means the original or any copy of any documentary material that: (i)    is made by a unit or an instrumentality of the State or of a political subdivision or received by the unit or instrumentality in connection with the transaction of public business; and

(ii)   is in any form, including:

2.   a computerized record;

6.   a form;

The data format that the ES&S Software **AUTOMATICALLY** generates these public records is the .LST file format.

**The following reports/logs are being specifically requested for the each and all DS200, DS850**

Tabulator used to administer the election:

a.) ***Machine Configuration***

b.) ***Initial State Report*** for each and every tabulator used.

c.) ***Zero Total Report***

d.) ***STATUS REPORT***

e.) ***VOTING RESULTS REPORT***

f.) ***BALLOT STATUS ACCOUNTING REPORT***

g.) ***AUDIT LOG*** to include all entries

h.) ***System Configuration***

i.) ***Election Configuration***

We are also requesting the following information regarding Runbeck Software and Services that you are currently using to administer elections in Maryland.

- Audit Log For the NOVUS Runbeck Ballot Duplication Software used in the administration of elections.
- Runbeck NOVUS - Certification For Use In Maryland

We are requesting that this data be provided for the time period covering January 1, 2018 to Present.

In compliance with the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, no request being presented in this FOIA document would "facilitate unauthorized access to or the unauthorized modification, disclosure, or destruction of:

1.   Data or information, whether physical or virtual; or

2.   Information technology resources as defined in the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, which includes:

a.   Information relating to the security of a supervisor of elections' technology, processes, and practices designed to protect networks, computers, data processing software, and data from attack, damage, or unauthorized access; or

b.   Security information, whether physical or virtual, which relates to a supervisor of elections' existing or proposed information technology systems."

Therefore, no part of this request should be denied.  However, should your deny my request, or any part of the request, please state in writing the basis for the denial, including the exact statutory citation authorizing the denial as required by the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland; and clearly print your name and title, and sign this denial.

Maryland's Public Information Act ("PIA") gives the public the right to access government records without unnecessary cost and delay.

I will contact your office within 24 hours to discuss when I may expect the fulfillment of my request.  If you have any questions, please contact me at the number below.

Respectfully,

Maryann Judy

**410-924-3919 Direct**

For Elections - Public Records Requests



For more helpful Cybersecurity Resources, visit: https://www.montgomerycountymd.gov/cybersecurity

 Gmail

James Randisi <jamesrandisi1@gmail.com>

---

**Fwd: REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022**
1 message

PublicRecordsRequest ElectionData <electionspublicrecordsrequest@gmail.com>                                Thu, Nov 30, 2023 at 3:08 PM
To: jamesrandisi1@gmail.com

---------- Forwarded message ----------
From: Dionne Church -SBE- <dionne.church@maryland.gov>
Date: Mon, Oct 23, 2023 at 8:00 AM
Subject: Re: REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022
To: <electionspublicrecordsrequest@gmail.com>

Dear Elections Public Records Request,

Good afternoon!  This email correspondence is sent to you in response to your email correspondence dated Monday, October 16, 2023, in which you requested certain materials.

There are no documents responsive to the request.

Very truly yours,
**Dionne Church**
Election Director
Wicomico County Board of Elections
410-548-4830 ext. 104
dionne.church@maryland.gov

On Tue, Oct 17, 2023 at 8:31 AM Wicomico Elections -SBE- <wicomico.elections@maryland.gov> wrote:

---------- Forwarded message ----------
From: PublicRecordsRequest ElectionData <electionspublicrecordsrequest@gmail.com>
Date: Mon, Oct 16, 2023 at 8:13 AM
Subject: REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022
To: <wicomico.elections@maryland.gov>

RE:  REQUEST FOR PUBLIC RECORDS  ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022

Dear Custodian of Records

Pursuant to the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland.  I am requesting the following: copies of ES&S **reports and Public Records** within the  Board of Elections office:

- November 2018 General Election - ES&S Report EL68A - Also known as the System Log
- November 2020 General Election - ES&S Report EL68A - Also known as System Log
- November 2022 General Election - ES&S Report EL68A - Also known as System Log

We are requesting that this data be provided in the original digital format, that it was generated, stored, kept and transmitted. See the image below extracted from the reports section of the Operators Manual Reports Section.

## Chapter 33: Log

Generate log reports to check the status of your election equipment and software. Refer to your log reports if any errors occur during the vote counting process.

**System Log:** Generate a System Log report to list every action performed in your election system in chronological order.

**Results Corrections Log:** Generate the Results Corrections Log to view user altered election totals. The Results Corrections Log lists your candidate names, any user altered totals, the date and time that election totals were altered and the original totals for each user altered contest.

## System Log

ERM maintains one audit file that records log records for activities performed within the application. The creation of this audit file cannot be disabled by the ERM application.

 **NOTE:**  The System Log is not erased when the results database is reset or recreated.

There are three ways to view the contents of this audit file.

❖ Print the ERM System Log using the steps described under this heading.

These **PUBLIC RECORDS** requested fall under Maryland PIA as they are automatically generated in the course of official government business, duties in the administration of official elections. Maryland General

Provisions Code § 4-101(k)(1) "Public record" means the original or any copy of any documentary material that: (i)    is made by a unit or an instrumentality of the State or of a political subdivision or received by the unit or instrumentality in connection with the transaction of public business; and

(ii)    is in any form, including:

2.    a computerized record;

6.    a form;

The data format that the ES&S Software **AUTOMATICALLY** generates these public records is the .LST file format.

**The following reports/logs are being specifically requested for the each and all DS200, DS850**

Tabulator used to administer the election:

a.) ***Machine Configuration***

b.) ***Initial State Report*** for each and every tabulator used.

c.) ***Zero Total Report***

d.) ***STATUS REPORT***

e.) ***VOTING RESULTS REPORT***

f.) ***BALLOT STATUS ACCOUNTING REPORT***

g.) ***AUDIT LOG*** to include all entries

h.) ***System Configuration***

i.) ***Election Configuration***


We are also requesting the following information regarding Runbeck Software and Services that you are currently using to administer elections in Maryland.

- Audit Log For the NOVUS Runbeck Ballot Duplication Software used in the administration of elections.
- Runbeck NOVUS - Certification For Use In Maryland

We are requesting that this data be provided for the time period covering January 1, 2018 to Present.

In compliance with the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, no request being presented in this FOIA document would "facilitate unauthorized access to or the unauthorized modification, disclosure, or destruction of:

1.    Data or information, whether physical or virtual; or

2.    Information technology resources as defined in the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, which includes:

a.    Information relating to the security of a supervisor of elections' technology, processes, and practices designed to protect networks, computers, data processing software, and data from attack, damage, or unauthorized access; or

b.    Security information, whether physical or virtual, which relates to a supervisor of elections' existing or proposed information technology systems."

Therefore, no part of this request should be denied.  However, should you deny my request, or any part of the request, please state in writing the basis for the denial, including the exact statutory citation authorizing the denial as required by the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland; and clearly print your name and title, and sign this denial.

Maryland's Public Information Act ("PIA") gives the public the right to access government records without unnecessary cost and delay.

I will contact your office within 24 hours to discuss when I may expect the fulfillment of my request.  If you have any questions, please contact me at the number below.

Respectfully,

Maryann Judy
410-924-3919 Direct
For Elections - Public Records Requests

   Gmail                                                             James Randisi <jamesrandisi1@gmail.com>

**Fwd: REQUEST FOR PUBLIC RECORDS Calvert County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022**
1 message

Records Requests <records@thejusticesociety.com>                                        Thu, Nov 30, 2023 at 3:00 PM
To: James Randisi <jamesrandisi1@gmail.com>

---------- Forwarded message ---------
From: **Scott, Kristen E.** <Kristen.Scott@calvertcountymd.gov>
Date: Mon, Oct 23, 2023 at 11:37 AM
Subject: RE: REQUEST FOR PUBLIC RECORDS Calvert County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022
To: Records Requests <records@thejusticesociety.com>

Dear Mr. Fletcher,

The Calvert County Election Board has received your request for ES&S Report EL68A for the November 2018, 2020 and 2022 General Elections as well as your request for the audit log for the NOVUS Runbeck Ballot Duplication Software and the Runbeck NOVUS certification. We have no responsive documents for this request. Thank you, Kristen

*Kristen E. Scott*

Executive Administrative Aide

Calvert County Election Board

30 Duke St. / Lower Level

PO Box 798

Prince Frederick, MD 20678

410-535-2214 x 4

Kristen.Scott@calvertcountymd.gov



From: Records Requests <records@thejusticesociety.com>
Sent: Friday, October 13, 2023 6:52 PM
To: Election Board <elections@calvertcountymd.gov>
Subject: REQUEST FOR PUBLIC RECORDS Calvert County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022

----

**This Message Is From an External Sender**

This message came from outside your organization.

----

RE:  REQUEST FOR PUBLIC RECORDS Calvert County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022

Dear Custodian of Records Calvert County

Pursuant to the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland.  I am requesting the following: copies of ES&S **reports and Public Records** within the Calvert County Board of Elections office:

          **- November 2018 General Election - ES&S Report EL68A - Also known as the System Log**

          **- November 2020 General Election - ES&S Report EL68A - Also known as System Log**

          **- November 2022 General Election - ES&S Report EL68A - Also known as System Log**

We are requesting that this data be provided in the original digital format, that it was generated, stored, kept and transmitted. See the image below extracted from the reports section of the Operators Manual Reports Section.

## Chapter 33: Log

Generate log reports to check the status of your election equipment and software. Refer to your log reports if any errors occur during the vote counting process.

**System Log:** Generate a System Log report to list every action performed in your election system in chronological order.

**Results Corrections Log:** Generate the Results Corrections Log to view user altered election totals. The Results Corrections Log lists your candidate names, any user altered totals, the date and time that election totals were altered and the original totals for each user altered contest.

## System Log

ERM maintains one audit file that records log records for activities performed within the application. The creation of this audit file cannot be disabled by the ERM application.

 **NOTE:** The System Log is not erased when the results database is reset or recreated.

There are three ways to view the contents of this audit file.

❖ Print the ERM System Log using the steps described under this heading.

These **PUBLIC RECORDS** requested fall under Maryland PIA as they are automatically generated in the course of official government business, duties in the administration of official elections. Maryland General Provisions Code § 4-101(k)(1) "Public record" means the original or any copy of any documentary material that: (i)   is made by a unit or an instrumentality of the State or of a political subdivision or received by the unit or instrumentality in connection with the transaction of public business; and

(ii)   is in any form, including:

2.   a computerized record;

6.   a form;

The data format that the ES&S Software **AUTOMATICALLY** generates these public records is the .LST file format.

**The following reports/logs are being specifically requested for the each and all DS200, DS850**

Tabulator used to administer the election:

a.) \*\*\*Machine Configuration\*\*\*

b.) \*\*\*Initial State Report\*\*\* for each and every tabulator used.

c.) \*\*\*Zero Total Report\*\*\*

d.) \*\*\*STATUS REPORT\*\*\*

e.) \*\*\*VOTING RESULTS REPORT\*\*\*

f.) \*\*\*BALLOT STATUS ACCOUNTING REPORT\*\*\*

g.) \*\*\*AUDIT LOG\*\*\* to include all entries

h.) \*\*\*System Configuration\*\*\*

i.) \*\*\*Election Configuration\*\*\*

We are also requesting the following information regarding Runbeck Software and Services that you are currently using to administer elections in Maryland.

- Audit Log For the NOVUS Runbeck Ballot Duplication Software used in the administration of elections.
- Runbeck NOVUS - Certification For Use In Maryland

We are requesting that this data be provided for the time period covering January 1, 2018 to Present.

In compliance with the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, no request being presented in this FOIA document would "facilitate unauthorized access to or the unauthorized modification, disclosure, or destruction of:

1.   Data or information, whether physical or virtual; or

2.   Information technology resources as defined in the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, which includes:

a.   Information relating to the security of a supervisor of elections' technology, processes, and practices designed to protect networks, computers, data processing software, and data from attack, damage, or unauthorized access; or

b.   Security information, whether physical or virtual, which relates to a supervisor of elections' existing or proposed information technology systems."

Therefore, no part of this request should be denied.   However, should you deny my request, or any part of the request, please state in writing the basis for the denial, including the exact statutory citation authorizing the denial as required by the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland; and clearly print your name and title, and sign this denial.

Maryland's Public Information Act ("PIA") gives the public the right to access government records without unnecessary cost and delay.

I will contact your office within 24 hours to discuss when I may expect the fulfillment of my request.   If you have any questions, please contact me at the number below.

Respectfully,

Michael Fletcher

For The Justice Society

       



James Randisi <jamesrandisi1@gmail.com>

---

## Fwd: REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022

1 message

---

**PublicRecordsRequest ElectionData** <electionspublicrecordsrequest@gmail.com>    Thu, Nov 30, 2023 at 3:09 PM
To: jamesrandisi1@gmail.com

---------- Forwarded message ---------
From: **Mickley, Guy** <gmickley@howardcountymd.gov>
Date: Mon, Oct 16, 2023 at 11:31 AM
Subject: RE: REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022
To: PublicRecordsRequest ElectionData <electionspublicrecordsrequest@gmail.com>

The Howard County Board of Elections has no responsive documents in relation to this request.

---

**From:** PublicRecordsRequest ElectionData <electionspublicrecordsrequest@gmail.com>
**Sent:** Monday, October 16, 2023 8:11 AM
**To:** Mickley, Guy <gmickley@howardcountymd.gov>
**Subject:** REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022

[Note: This email originated from outside of the organization. Please only click on links or attachments if you know the sender.]

**RE:  REQUEST FOR PUBLIC RECORDS  ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022**

Dear Custodian of Records

Pursuant to the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland.  I am requesting the following: copies of ES&S **reports and Public Records** within the  Board of Elections office:

   **- November 2018 General Election - ES&S Report EL68A - Also known as the System Log**

   **- November 2020 General Election - ES&S Report EL68A - Also known as System Log**

   **- November 2022 General Election - ES&S Report EL68A - Also known as System Log**

We are requesting that this data be provided in the original digital format, that it was generated, stored, kept and transmitted. See the image below extracted from the reports section of the Operators Manual Reports Section.

These **PUBLIC RECORDS** requested fall under Maryland PIA as they are automatically generated in the course of official government business, duties in the administration of official elections. Maryland General Provisions Code § 4-101(k)(1) "Public record" means the original or any copy of any documentary material that: (i)   is made by a unit or an instrumentality of the State or of a political subdivision or received by the unit or instrumentality in connection with the transaction of public business; and

(ii)   is in any form, including:

2.   a computerized record;

6.   a form;

The data format that the ES&S Software **AUTOMATICALLY** generates these public records is the .LST file format.

**The following reports/logs are being specifically requested for the each and all DS200, DS850**

Tabulator used to administer the election:

a.) ***Machine Configuration***

b.) ***Initial State Report*** for each and every tabulator used.

c.) ***Zero Total Report***

d.) ***STATUS REPORT***

e.) ***VOTING RESULTS REPORT***

f.) ***BALLOT STATUS ACCOUNTING REPORT***

g.) ***AUDIT LOG*** to include all entries

h.) ***System Configuration***

i.) ***Election Configuration***

We are also requesting the following information regarding Runbeck Software and Services that you are currently using to administer elections in Maryland.

- **Audit Log For the NOVUS Runbeck Ballot Duplication Software used in the administration of elections.**
- **Runbeck NOVUS - Certification For Use In Maryland**

We are requesting that this data be provided for the time period covering January 1, 2018 to Present.

In compliance with the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, no request being presented in this FOIA document would "facilitate unauthorized access to or the unauthorized modification, disclosure, or destruction of:

1.   Data or information, whether physical or virtual; or

2.   Information technology resources as defined in the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, which includes:

a.   Information relating to the security of a supervisor of elections' technology, processes, and practices designed to protect networks, computers, data processing software, and data from attack, damage, or unauthorized access; or

b.   Security information, whether physical or virtual, which relates to a supervisor of elections' existing or proposed information technology systems."

Therefore, no part of this request should be denied.  However, should you deny my request, or any part of the request, please state in writing the basis for the denial, including the exact statutory citation authorizing the denial as required by the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland; and clearly print your name and title, and sign this denial.

Maryland's Public Information Act ("PIA") gives the public the right to access government records without unnecessary cost and delay.

I will contact your office within 24 hours to discuss when I may expect the fulfillment of my request.  If you have any questions, please contact me at the number below.

Respectfully,

**Maryann Judy**

**410-924-3919 Direct**

For Elections - Public Records Requests



James Randisi <jamesrandisi1@gmail.com>

---

## Fwd: REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022
1 message

---

**PublicRecordsRequest ElectionData** <electionspublicrecordsrequest@gmail.com>       Thu, Nov 30, 2023 at 3:07 PM
To: jamesrandisi1@gmail.com

---------- Forwarded message ---------
From: **Diane Loibel** <dloibel@alleganygov.org>
Date: Mon, Oct 23, 2023 at 9:06 PM
Subject: RE: REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022
To: PublicRecordsRequest ElectionData <electionspublicrecordsrequest@gmail.com>

Allegany County does not have any responsive documents for this request.

Thanks,

Diane



**Diane Loibel**
Administrator of Elections
Allegany County Board of Elections
Allegany County Government

t: 301-777-5931
w: http://www.alleganygov.org
a: Allegany County Complex
   Suite 231
   701 Kelly Rd
   Cumberland, MD 21502

**From:** PublicRecordsRequest ElectionData <electionspublicrecordsrequest@gmail.com>
**Sent:** Monday, October 16, 2023 8:14 AM
**To:** elections@alleganygov.org
**Subject:** REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022

**RE:  REQUEST FOR PUBLIC RECORDS  ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022**

Dear Custodian of Records

Pursuant to the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of
Maryland.  I am requesting the following: copies of ES&S **reports and Public Records** within the  Board of

Elections office:

    **- November 2018 General Election - ES&S Report EL68A - Also known as the System Log**

    **- November 2020 General Election - ES&S Report EL68A - Also known as System Log**

    **- November 2022 General Election - ES&S Report EL68A - Also known as System Log**

We are requesting that this data be provided in the original digital format, that it was generated, stored, kept and transmitted. See the image below extracted from the reports section of the Operators Manual Reports Section.

These **PUBLIC RECORDS** requested fall under Maryland PIA as they are automatically generated in the course of official government business, duties in the administration of official elections. Maryland General Provisions Code § 4-101(k)(1) "Public record" means the original or any copy of any documentary material that: (i)    is made by a unit or an instrumentality of the State or of a political subdivision or received by the unit or instrumentality in connection with the transaction of public business; and

(ii)   is in any form, including:

2.   a computerized record;

6.   a form;

The data format that the ES&S Software **AUTOMATICALLY** generates these public records is the .LST file format.

**The following reports/logs are being specifically requested for the each and all DS200, DS850**

Tabulator used to administer the election:

**a.) ***Machine Configuration*****

**b.) ***Initial State Report*** for each and every tabulator used.**

**c.) ***Zero Total Report*****

**d.) ***STATUS REPORT*****

**e.) \*\*\*VOTING RESULTS REPORT\*\*\***

**f.) \*\*\*BALLOT STATUS ACCOUNTING REPORT\*\*\***

**g.) \*\*\*AUDIT LOG\*\*\* to include all entries**

**h.) \*\*\*System Configuration\*\*\***

**i.) \*\*\*Election Configuration\*\*\***

We are also requesting the following information regarding Runbeck Software and Services that you are currently using to administer elections in Maryland.

- **Audit Log For the NOVUS Runbeck Ballot Duplication Software used in the administration of elections.**
- **Runbeck NOVUS - Certification For Use In Maryland**

We are requesting that this data be provided for the time period covering January 1, 2018 to Present.

In compliance with the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, no request being presented in this FOIA document would "facilitate unauthorized access to or the unauthorized modification, disclosure, or destruction of:

1. Data or information, whether physical or virtual; or

2. Information technology resources as defined in the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, which includes:

a. Information relating to the security of a supervisor of elections' technology, processes, and practices designed to protect networks, computers, data processing software, and data from attack, damage, or unauthorized access; or

b. Security information, whether physical or virtual, which relates to a supervisor of elections' existing or proposed information technology systems."

Therefore, no part of this request should be denied. However, should you deny my request, or any part of the request, please state in writing the basis for the denial, including the exact statutory citation authorizing the denial as required by the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland; and clearly print your name and title, and sign this denial.

Maryland's Public Information Act ("PIA") gives the public the right to access government records without unnecessary cost and delay.

I will contact your office within 24 hours to discuss when I may expect the fulfillment of my request. If you have any questions, please contact me at the number below.

Respectfully,

**Maryann Judy**

**410-924-3919 Direct**

For Elections - Public Records Requests

 **Gmail**

James Randisi <jamesrandisi1@gmail.com>

**Fwd: REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022**
1 message

**PublicRecordsRequest ElectionData** <electionspublicrecordsrequest@gmail.com>    Thu, Nov 30, 2023 at 3:08 PM
To: jamesrandisi1@gmail.com

---------- Forwarded message ----------
From: **PublicRecordsRequest ElectionData** <electionspublicrecordsrequest@gmail.com>
Date: Fri, Oct 20, 2023 at 12:53 AM
Subject: Fwd: REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022
To: <maryannmjudy@yahoo.com>, <mhfletch673@gmail.com>, <mhfletch@comcast.net>, <rsachs@rmr.com>

---------- Forwarded message ----------
From: **Talbot Elections -SBE-** <talbot.elections@maryland.gov>
Date: Mon, Oct 16, 2023 at 12:33 PM
Subject: REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022
To: PublicRecordsRequest ElectionData <electionspublicrecordsrequest@gmail.com>

Dear Maryann Judy,

I have reviewed your request for public information. Please see the attached response.

Regards,
Tammy Stafford
Election Director

On Mon, Oct 16, 2023 at 8:14 AM PublicRecordsRequest ElectionData <electionspublicrecordsrequest@gmail.com> wrote:
**RE: REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022**

Dear Custodian of Records

Pursuant to the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland. I am requesting the following: copies of ES&S **reports and Public Records** within the Board of Elections office:

- November 2018 General Election - ES&S Report EL68A - Also known as the System Log
- November 2020 General Election - ES&S Report EL68A - Also known as System Log
- November 2022 General Election - ES&S Report EL68A - Also known as System Log

We are requesting that this data be provided in the original digital format, that it was generated, stored, kept and transmitted. See the image below extracted from the reports section of the Operators Manual Reports Section.

## Chapter 33: Log

Generate log reports to check the status of your election equipment and software. Refer to your log reports if any errors occur during the vote counting process.

**System Log:** Generate a System Log report to list every action performed in your election system in chronological order.

**Results Corrections Log:** Generate the Results Corrections Log to view user altered election totals. The Results Corrections Log lists your candidate names, any user altered totals, the date and time that election totals were altered and the original totals for each user altered contest.

## System Log

ERM maintains one audit file that records log records for activities performed within the application. The creation of this audit file cannot be disabled by the ERM application.

 **NOTE:** The System Log is not erased when the results database is reset or recreated.

There are three ways to view the contents of this audit file.

❖ Print the ERM System Log using the steps described under this heading.

These **PUBLIC RECORDS** requested fall under Maryland PIA as they are automatically generated in the course of official government business, duties in the administration of official elections. Maryland General Provisions Code § 4-101(k)(1) "Public record" means the original or any copy of any documentary material that: (i)   is made by a unit or an instrumentality of the State or of a political subdivision or received by the unit or instrumentality in connection with the transaction of public business; and

(ii)    is in any form, including:

2.    a computerized record;

6.    a form;

The data format that the ES&S Software **AUTOMATICALLY** generates these public records is the .LST file format.

The following reports/logs are being specifically requested for the each and all DS200, DS850

Tabulator used to administer the election:

a.) ***Machine Configuration***

b.) ***Initial State Report*** for each and every tabulator used.

c.) ***Zero Total Report***

d.) ***STATUS REPORT***

e.) ***VOTING RESULTS REPORT***

f.) ***BALLOT STATUS ACCOUNTING REPORT***

g.) ***AUDIT LOG*** to include all entries

h.) ***System Configuration***

i.) ***Election Configuration***

We are also requesting the following information regarding Runbeck Software and Services that you are currently using to administer elections in Maryland.

- Audit Log For the NOVUS Runbeck Ballot Duplication Software used in the administration of elections.
- Runbeck NOVUS - Certification For Use In Maryland

We are requesting that this data be provided for the time period covering January 1, 2018 to Present.

In compliance with the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, no request being presented in this FOIA document would "facilitate unauthorized access to or the unauthorized modification, disclosure, or destruction of:

1. Data or information, whether physical or virtual; or

2. Information technology resources as defined in the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, which includes:

a. Information relating to the security of a supervisor of elections' technology, processes, and practices designed to protect networks, computers, data processing software, and data from attack, damage, or unauthorized access; or

b. Security information, whether physical or virtual, which relates to a supervisor of elections' existing or proposed information technology systems."

Therefore, no part of this request should be denied.  However, should you deny my request, or any part of the request, please state in writing the basis for the denial, including the exact statutory citation authorizing the denial as required by the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland; and clearly print your name and title, and sign this denial.

Maryland's Public Information Act ("PIA") gives the public the right to access government records without unnecessary cost and delay.

I will contact your office within 24 hours to discuss when I may expect the fulfilment of my request.  If you have any questions, please contact me at the number below.

Respectfully,

Maryann Judy
410-924-3919 Direct
For Elections - Public Records Requests

--

**Talbot County Board of Elections**
215 Bay Street #7 Easton, MD 21601
p: (410) 770-8099 f: (410) 770-8078

📄 PIAResponse_Judy.pdf
324K



# TALBOT COUNTY BOARD OF ELECTIONS

P.O. Box 353
Easton, MD 21601

Phone: 410-770-8099  ❖  Fax: 410-770-8078
Email: Talbot.Elections@maryland.gov

October 16, 2023

Dear Michael Fletcher:

I have received your email dated October 13, 2023, in which you request certain records under the Public Information Act, Annotated Code of Maryland, General Provisions Article ("GP"), § 4-101 et seq. In particular, you are requesting to inspect the records in the original digital format, that it was generated, stored, kept and transmitted for the following:

- **November 2018 General Election - Report EL68A - Also known as the System Log**
- **November 2020 General Election - Report EL68A – Also known as the System Log**
- **November 2022 General Election - Report EL68A – Also known as the System Log**

Additionally, you requested the following information for the time period covering January 1, 2018 to present:

- **Audit log for the NOVUS Runbeck Ballot Duplication Software used in the administration of elections.**
- **Runbeck NOVUS- Certification for use in Maryland**

Our office has determined that we do not have the documents that you are requesting. Under General Provisions Article § 4-205(c)(4)(iii) a custodian is not required to "create, compile, or program a new public record." Therefore, we cannot provide for your inspection the documents you are requesting.

Pursuant to GP § 4-362, you are entitled to seek judicial review of this decision. Alternatively, you may file a request for mediation with the Public access Ombudsman and, if the Ombudsman is unable to resolve the matter, may subsequently seek a resolution from the Public Information Act Compliance Board for those matters within the Compliance Board's jurisdiction. Please see GP §§ 4-1A-01 et seq. and 4-1B-01 et seq. Also, if you have any questions about this letter, please feel free to contact me.

Sincerely,

Tammy Stafford
Election Director

 **Gmail**

James Randisi <jamesrandisi1@gmail.com>

---

**Fwd: REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022**
1 message

---

PublicRecordsRequest ElectionData <electionspublicrecordsrequest@gmail.com>                                         Thu, Nov 30, 2023 at 3:08 PM
To: jamesrandisi1@gmail.com

---

---------- Forwarded message ---------
From: **WashCo Elections -SBE-** <washco.elections@maryland.gov>
Date: Wed, Oct 18, 2023 at 10:10 AM
Subject: Re: REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022
To: PublicRecordsRequest ElectionData <electionspublicrecordsrequest@gmail.com>

Thank you for your email. You have requested inspection of EL68A reports for the 2018, 2020, and 2022 General Elections. We have determined that we have no records in our custody or control that are responsive to your request.

If you have any questions about this determination, please feel free to contact our director, Mr. Barry Jackson, at 240-313-2050.

On Mon, Oct 16, 2023 at 8:12 AM PublicRecordsRequest ElectionData <electionspublicrecordsrequest@gmail.com> wrote:
> RE: **REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022**

Dear Custodian of Records

Pursuant to the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland.  I am requesting the following: copies of ES&S **reports and Public Records** within the  Board of Elections office:

- November 2018 General Election - ES&S Report EL68A - Also known as the System Log
- November 2020 General Election - ES&S Report EL68A - Also known as System Log
- November 2022 General Election - ES&S Report EL68A - Also known as System Log

We are requesting that this data be provided in the original digital format, that it was generated, stored, kept and transmitted. See the image below extracted from the reports section of the Operators Manual Reports Section.

### Chapter 33: Log

Generate log reports to check the status of your election equipment and software. Refer to your log reports if any errors occur during the vote counting process.

**System Log:** Generate a System Log report to list every action performed in your election system in chronological order.

**Results Corrections Log:** Generate the Results Corrections Log to view user altered election totals. The Results Corrections Log lists your candidate names, any user altered totals, the date and time that election totals were altered and the original totals for each user altered contest.

## System Log

ERM maintains one audit file that records log records for activities performed within the application. The creation of this audit file cannot be disabled by the ERM application.

  **NOTE:**  The System Log is not erased when the results database is reset or recreated.

There are three ways to view the contents of this audit file.

❖  Print the ERM System Log using the steps described under this heading.

These **PUBLIC RECORDS** requested fall under Maryland PIA as they are automatically generated in the course of official government business, duties in the administration of official elections. Maryland General Provisions Code § 4-101(k)(1) "Public record" means the original or any copy of any documentary material that: (i)   is made by a unit or an instrumentality of the State or of a political subdivision or received by the unit or instrumentality in connection with the transaction of public business; and

(ii)   is in any form, including:

2.   a computerized record;

6.   a form;

The data format that the ES&S Software AUTOMATICALLY generates these public records is the .LST file format.

**The following reports/logs are being specifically requested for the each and all DS200, DS850**

Tabulator used to administer the election:

a.) ***Machine Configuration***

b.) ***Initial State Report*** for each and every tabulator used.

c.) ***Zero Total Report***

d.) ***STATUS REPORT***

e.) ***VOTING RESULTS REPORT***

Case 1:24-cv-00072-SAG   Document 1-9   Filed 03/06/24   Page 18 of 61

**f.) ***BALLOT STATUS ACCOUNTING REPORT*****

**g.) ***AUDIT LOG*** to include all entries**

**h.) ***System Configuration*****

**i.) ***Election Configuration*****

We are also requesting the following information regarding Runbeck Software and Services that you are currently using to administer elections in Maryland.

- **Audit Log For the NOVUS Runbeck Ballot Duplication Software used in the administration of elections.**
- **Runbeck NOVUS - Certification For Use In Maryland**

We are requesting that this data be provided for the time period covering January 1, 2018 to Present.

In compliance with the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, no request being presented in this FOIA document would "facilitate unauthorized access to or the unauthorized modification, disclosure, or destruction of:

    1.   Data or information, whether physical or virtual; or

    2.   Information technology resources as defined in the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, which includes:

    a.   Information relating to the security of a supervisor of elections' technology, processes, and practices designed to protect networks, computers, data processing software, and data from attack, damage, or unauthorized access; or

    b.   Security information, whether physical or virtual, which relates to a supervisor of elections' existing or proposed information technology systems."

Therefore, no part of this request should be denied.  However, should you deny my request, or any part of the request, please state in writing the basis for the denial, including the exact statutory citation authorizing the denial as required by the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland; and clearly print your name and title, and sign this denial.

Maryland's Public Information Act ("PIA") gives the public the right to access government records without unnecessary cost and delay.

I will contact your office within 24 hours to discuss when I may expect the fulfillment of my request.  If you have any questions, please contact me at the number below.

Respectfully,

Maryann Judy
410-924-3919 Direct
For Elections - Public Records Requests

 Gmail

James Randisi <jamesrandisi1@gmail.com>

---

**Fwd: REQUEST FOR PUBLIC RECORDS Baltimore County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022**
1 message

**Records Requests** <records@thejusticesociety.com>                                          Thu, Nov 30, 2023 at 3:03 PM
To: James Randisi <jamesrandisi1@gmail.com>

---

---------- Forwarded message ---------
From: **Kimberly Phillips** <kphillips1@baltimorecountymd.gov>
Date: Tue, Oct 17, 2023 at 11:00 AM
Subject: RE: REQUEST FOR PUBLIC RECORDS Baltimore County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022
To: Records Requests <records@thejusticesociety.com>

Good morning,

Thank you for reaching out to the Baltimore County Board of Elections.  I have received your email and forwarded to the correct Department for further assistance and processing.

*Kimberly M Phillips*

Program Manager, Baltimore County Board of Elections

Board Member, (MAEO)Maryland Association of Election Officials

Office: 410-887-5700



---

**From:** Records Requests <records@thejusticesociety.com>
**Sent:** Friday, October 13, 2023 6:49 PM
**To:** Elections Supervisor <elections@baltimorecountymd.gov>
**Subject:** REQUEST FOR PUBLIC RECORDS Baltimore County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022

---

| **CAUTION:** This message from records@thejusticesociety.com originated from a non Baltimore County Government or non BCPL email system. Hover over any links before clicking and use caution opening attachments. |
| --- |

RE:  REQUEST FOR PUBLIC RECORDS Baltimore County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022

Dear Custodian of Records Baltimore County

Pursuant to the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland.  I am requesting the following: copies of ES&S **reports and Public Records** within the Baltimore County Board of Elections office:

- November 2018 General Election - ES&S Report EL68A - Also known as the System Log

- November 2020 General Election - ES&S Report EL68A - Also known as System Log

- November 2022 General Election - ES&S Report EL68A - Also known as System Log

We are requesting that this data be provided in the original digital format, that it was generated, stored, kept and transmitted. See the image below extracted from the reports section of the Operators Manual Reports Section.

## Chapter 33: Log

Generate log reports to check the status of your election equipment and software. Refer to your log reports if any errors occur during the vote counting process.

**System Log:** Generate a System Log report to list every action performed in your election system in chronological order.

**Results Corrections Log:** Generate the Results Corrections Log to view user altered election totals. The Results Corrections Log lists your candidate names, any user altered totals, the date and time that election totals were altered and the original totals for each user altered contest.

## System Log

ERM maintains one audit file that records log records for activities performed within the application. The creation of this audit file cannot be disabled by the ERM application.

 **NOTE:**  The System Log is not erased when the results database is reset or recreated.

There are three ways to view the contents of this audit file.

❖   Print the ERM System Log using the steps described under this heading.

These **PUBLIC RECORDS** requested fall under Maryland PIA as they are automatically generated in the course of official government business, duties in the administration of official elections. Maryland General Provisions Code § 4-101(k)(1) "Public record" means the original or any copy of any documentary material that: (i)   is made by a unit or an instrumentality of the State or of a political subdivision or received by the unit or instrumentality in connection with the transaction of public business; and

(ii)   is in any form, including:

2.   a computerized record;

6.   a form;

The data format that the ES&S Software **AUTOMATICALLY** generates these public records is the .LST file format.

The following reports/logs are being specifically requested for the each and all DS200, DS850

Tabulator used to administer the election:

a.) ***Machine Configuration***

b.) ***Initial State Report*** for each and every tabulator used.

c.) ***Zero Total Report***

d.) ***STATUS REPORT***

e.) ***VOTING RESULTS REPORT***

f.) ***BALLOT STATUS ACCOUNTING REPORT***

g.) ***AUDIT LOG*** to include all entries

h.) ***System Configuration***

i.) ***Election Configuration***

We are also requesting the following information regarding Runbeck Software and Services that you are currently using to administer elections in Maryland.

- Audit Log For the NOVUS Runbeck Ballot Duplication Software used in the administration of elections.
- Runbeck NOVUS - Certification For Use In Maryland

We are requesting that this data be provided for the time period covering January 1, 2018 to Present.

In compliance with the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, no request being presented in this FOIA document would "facilitate unauthorized access to or the unauthorized modification, disclosure, or destruction of:

1.   Data or information, whether physical or virtual; or

2.   Information technology resources as defined in the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, which includes:

a.   Information relating to the security of a supervisor of elections' technology, processes, and practices designed to protect networks, computers, data processing software, and data from attack, damage, or unauthorized access; or

b.   Security information, whether physical or virtual, which relates to a supervisor of elections' existing or proposed information technology systems."

Therefore, no part of this request should be denied.  However, should you deny my request, or any part of the request, please state in writing the basis for the denial, including the exact statutory citation authorizing the denial as required by the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland; and clearly print your name and title, and sign this denial.

Maryland's Public Information Act ("PIA") gives the public the right to access government records without unnecessary cost and delay.

I will contact your office within 24 hours to discuss when I may expect the fulfillment of my request.  If you have any questions, please contact me at the number below.

Respectfully,

Michael Fletcher

For The Justice Society

**CONNECT WITH BALTIMORE COUNTY**



*www.baltimorecountymd.gov*

 **Gmail**

**James Randisi <jamesrandisi1@gmail.com>**

---

## 4TH PUBLIC RECORDS REQUEST Baltimore County Board of Elections, November 2018, Nov 2020 & Nov 2022 Election Reports EL68A
2 messages

---

**PublicRecordsRequest ElectionData** <electionspublicrecordsrequest@gmail.com>          Fri, Oct 13, 2023 at 4:58 PM
To: elections@baltimorecountymd.gov
Bcc: jamesrandisi1@gmail.com

RE: FOURTH REQUEST FOR PUBLIC RECORDS

Dear Baltimore County Board of Elections,

Pursuant to the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland.  I am requesting the following: copies of ES&S **reports and Public Records** within the Baltimore County Board of Elections office:

> - **November 2018 General Election - ES&S Report EL68A - Also known as the System Log**
> - **November 2020 General Election - ES&S Report EL68A - Also known as System Log**
> - **November 2022 General Election - ES&S Report EL68A - Also known as System Log**

We are requesting that this data be provided in the original digital format, that it was generated, stored, kept and transmitted.

These **PUBLIC RECORDS** requested fall under Maryland PIA as they are automatically generated in the course of official government business, duties in the administration of official elections.  <span style="color:red">MD. General Provisions Code § 4-101</span> (k)(1) "Public record" means the original or any copy of any documentary material that: (i)   is made by a unit or an instrumentality of the State or of a political subdivision or received by the unit or instrumentality in connection with the transaction of public business; and

(ii)   is in any form, including:

2.   a computerized record;

6.   a form;

The data format that the ES&S Software **AUTOMATICALLY** generates these public records is the .LST file format.

**The following reports/logs are being specifically requested for the each and all DS200, DS850**

Tabulator used to administer the election:

a.) ***Machine Configuration***

b.) ***Initial State Report*** for each and every tabulator used.

c.) ***Zero Total Report***

d.) ***STATUS REPORT***

e.) ***VOTING RESULTS REPORT***

f.) ***BALLOT STATUS ACCOUNTING REPORT***

g.) ***AUDIT LOG*** to include all entries

h.) ***System Configuration***

i.) ***Election Configuration***

We are also requesting the following information regarding Runbeck Software and Services that you are currently using to administer elections in Maryland.

- **Audit Log For the NOVUS Runbeck Ballot Duplication Software used in the administration of elections.**
- **Runbeck NOVUS - Certification For Use In Maryland**

We are requesting that this data be provided for the time period covering January 1, 2018 to Present.

In compliance with the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, no request being presented in this FOIA document would "facilitate unauthorized access to or the unauthorized modification, disclosure, or destruction of:

1. Data or information, whether physical or virtual; or

2. Information technology resources as defined in the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, which includes:

a. Information relating to the security of a supervisor of elections' technology, processes, and practices designed to protect networks, computers, data processing software, and data from attack, damage, or unauthorized access; or

b. Security information, whether physical or virtual, which relates to a supervisor of elections' existing or proposed information technology systems."

Therefore, no part of this request should be denied. However, should you deny my request, or any part of the request, please state in writing the basis for the denial, including the exact statutory citation authorizing the denial as required by the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland; and clearly print your name and title, and sign this denial.

Maryland's Public Information Act ("PIA") gives the public the right to access government records without unnecessary cost and delay.

I will contact your office within 24 hours to discuss when I may expect the fulfillment of my request. If you have any questions, please contact me at the number below.

Respectfully,


**Maryann Judy**
**410-924-3919 Direct**
For Elections - Public Records Requests

---

**PublicRecordsRequest ElectionData** <electionspublicrecordsrequest@gmail.com>

Thu, Nov 30, 2023 at 3:08 PM

To: jamesrandisi1@gmail.com


---------- Forwarded message ---------
From: **Kimberly Phillips** <kphillips1@baltimorecountymd.gov>
Date: Tue, Oct 17, 2023 at 10:58 AM
Subject: RE: 4TH PUBLIC RECORDS REQUEST Baltimore County Board of Elections, November 2018, Nov 2020 & Nov 2022 Election Reports EL68A
To: PublicRecordsRequest ElectionData <electionspublicrecordsrequest@gmail.com>


Good morning,

Thank you for reaching out to the Baltimore County Board of Elections. I have received your email and forwarded to the Department for further assistance and processing.

*Kimberly M Phillips*

Program Manager, Baltimore County Board of Elections

Board Member, (MAEO)Maryland Association of Election Officials

Office: 410-887-5700



---

**From:** PublicRecordsRequest ElectionData <electionspublicrecordsrequest@gmail.com>
**Sent:** Friday, October 13, 2023 4:59 PM
**To:** Elections Supervisor <elections@baltimorecountymd.gov>
**Subject:** 4TH PUBLIC RECORDS REQUEST Baltimore County Board of Elections, November 2018, Nov 2020 & Nov 2022 Election Reports EL68A

---

**CAUTION:** This message from electionspublicrecordsrequest@gmail.com originated from a non Baltimore County Government or non BCPL email system. Hover over any links before clicking and use caution opening attachments.

[Quoted text hidden]
**CONNECT WITH BALTIMORE COUNTY**

     

*www.baltimorecountymd.gov*

 Gmail

**James Randisi <jamesrandisi1@gmail.com>**

---

## Fwd: REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022

1 message

---

**PublicRecordsRequest ElectionData** <electionspublicrecordsrequest@gmail.com>          Thu, Nov 30, 2023 at 3:09 PM
To: jamesrandisi1@gmail.com

---------- Forwarded message ---------
From: **Taylor, Stephanie** <sltaylor@harfordcountymd.gov>
Date: Mon, Oct 16, 2023 at 8:55 AM
Subject: RE: REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022
To: PublicRecordsRequest ElectionData <electionspublicrecordsrequest@gmail.com>
Cc: Taylor, Stephanie <sltaylor@harfordcountymd.gov>


Good Morning,


Thank you for your request but we do not run this report during any election cycle and  we do not have a paper copy.
Therefor it does not fall under the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated
Code of Maryland.


Respectfully,

Stephanie L. Taylor, CPO

Election Director

Harford County Board of Elections

133 Industry Lane

Forest Hill, MD 21050

Office (410) 638-3565

Cell (443) 465-1375

*www.harfordvotes.gov*



**From:** PublicRecordsRequest ElectionData <electionspublicrecordsrequest@gmail.com>
**Sent:** Monday, October 16, 2023 8:12 AM
**To:** Elections <ElectionBoard@harfordcountymd.gov>
**Subject:** REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022

[EXTERNAL SENDER]

RE:  REQUEST FOR PUBLIC RECORDS  ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022

Dear Custodian of Records

Pursuant to the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland.  I am requesting the following: copies of ES&S **reports and Public Records** within the  Board of Elections office:

    **- November 2018 General Election - ES&S Report EL68A - Also known as the System Log**

    **- November 2020 General Election - ES&S Report EL68A - Also known as System Log**

    **- November 2022 General Election - ES&S Report EL68A - Also known as System Log**

We are requesting that this data be provided in the original digital format, that it was generated, stored, kept and transmitted. See the image below extracted from the reports section of the Operators Manual Reports Section.

These **PUBLIC RECORDS** requested fall under Maryland PIA as they are automatically generated in the course of official government business, duties in the administration of official elections. Maryland General Provisions Code § 4-101(k)(1) "Public record" means the original or any copy of any documentary material that: (i)    is made by a unit or an instrumentality of the State or of a political subdivision or received by the unit or

instrumentality in connection with the transaction of public business; and

(ii)  is in any form, including:

2.  a computerized record;

6.  a form;

The data format that the ES&S Software **AUTOMATICALLY** generates these public records is the .LST file format.

**The following reports/logs are being specifically requested for the each and all DS200, DS850**

Tabulator used to administer the election:

**a.) ***Machine Configuration*****

**b.) ***Initial State Report*** for each and every tabulator used.**

**c.) ***Zero Total Report*****

**d.) ***STATUS REPORT*****

**e.) ***VOTING RESULTS REPORT*****

**f.) ***BALLOT STATUS ACCOUNTING REPORT*****

**g.) ***AUDIT LOG*** to include all entries**

**h.) ***System Configuration*****

**i.) ***Election Configuration*****


We are also requesting the following information regarding Runbeck Software and Services that you are currently using to administer elections in Maryland.

- **Audit Log For the NOVUS Runbeck Ballot Duplication Software used in the administration of elections.**
- **Runbeck NOVUS - Certification For Use In Maryland**

We are requesting that this data be provided for the time period covering January 1, 2018 to Present.

In compliance with the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, no request being presented in this FOIA document would "facilitate unauthorized access to or the unauthorized modification, disclosure, or destruction of:

1.  Data or information, whether physical or virtual; or

2.  Information technology resources as defined in the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, which includes:

a.  Information relating to the security of a supervisor of elections' technology, processes, and practices designed to protect networks, computers, data processing software, and data from attack, damage, or unauthorized access; or

b.  Security information, whether physical or virtual, which relates to a supervisor of elections' existing or proposed information technology systems."

Therefore, no part of this request should be denied.  However, should you deny my request, or any part of the request, please state in writing the basis for the denial, including the exact statutory citation authorizing the denial as required by the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland; and clearly print your name and title, and sign this denial.

Maryland's Public Information Act ("PIA") gives the public the right to access government records without unnecessary cost and delay.

I will contact your office within 24 hours to discuss when I may expect the fulfillment of my request.  If you have any questions, please contact me at the number below.

Respectfully,

**Maryann Judy**

**410-924-3919 Direct**

For Elections - Public Records Requests

Case 1:24-cv-00072-SAG    Document 1-9    Filed 03/06/24    Page 28 of 61

 Gmail

James Randisi <jamesrandisi1@gmail.com>

---

**Fwd: REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022**
1 message

**PublicRecordsRequest ElectionData** <electionspublicrecordsrequest@gmail.com>                    Thu, Nov 30, 2023 at 3:08 PM
To: jamesrandisi1@gmail.com

---------- Forwarded message ----------
From: **Election Board** <ElectionBoard@frederickcountymd.gov>
Date: Mon, Oct 16, 2023 at 3:33 PM
Subject: RE: REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022
To: PublicRecordsRequest ElectionData <electionspublicrecordsrequest@gmail.com>

Thank you for your email.  We do not use the EL68A.

Thank you,

Frederick County Board of Elections

301-600-VOTE

---

From: PublicRecordsRequest ElectionData <electionspublicrecordsrequest@gmail.com>
Sent: Monday, October 16, 2023 8:11 AM
To: Election Board <ElectionBoard@FrederickCountyMD.gov>
Subject: REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022

[EXTERNAL EMAIL]

RE:  REQUEST FOR PUBLIC RECORDS  ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022

Dear Custodian of Records

Pursuant to the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland.  I am requesting the following: copies of ES&S **reports and Public Records** within the  Board
of Elections office:

- November 2018 General Election - ES&S Report EL68A - Also known as the System Log

- November 2020 General Election - ES&S Report EL68A - Also known as System Log

- November 2022 General Election - ES&S Report EL68A - Also known as System Log

We are requesting that this data be provided in the original digital format, that it was generated, stored, kept and transmitted. See the image below extracted from the reports section of the Operators Manual
Reports Section.

### Chapter 33: Log

Generate log reports to check the status of your election equipment and software. Refer
to your log reports if any errors occur during the vote counting process.

**System Log:** Generate a System Log report to list every action performed in your election
system in chronological order.

**Results Corrections Log:** Generate the Results Corrections Log to view user altered
election totals. The Results Corrections Log lists your candidate names, any user altered
totals, the date and time that election totals were altered and the original totals for each
user altered contest.

## System Log

ERM maintains one audit file that records log records for activities performed within the
application. The creation of this audit file cannot be disabled by the ERM application.

 **NOTE:**  The System Log is not erased when the results database is reset or recreated.

There are three ways to view the contents of this audit file.

❖  Print the ERM System Log using the steps described under this heading.

Case 1:24-cv-00672-SAG    Document 1-9    Filed 03/06/24    Page 29 of 61

These **PUBLIC RECORDS** requested fall under Maryland PIA as they are automatically generated in the course of official government business, duties in the administration of official elections. Maryland General Provisions Code § 4-101(k)(1) "Public record" means the original or any copy of any documentary material that: (i)    is made by a unit or an instrumentality of the State or of a political subdivision or received by the unit or instrumentality in connection with the transaction of public business; and

(ii)   is in any form, including;

2.   a computerized record;

6.   a form;

The data format that the ES&S Software **AUTOMATICALLY** generates these public records is the .LST file format.

**The following reports/logs are being specifically requested for the each and all DS200, DS850**

Tabulator used to administer the election:

a.) \*\*\*Machine Configuration\*\*\*

b.) \*\*\*Initial State Report\*\*\* for each and every tabulator used.

c.) \*\*\*Zero Total Report\*\*\*

d.) \*\*\*STATUS REPORT\*\*\*

e.) \*\*\*VOTING RESULTS REPORT\*\*\*

f.) \*\*\*BALLOT STATUS ACCOUNTING REPORT\*\*\*

g.) \*\*\*AUDIT LOG\*\*\* to include all entries

h.) \*\*\*System Configuration\*\*\*

I.) \*\*\*Election Configuration\*\*\*


We are also requesting the following information regarding Runbeck Software and Services that you are currently using to administer elections in Maryland.

- Audit Log For the NOVUS Runbeck Ballot Duplication Software used in the administration of elections.
- Runbeck NOVUS - Certification For Use In Maryland

We are requesting that this data be provided for the time period covering January 1, 2018 to Present.

In compliance with the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, no request being presented in this FOIA document would "facilitate unauthorized access to or the unauthorized modification, disclosure, or destruction of:

1.   Data or information, whether physical or virtual; or

2.   Information technology resources as defined in the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, which includes:

a.   Information relating to the security of a supervisor of elections' technology, processes, and practices designed to protect networks, computers, data processing software, and data from attack, damage, or unauthorized access; or

b.   Security information, whether physical or virtual, which relates to a supervisor of elections' existing or proposed information technology systems."

Therefore, no part of this request should be denied. However, should you deny my request, or any part of the request, please state in writing the basis for the denial, including the exact statutory citation authorizing the denial as required by the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland; and clearly print your name and title, and sign this denial.

Maryland's Public Information Act ("PIA") gives the public the right to access government records without unnecessary cost and delay.

I will contact your office within 24 hours to discuss when I may expect the fulfillment of my request. If you have any questions, please contact me at the number below.

Respectfully,

Maryann Judy

**410-924-3919 Direct**

For Elections - Public Records Requests

 Gmail

James Randisi <jamesrandisi1@gmail.com>

---

**Fwd: REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022**
1 message

**PublicRecordsRequest ElectionData** <electionspublicrecordsrequest@gmail.com>
To: jamesrandisi1@gmail.com

Thu, Nov 30, 2023 at 3:09 PM

---

---------- Forwarded message ----------
From: CCBOE <ccboe@carrollcountymd.gov>
Date: Mon, Oct 16, 2023 at 11:30 AM
Subject: Re: REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022
To: PublicRecordsRequest ElectionData <electionspublicrecordsrequest@gmail.com>

Good morning!

Thank you for contacting the Carroll County Board of Elections. The Carroll County Board of Elections has no responsive documents in relation to this request.

The Official Election Team at the Carroll County Board of Elections
410-386-2080

---

From: PublicRecordsRequest ElectionData <electionspublicrecordsrequest@gmail.com>
Sent: Monday, October 16, 2023 8:11 AM
To: CCBOE <ccboe@carrollcountymd.gov>
Subject: REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022

> **This message originated outside of Carroll County Government. Use caution when opening attachments, clicking links or responding to requests for information.**

RE: REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022

Dear Custodian of Records

Pursuant to the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland. I am requesting the following: copies of ES&S **reports and Public Records** within the Board of Elections office:

     - **November 2018 General Election - ES&S Report EL68A** - Also known as the System Log
     - **November 2020 General Election - ES&S Report EL68A** - Also known as System Log
     - **November 2022 General Election - ES&S Report EL68A** - Also known as System Log

We are requesting that this data be provided in the original digital format, that it was generated, stored, kept and transmitted. See the image below extracted from the reports section of the Operators Manual Reports Section.

## Chapter 33: Log

Generate log reports to check the status of your election equipment and software. Refer to your log reports if any errors occur during the vote counting process.

**System Log:** Generate a System Log report to list every action performed in your election system in chronological order.

**Results Corrections Log:** Generate the Results Corrections Log to view user altered election totals. The Results Corrections Log lists your candidate names, any user altered totals, the date and time that election totals were altered and the original totals for each user altered contest.

## System Log

ERM maintains one audit file that records log records for activities performed within the application. The creation of this audit file cannot be disabled by the ERM application.

 **NOTE:** The System Log is not erased when the results database is reset or recreated.

There are three ways to view the contents of this audit file.

❖ Print the ERM System Log using the steps described under this heading.

These **PUBLIC RECORDS** requested fall under Maryland PIA as they are automatically generated in the course of official government business, duties in the administration of official elections. Maryland General Provisions Code § 4-101(k)(1) "Public record" means the original or any copy of any documentary material that: (i) is made by a unit or an instrumentality of the State or of a political subdivision or received by the unit or instrumentality in connection with the transaction of public business; and

  (ii)   is in any form, including:

2.    a computerized record;

6.    a form;

The data format that the ES&S Software **AUTOMATICALLY** generates these public records is the .LST file format.

**The following reports/logs are being specifically requested for the each and all DS200, DS850**

Tabulator used to administer the election:

a.) ***Machine Configuration***

b.) ***Initial State Report*** for each and every tabulator used.

c.) ***Zero Total Report***

d.) ***STATUS REPORT***

e.) ***VOTING RESULTS REPORT***

f.) ***BALLOT STATUS ACCOUNTING REPORT***

g.) ***AUDIT LOG*** to include all entries

h.) ***System Configuration***

i.) ***Election Configuration***

We are also requesting the following information regarding Runbeck Software and Services that you are currently using to administer elections in Maryland.

- Audit Log For the NOVUS Runbeck Ballot Duplication Software used in the administration of elections.
- Runbeck NOVUS - Certification For Use In Maryland

We are requesting that this data be provided for the time period covering January 1, 2018 to Present.

In compliance with the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, no request being presented in this FOIA document would "facilitate unauthorized access to or the unauthorized modification, disclosure, or destruction of:

1. Data or information, whether physical or virtual; or

2. Information technology resources as defined in the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, which includes:

a. Information relating to the security of a supervisor of elections' technology, processes, and practices designed to protect networks, computers, data processing software, and data from attack, damage, or unauthorized access; or

b. Security information, whether physical or virtual, which relates to a supervisor of elections' existing or proposed information technology systems."

Therefore, no part of this request should be denied.  However, should you deny my request, or any part of the request, please state in writing the basis for the denial, including the exact statutory citation authorizing the denial as required by the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland; and clearly print your name and title, and sign this denial.

Maryland's Public Information Act ("PIA") gives the public the right to access government records without unnecessary cost and delay.

I will contact your office within 24 hours to discuss when I may expect the fulfillment of my request.  If you have any questions, please contact me at the number below.

Respectfully,

Maryann Judy
410-924-3919 Direct
For Elections - Public Records Requests

Please note that e-mail and any attachments sent to and from this address may be subject to the Maryland Public Information Act and unless otherwise privileged, must be disclosed to third parties.

 Gmail

James Randisi <jamesrandisi1@gmail.com>

---

**Fwd: REQUEST FOR PUBLIC RECORDS Baltimore City County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022**
7 messages

---

**Records Requests** <records@thejusticesociety.com>                                                      Mon, Oct 16, 2023 at 10:10 AM
To: mhfletch@comcast.net, maryannmjudy@yahoo.com, rsachs@rmr.com, Jean Benhoff <jmbenhoff@gmail.com>, James Randisi <jamesrandisi1@gmail.com>, Kate Strauch Sullivan <kate@sullyland.com>, David
Morsberger <dave@morsberger.com>, Christopher Gleason <cpgleason72@gmail.com>, Shawn Poulson <shawn@kentcountyrcc.com>, Shari Wilcoxon <shari@wilcoxonconsulting.com>, Gary Judy
<gjudy95@gmail.com>, Jay Kaminsky <jkaminsky59@gmail.com>, Katja Harper <katjaharper@protonmail.com>, Kate McCloskey <k8mccloskey@gmail.com>

FYI...

---------- Forwarded message ----------
From: Goldman, Abigail (BOE) <Abigail.Goldman@baltimorecity.gov>
Date: Mon, Oct 16, 2023 at 8:40 AM
Subject: RE: REQUEST FOR PUBLIC RECORDS Baltimore City County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022
To: Records Requests <records@thejusticesociety.com>


Good Morning

We do not have the records already generated so we do not have the report we cannot supply it.

Abigail



**Abigail Goldman, CERA**

**Deputy Election Director**


**MAEO (Maryland Association of Election Officials), Secretary**

**Certified Election Registration Administrator (CERA)**


**Baltimore City Board of Elections**
**Benton Office Bldg.**
**417 E. Fayette Street,  Room 129**
**Baltimore,  MD  21202**


**Telephone:**          **410-396-5570**

**Fax:**          **410-962-8747**


**Worrying does not empty tomorrow of it's troubles, it empties today of its strengths!**

**The only thing in life you have total control over is your attitude!**



**"Embrace the Challenge"**

---

From: Records Requests <records@thejusticesociety.com>
Sent: Friday, October 13, 2023 6:50 PM
To: Judge, Election (BOE) <election.judge@baltimorecity.gov>
Subject: REQUEST FOR PUBLIC RECORDS Baltimore City County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022

CAUTION:  This email originated from outside of Baltimore City IT Network Systems.
Reminder:  DO NOT click links or open attachments unless you recognize the sender and know that the content is safe.  Report any suspicious activities using the Report Phishing Email Button, or by emailing to
Phishing@baltimorecity.gov

RE:  REQUEST FOR PUBLIC RECORDS Baltimore City County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022


Dear Custodian of Records Baltimore City County

Pursuant to the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland. I am requesting the following: copies of ES&S **reports and Public Records** within the Baltimore City County Board of Elections office:

- November 2018 General Election - ES&S Report EL68A - Also known as the System Log
- November 2020 General Election - ES&S Report EL68A - Also known as System Log
- November 2022 General Election - ES&S Report EL68A - Also known as System Log

We are requesting that this data be provided in the original digital format, that it was generated, stored, kept and transmitted. See the image below extracted from the reports section of the Operators Manual Reports Section.

## Chapter 33: Log

Generate log reports to check the status of your election equipment and software. Refer to your log reports if any errors occur during the vote counting process.

**System Log:** Generate a System Log report to list every action performed in your election system in chronological order.

**Results Corrections Log:** Generate the Results Corrections Log to view user altered election totals. The Results Corrections Log lists your candidate names, any user altered totals, the date and time that election totals were altered and the original totals for each user altered contest.

## System Log

ERM maintains one audit file that records log records for activities performed within the application. The creation of this audit file cannot be disabled by the ERM application.

 **NOTE:** The System Log is not erased when the results database is reset or recreated.

There are three ways to view the contents of this audit file.

❖ Print the ERM System Log using the steps described under this heading.

These **PUBLIC RECORDS** requested fall under Maryland PIA as they are automatically generated in the course of official government business, duties in the administration of official elections. Maryland General Provisions Code § 4-101(k)(1) 'Public record' means the original or any copy of any documentary material that: (i)    is made by a unit or an instrumentality of the State or of a political subdivision or received by the unit or instrumentality in connection with the transaction of public business; and

(ii)   is in any form, including:

2.   a computerized record;

6.   a form;

The data format that the ES&S Software **AUTOMATICALLY** generates these public records is the .LST file format.

**The following reports/logs are being specifically requested for the each and all DS200, DS850**

Tabulator used to administer the election:

a.) \*\*\***Machine Configuration**\*\*\*

b.) \*\*\***Initial State Report**\*\*\* for each and every tabulator used.

c.) \*\*\***Zero Total Report**\*\*\*

d.) \*\*\***STATUS REPORT**\*\*\*

e.) \*\*\***VOTING RESULTS REPORT**\*\*\*

f.) \*\*\***BALLOT STATUS ACCOUNTING REPORT**\*\*\*

g.) \*\*\***AUDIT LOG**\*\*\* to include all entries

h.) \*\*\***System Configuration**\*\*\*

I.) \*\*\***Election Configuration**\*\*\*

We are also requesting the following information regarding Runbeck Software and Services that you are currently using to administer elections in Maryland.

- Audit Log For the NOVUS Runbeck Ballot Duplication Software used in the administration of elections.
- Runbeck NOVUS - Certification For Use In Maryland

We are requesting that this data be provided for the time period covering January 1, 2018 to Present.

In compliance with the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, no request being presented in this FOIA document would "facilitate unauthorized access to or the unauthorized modification, disclosure, or destruction of:

1.   Data or information, whether physical or virtual; or

2.   Information technology resources as defined in the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, which includes:

a.   Information relating to the security of a supervisor of elections' technology, processes, and practices designed to protect networks, computers, data processing software, and data from attack, damage, or unauthorized access; or

b.   Security information, whether physical or virtual, which relates to a supervisor of elections' existing or proposed information technology systems."

Therefore, no part of this request should be denied.  However, should you deny my request, or any part of the request, please state in writing the basis for the denial, including the exact statutory citation authorizing the denial as required by the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland; and clearly print your name and title, and sign this denial.

Maryland's Public Information Act ("PIA") gives the public the right to access government records without unnecessary cost and delay.

I will contact your office within 24 hours to discuss when I may expect the fulfillment of my request.  If you have any questions, please contact me at the number below.

Respectfully,

Michael Fletcher

For The Justice Society

---

**David Morsberger** <dave@morsberger.com>                                                                          Mon, Oct 16, 2023 at 10:31 AM
To: Records Requests <records@thejusticesociety.com>
Cc: mhfletch@comcast.net, maryannmjudy@yahoo.com, rsachs@rmr.com, Jean Benhoff <jmbenhoff@gmail.com>, James Randisi <jamesrandisi1@gmail.com>, Kate Strauch Sullivan <kate@sullyland.com>, Christopher
Gleason <cpgleason72@gmail.com>, Shawn Poulson <shawn@kentcountyrcc.com>, Shari Wilcoxon <shari@wilcoxonconsulting.com>, Gary Judy <gjudy95@gmail.com>, Jay Kaminsky <jkaminsky59@gmail.com>, Katja
Harper <katjaharper@protonmail.com>, Kate McCloskey <k8mccloskey@gmail.com>

I think we should follow-up and tell them that we want the records generated and what will it take to generate them. They should provide a time and cost estimate.

---
David Morsberger
[Quoted text hidden]

---

**mhfletch@comcast.net** <mhfletch@comcast.net>                                                                     Mon, Oct 16, 2023 at 12:03 PM
To: David Morsberger <dave@morsberger.com>, Records Requests <records@thejusticesociety.com>
Cc: maryannmjudy@yahoo.com, rsachs@rmr.com, Jean Benhoff <jmbenhoff@gmail.com>, James Randisi <jamesrandisi1@gmail.com>, Kate Strauch Sullivan <kate@sullyland.com>, Christopher Gleason
<cpgleason72@gmail.com>, Shawn Poulson <shawn@kentcountyrcc.com>, Shari Wilcoxon <shari@wilcoxonconsulting.com>, Gary Judy <gjudy95@gmail.com>, Jay Kaminsky <jkaminsky59@gmail.com>, Katja Harper
<katjaharper@protonmail.com>, Kate McCloskey <k8mccloskey@gmail.com>

I think we should say that the reports have been generated and exist in the machines. They just have to be printed out.

[Quoted text hidden]

FYI...

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

---

**Christopher Gleason** <cpgleason72@gmail.com>                                                                     Mon, Oct 16, 2023 at 1:05 PM
To: mhfletch@comcast.net
Cc: David Morsberger <dave@morsberger.com>, Records Requests <records@thejusticesociety.com>, maryannmjudy@yahoo.com, rsachs@rmr.com, Jean Benhoff <jmbenhoff@gmail.com>, James Randisi
<jamesrandisi1@gmail.com>, Kate Strauch Sullivan <kate@sullyland.com>, Shawn Poulson <shawn@kentcountyrcc.com>, Shari Wilcoxon <shari@wilcoxonconsulting.com>, Gary Judy <gjudy95@gmail.com>, Jay
Kaminsky <jkaminsky59@gmail.com>, Katja Harper <katjaharper@protonmail.com>, Kate McCloskey <k8mccloskey@gmail.com>

I did do that...



NOTE:  The System Log is not erased when the results database is reset or recreated.

There are three ways to view the contents of this audit file.

◆  Print the ERM System Log using the steps described under this heading.

This is PUBLIC RECORDS required for your Maryland PIA as you are extensively generated in the course of official government function, below is the administration of official elections. Maryland General Provision Code § 4-101(j)(1) "Public record" means the original or any copy of any documentary material that (1)  is made by or of all instrumentality of the State or of a political subdivision or received by the unit or instrumentality in connection with the transaction of public business  and

(2)  is in any form, including:
1  a computerized record;
2  a form;

The above format for the ES 2xx Software AUTOANTXPLAY generates these print records in the 1.5 KEc format.

The following reports are being specifically requested for the audit of all ELGSN, DSM86

Tabulator used to administer the election:

a.) "Machine Configuration"

[Quoted text hidden]

---

**Christopher Gleason** <cpgleason72@gmail.com>                                                Mon, Oct 16, 2023 at 1:06 PM
To: mhfletch@comcast.net
Cc: David Morsberger <dave@morsberger.com>, Records Requests <records@thejusticesociety.com>, maryannmjudy@yahoo.com, rsachs@rmr.com, Jean Benhoff <jmbenhoff@gmail.com>, James Randisi <jamesrandisi1@gmail.com>, Kate Strauch Sullivan <kate@sullyland.com>, Shawn Poulson <shawn@kentcountyrcc.com>, Shari Wilcoxon <shari@wilcoxonconsulting.com>, Gary Judy <gjudy95@gmail.com>, Jay Kaminsky <jkaminsky59@gmail.com>, Katja Harper <katjaharper@protonmail.com>, Kate McCloskey <k8mccloskey@gmail.com>

However, if you would like to further clarify for them please by all means give them a call and further clarify for them

---

**Records Requests** <records@thejusticesociety.com>                                          Mon, Oct 16, 2023 at 2:21 PM
To: David Morsberger <dave@morsberger.com>
Cc: mhfletch@comcast.net, maryannmjudy@yahoo.com, rsachs@rmr.com, Jean Benhoff <jmbenhoff@gmail.com>, James Randisi <jamesrandisi1@gmail.com>, Kate Strauch Sullivan <kate@sullyland.com>, Christopher Gleason <cpgleason72@gmail.com>, Shawn Poulson <shawn@kentcountyrcc.com>, Shari Wilcoxon <shari@wilcoxonconsulting.com>, Gary Judy <gjudy95@gmail.com>, Jay Kaminsky <jkaminsky59@gmail.com>, Katja Harper <katjaharper@protonmail.com>, Kate McCloskey <k8mccloskey@gmail.com>

The records were already generated. They just need to print them. That is how they get you. If you accept that the records were not generated then they claim that they are under no legal obligation to do so.
I have been going round and round with them on this since May.

But by all means feel free to call them.
[Quoted text hidden]

---

**Records Requests** <records@thejusticesociety.com>                                          Thu, Nov 30, 2023 at 3:03 PM
To: James Randisi <jamesrandisi1@gmail.com>

[Quoted text hidden]

 **Gmail**

**James Randisi <jamesrandisi1@gmail.com>**

---

### Fwd: REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022

1 message

---

**Records Requests** <records@thejusticesociety.com>                          Thu, Nov 30, 2023 at 2:59 PM
To: James Randisi <jamesrandisi1@gmail.com>


---------- Forwarded message ---------
From: **Richard Siejack -SBE-** <richard.siejack@maryland.gov>
Date: Thu, Nov 9, 2023 at 2:39 PM
Subject: REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022
To: <records@thejusticesociety.com>
Cc: David Garreis -SBE- <david.garreis@maryland.gov>


Good afternoon,

The purpose of this email is to respond to your October 13, 2023 request for records referenced in the subject line
above. Please be advised that we have no responsive documents.

Thank you,

Richard T. Siejack, Deputy Director
Anne Arundel County Board of Elections
6740 Baymeadow Drive, Glen Burnie, MD 21060
410-222-6600 (Ext. 0401)

 Gmail

James Randisi <jamesrandisi1@gmail.com>

---

## 4TH PUBLIC RECORDS REQUEST Anne Arundel Board of Elections, November 2018, Nov 2020 & Nov 2022 Election Reports EL68A
2 messages

---

**PublicRecordsRequest ElectionData** <electionspublicrecordsrequest@gmail.com>   Fri, Oct 13, 2023 at 4:58 PM
To: elections@aacounty.org
Bcc: jamesrandisi1@gmail.com

RE: FOURTH REQUEST FOR PUBLIC RECORDS

Dear Anne Arundel Board of Elections,

Pursuant to the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland.  I am requesting the following: copies of ES&S **reports and Public Records** within the Anne Arundel Board of Elections office:

       **- November 2018 General Election - ES&S Report EL68A - Also known as the System Log**
       **- November 2020 General Election - ES&S Report EL68A - Also known as System Log**
       **- November 2022 General Election - ES&S Report EL68A - Also known as System Log**

We are requesting that this data be provided in the original digital format, that it was generated, stored, kept and transmitted.

These **PUBLIC RECORDS** requested fall under Maryland PIA as they are automatically generated in the course of official government business, duties in the administration of official elections.  MD. General Provisions Code § 4-101  (k)(1) "Public record" means the original or any copy of any documentary material that: (i)   is made by a unit or an instrumentality of the State or of a political subdivision or received by the unit or instrumentality in connection with the transaction of public business; and

(ii)   is in any form, including:

2.   a computerized record;

6.   a form;

The data format that the ES&S Software **AUTOMATICALLY** generates these public records is the .LST file format.

**The following reports/logs are being specifically requested for the each and all DS200, DS850**

Tabulator used to administer the election:

a.) ***Machine Configuration***

b.) ***Initial State Report*** for each and every tabulator used.

c.) ***Zero Total Report***

d.) ***STATUS REPORT***

e.) ***VOTING RESULTS REPORT***

f.) ***BALLOT STATUS ACCOUNTING REPORT***

g.) ***AUDIT LOG*** to include all entries

h.) ***System Configuration***

i.) ***Election Configuration***

We are also requesting the following information regarding Runbeck Software and Services that you are currently using to administer elections in Maryland.

- **Audit Log For the NOVUS Runbeck Ballot Duplication Software used in the administration of elections.**
- **Runbeck NOVUS - Certification For Use In Maryland**

We are requesting that this data be provided for the time period covering January 1, 2018 to Present.

In compliance with the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, no request being presented in this FOIA document would "facilitate unauthorized access to or the unauthorized modification, disclosure, or destruction of:

1.  Data or information, whether physical or virtual; or

2.  Information technology resources as defined in the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, which includes:

a.  Information relating to the security of a supervisor of elections' technology, processes, and practices designed to protect networks, computers, data processing software, and data from attack, damage, or unauthorized access; or

b.  Security information, whether physical or virtual, which relates to a supervisor of elections' existing or proposed information technology systems."

Therefore, no part of this request should be denied.  However, should you deny my request, or any part of the request, please state in writing the basis for the denial, including the exact statutory citation authorizing the denial as required by the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland; and clearly print your name and title, and sign this denial.

Maryland's Public Information Act ("PIA") gives the public the right to access government records without unnecessary cost and delay.

I will contact your office within 24 hours to discuss when I may expect the fulfillment of my request.  If you have any questions, please contact me at the number below.

Respectfully,

**Maryann Judy**
**410-924-3919 Direct**
For Elections - Public Records Requests

---

**PublicRecordsRequest ElectionData** <electionspublicrecordsrequest@gmail.com>          Thu, Nov 30, 2023 at 3:09 PM
To: jamesrandisi1@gmail.com

[Quoted text hidden]

 Gmail

**James Randisi <jamesrandisi1@gmail.com>**

---

## Fwd: REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022
1 message

---

**PublicRecordsRequest ElectionData** <electionspublicrecordsrequest@gmail.com>        Thu, Nov 30, 2023 at 3:06 PM
To: jamesrandisi1@gmail.com

---------- Forwarded message ---------
From: **Steve Fratz** <sfratz@garrettcounty.org>
Date: Wed, Nov 15, 2023 at 10:00 AM
Subject: RE: REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022
To: PublicRecordsRequest ElectionData <electionspublicrecordsrequest@gmail.com>

To Whom It May Concern:

Garrett County has no responsive documents.

Steven D Fratz

Election Director

---

**From:** PublicRecordsRequest ElectionData <electionspublicrecordsrequest@gmail.com>
**Sent:** Monday, October 16, 2023 8:15 AM
**To:** Steve Fratz <sfratz@garrettcounty.org>
**Subject:** REQUEST FOR PUBLIC RECORDS ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022

You don't often get email from electionspublicrecordsrequest@gmail.com. Learn why this is important

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**RE:  REQUEST FOR PUBLIC RECORDS  ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022**

Dear Custodian of Records

Pursuant to the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland.  I am requesting the following: copies of ES&S **reports and Public Records** within the  Board of Elections office:

- **November 2018 General Election - ES&S Report EL68A - Also known as the System Log**

- **November 2020 General Election - ES&S Report EL68A - Also known as System Log**

- **November 2022 General Election - ES&S Report EL68A - Also known as System Log**

We are requesting that this data be provided in the original digital format, that it was generated, stored, kept and transmitted. See the image below extracted from the reports section of the Operators Manual Reports Section.





These **PUBLIC RECORDS** requested fall under Maryland PIA as they are automatically generated in the course of official government business, duties in the administration of official elections. Maryland General Provisions Code § 4-101(k)(1) "Public record" means the original or any copy of any documentary material that: (i)    is made by a unit or an instrumentality of the State or of a political subdivision or received by the unit or instrumentality in connection with the transaction of public business; and

(ii)    is in any form, including:

2.    a computerized record;

6.    a form;

The data format that the ES&S Software **AUTOMATICALLY** generates these public records is the .LST file format.

**The following reports/logs are being specifically requested for the each and all DS200, DS850**

Tabulator used to administer the election:

a.) \*\*\*Machine Configuration\*\*\*

b.) \*\*\*Initial State Report\*\*\* for each and every tabulator used.

c.) \*\*\*Zero Total Report\*\*\*

d.) \*\*\*STATUS REPORT\*\*\*

e.) \*\*\*VOTING RESULTS REPORT\*\*\*

f.) \*\*\*BALLOT STATUS ACCOUNTING REPORT\*\*\*

g.) \*\*\*AUDIT LOG\*\*\* to include all entries

h.) \*\*\*System Configuration\*\*\*

**i.) \*\*\*Election Configuration\*\*\***

We are also requesting the following information regarding Runbeck Software and Services that you are currently using to administer elections in Maryland.

- **Audit Log For the NOVUS Runbeck Ballot Duplication Software used in the administration of elections.**
- **Runbeck NOVUS - Certification For Use In Maryland**

We are requesting that this data be provided for the time period covering January 1, 2018 to Present.

In compliance with the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, no request being presented in this FOIA document would "facilitate unauthorized access to or the unauthorized modification, disclosure, or destruction of:

1. Data or information, whether physical or virtual; or

2. Information technology resources as defined in the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, which includes:

a. Information relating to the security of a supervisor of elections' technology, processes, and practices designed to protect networks, computers, data processing software, and data from attack, damage, or unauthorized access; or

b. Security information, whether physical or virtual, which relates to a supervisor of elections' existing or proposed information technology systems."

Therefore, no part of this request should be denied. However, should you deny my request, or any part of the request, please state in writing the basis for the denial, including the exact statutory citation authorizing the denial as required by the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland; and clearly print your name and title, and sign this denial.

Maryland's Public Information Act ("PIA") gives the public the right to access government records without unnecessary cost and delay.

I will contact your office within 24 hours to discuss when I may expect the fulfillment of my request. If you have any questions, please contact me at the number below.

Respectfully,

**Maryann Judy**

**410-924-3919 Direct**

For Elections - Public Records Requests

---

This message and its contents are confidential. If you received this message in error, do not use or rely upon it. Instead, please inform the sender and then delete it. Thank you.

Garrett County Government,
203 South Fourth Street, Oakland, Maryland 21550
www.garrettcounty.org

 Gmail

James Randisi <jamesrandisi1@gmail.com>

**Fwd: REQUEST FOR PUBLIC RECORDS Kent County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022**
1 message

Records Requests <records@thejusticesociety.com>                                          Thu, Nov 30, 2023 at 3:03 PM
To: James Randisi <jamesrandisi1@gmail.com>

---------- Forwarded message ---------
From: **Records Requests** <records@thejusticesociety.com>
Date: Fri, Oct 13, 2023 at 6:54 PM
Subject: REQUEST FOR PUBLIC RECORDS Kent County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022
To: <elections@kentgov.org>

RE:  REQUEST FOR PUBLIC RECORDS Kent County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022

Dear Custodian of Records Kent County

Pursuant to the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland.  I am requesting the following: copies of ES&S **reports and Public Records** within the Kent County Board of Elections office:

      - **November 2018 General Election - ES&S Report EL68A - Also known as the System Log**
      - **November 2020 General Election - ES&S Report EL68A - Also known as System Log**
      - **November 2022 General Election - ES&S Report EL68A - Also known as System Log**

We are requesting that this data be provided in the original digital format, that it was generated, stored, kept and transmitted. See the image below extracted from the reports section of the Operators Manual Reports Section.

## Chapter 33: Log

Generate log reports to check the status of your election equipment and software. Refer to your log reports if any errors occur during the vote counting process.

**System Log:** Generate a System Log report to list every action performed in your election system in chronological order.

**Results Corrections Log:** Generate the Results Corrections Log to view user altered election totals. The Results Corrections Log lists your candidate names, any user altered totals, the date and time that election totals were altered and the original totals for each user altered contest.

## System Log

ERM maintains one audit file that records log records for activities performed within the application. The creation of this audit file cannot be disabled by the ERM application.

 **NOTE:** The System Log is not erased when the results database is reset or recreated.

There are three ways to view the contents of this audit file.

❖ Print the ERM System Log using the steps described under this heading.

These **PUBLIC RECORDS** requested fall under Maryland PIA as they are automatically generated in the course of official government business, duties in the administration of official elections. Maryland General Provisions Code § 4-101(k)(1) "Public record" means the original or any copy of any documentary material that: (i)   is made by a unit or an instrumentality of the State or of a political subdivision or received by the unit or instrumentality in connection with the transaction of public business; and

(ii)   is in any form, including:

2.   a computerized record;

6.   a form;

The data format that the ES&S Software **AUTOMATICALLY** generates these public records is the .LST file format.

**The following reports/logs are being specifically requested for the each and all DS200, DS850**

Tabulator used to administer the election:

a.) ***Machine Configuration***

b.) ***Initial State Report*** for each and every tabulator used.

c.) ***Zero Total Report***

d.) ***STATUS REPORT***

e.) ***VOTING RESULTS REPORT***

f.) ***BALLOT STATUS ACCOUNTING REPORT***

g.) ***AUDIT LOG*** to include all entries

h.) \*\*\*System Configuration\*\*\*

i.) \*\*\*Election Configuration\*\*\*

We are also requesting the following information regarding Runbeck Software and Services that you are currently using to administer elections in Maryland.

- **Audit Log For the NOVUS Runbeck Ballot Duplication Software used in the administration of elections.**
- **Runbeck NOVUS - Certification For Use In Maryland**

We are requesting that this data be provided for the time period covering January 1, 2018 to Present.

In compliance with the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, no request being presented in this FOIA document would "facilitate unauthorized access to or the unauthorized modification, disclosure, or destruction of:

1. Data or information, whether physical or virtual; or

2. Information technology resources as defined in the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, which includes:

a. Information relating to the security of a supervisor of elections' technology, processes, and practices designed to protect networks, computers, data processing software, and data from attack, damage, or unauthorized access; or

b. Security information, whether physical or virtual, which relates to a supervisor of elections' existing or proposed information technology systems."

Therefore, no part of this request should be denied.  However, should you deny my request, or any part of the request, please state in writing the basis for the denial, including the exact statutory citation authorizing the denial as required by the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland; and clearly print your name and title, and sign this denial.

Maryland's Public Information Act ("PIA") gives the public the right to access government records without unnecessary cost and delay.

I will contact your office within 24 hours to discuss when I may expect the fulfillment of my request.  If you have any questions, please contact me at the number below.

Respectfully,

Michael Fletcher
For The Justice Society

Case 1:24-cv-00672-SAG    Document 1-9    Filed 03/08/24    Page 44 of 61

 Gmail

James Randisi <jamesrandisi1@gmail.com>

---

**Fwd: REQUEST FOR PUBLIC RECORDS St Mary's County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022**
1 message

---

Records Requests <records@thejusticesociety.com>                                              Thu, Nov 30, 2023 at 3:05 PM
To: James Randisi <jamesrandisi1@gmail.com>

---------- Forwarded message ---------
From: **Records Requests** <records@thejusticesociety.com>
Date: Fri, Oct 13, 2023 at 6:51 PM
Subject: REQUEST FOR PUBLIC RECORDS St Mary's County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022
To: <wendy.adkins@co.saint-marys.md.us>

RE:  REQUEST FOR PUBLIC RECORDS St Mary's County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022

Dear Custodian of Records St Mary's County

Pursuant to the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland.  I am requesting the following: copies of ES&S **reports and Public Records** within the St Mary's County Board of Elections office:

- **November 2018 General Election - ES&S Report EL68A - Also known as the System Log**
- **November 2020 General Election - ES&S Report EL68A - Also known as System Log**
- **November 2022 General Election - ES&S Report EL68A - Also known as System Log**

We are requesting that this data be provided in the original digital format, that it was generated, stored, kept and transmitted. See the image below extracted from the reports section of the Operators Manual Reports Section.

## Chapter 33: Log

Generate log reports to check the status of your election equipment and software. Refer to your log reports if any errors occur during the vote counting process.

**System Log:** Generate a System Log report to list every action performed in your election system in chronological order.

**Results Corrections Log:** Generate the Results Corrections Log to view user altered election totals. The Results Corrections Log lists your candidate names, any user altered totals, the date and time that election totals were altered and the original totals for each user altered contest.

## System Log

ERM maintains one audit file that records log records for activities performed within the application. The creation of this audit file cannot be disabled by the ERM application.

 **NOTE:**  The System Log is not erased when the results database is reset or recreated.

There are three ways to view the contents of this audit file.

❖  Print the ERM System Log using the steps described under this heading.

These **PUBLIC RECORDS** requested fall under Maryland PIA as they are automatically generated in the course of official government business, duties in the administration of official elections. Maryland General Provisions Code § 4-101(k)(1) "Public record" means the original or any copy of any documentary material that: (i)   is made by a unit or an instrumentality of the State or of a political subdivision or received by the unit or instrumentality in connection with the transaction of public business; and

(ii)   is in any form, including:

2.   a computerized record;

6.   a form;

The data format that the ES&S Software **AUTOMATICALLY** generates these public records is the .LST file format.

**The following reports/logs are being specifically requested for the each and all DS200, DS850**

Tabulator used to administer the election:

a.) \*\*\*Machine Configuration\*\*\*

b.) \*\*\*Initial State Report\*\*\* for each and every tabulator used.

c.) \*\*\*Zero Total Report\*\*\*

d.) \*\*\*STATUS REPORT\*\*\*

e.) \*\*\*VOTING RESULTS REPORT\*\*\*

f.) \*\*\*BALLOT STATUS ACCOUNTING REPORT\*\*\*

g.) \*\*\*AUDIT LOG\*\*\* to include all entries

h.) ***System Configuration***

i.) ***Election Configuration***

We are also requesting the following information regarding Runbeck Software and Services that you are currently using to administer elections in Maryland.

- **Audit Log For the NOVUS Runbeck Ballot Duplication Software used in the administration of elections.**
- **Runbeck NOVUS - Certification For Use In Maryland**

We are requesting that this data be provided for the time period covering January 1, 2018 to Present.

In compliance with the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, no request being presented in this FOIA document would "facilitate unauthorized access to or the unauthorized modification, disclosure, or destruction of:

1. Data or information, whether physical or virtual; or

2. Information technology resources as defined in the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, which includes:

a. Information relating to the security of a supervisor of elections' technology, processes, and practices designed to protect networks, computers, data processing software, and data from attack, damage, or unauthorized access; or

b. Security information, whether physical or virtual, which relates to a supervisor of elections' existing or proposed information technology systems."

Therefore, no part of this request should be denied. However, should you deny my request, or any part of the request, please state in writing the basis for the denial, including the exact statutory citation authorizing the denial as required by the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland; and clearly print your name and title, and sign this denial.

Maryland's Public Information Act ("PIA") gives the public the right to access government records without unnecessary cost and delay.

I will contact your office within 24 hours to discuss when I may expect the fulfillment of my request. If you have any questions, please contact me at the number below.

Respectfully,

Michael Fletcher
For The Justice Society

 Gmail

James Randisi <jamesrandisi1@gmail.com>

---

**Fwd: REQUEST FOR PUBLIC RECORDS Somerset County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022**
1 message

---

Records Requests <records@thejusticesociety.com>                                                           Thu, Nov 30, 2023 at 3:04 PM
To: James Randisi <jamesrandisi1@gmail.com>

---------- Forwarded message ---------
From: Records Requests <records@thejusticesociety.com>
Date: Fri, Oct 13, 2023 at 6:54 PM
Subject: REQUEST FOR PUBLIC RECORDS Somerset County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022
To: <elections.somersetco@maryland.gov>

RE:  REQUEST FOR PUBLIC RECORDS Somerset County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022

Dear Custodian of Records Somerset County

Pursuant to the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland.  I am requesting the following: copies of ES&S **reports and Public Records** within the Somerset County Board of Elections office:

        - **November 2018 General Election - ES&S Report EL68A - Also known as the System Log**
        - **November 2020 General Election - ES&S Report EL68A - Also known as System Log**
        - **November 2022 General Election - ES&S Report EL68A - Also known as System Log**

We are requesting that this data be provided in the original digital format, that it was generated, stored, kept and transmitted. See the image below extracted from the reports section of the Operators Manual Reports Section.

## Chapter 33: Log

Generate log reports to check the status of your election equipment and software. Refer to your log reports if any errors occur during the vote counting process.

**System Log:** Generate a System Log report to list every action performed in your election system in chronological order.

**Results Corrections Log:** Generate the Results Corrections Log to view user altered election totals. The Results Corrections Log lists your candidate names, any user altered totals, the date and time that election totals were altered and the original totals for each user altered contest.

## System Log

ERM maintains one audit file that records log records for activities performed within the application. The creation of this audit file cannot be disabled by the ERM application.

 **NOTE:** The System Log is not erased when the results database is reset or recreated.

There are three ways to view the contents of this audit file.

❖ Print the ERM System Log using the steps described under this heading.

These **PUBLIC RECORDS** requested fall under Maryland PIA as they are automatically generated in the course of official government business, duties in the administration of official elections. Maryland General Provisions Code § 4-101(k)(1) "Public record" means the original or any copy of any documentary material that: (i)  is made by a unit or an instrumentality of the State or of a political subdivision or received by the unit or instrumentality in connection with the transaction of public business; and

(ii)   is in any form, including:

2.   a computerized record;

6.   a form;

The data format that the ES&S Software **AUTOMATICALLY** generates these public records is the .LST file format.

**The following reports/logs are being specifically requested for the each and all DS200, DS850**

Tabulator used to administer the election:

a.) ***Machine Configuration***

b.) ***Initial State Report*** for each and every tabulator used.

c.) ***Zero Total Report***

d.) ***STATUS REPORT***

e.) ***VOTING RESULTS REPORT***

f.) ***BALLOT STATUS ACCOUNTING REPORT***

g.) ***AUDIT LOG*** to include all entries

h.) ***System Configuration***

i.) ***Election Configuration***

We are also requesting the following information regarding Runbeck Software and Services that you are currently using to administer elections in Maryland.

- **Audit Log For the NOVUS Runbeck Ballot Duplication Software used in the administration of elections.**
- **Runbeck NOVUS - Certification For Use in Maryland**

We are requesting that this data be provided for the time period covering January 1, 2018 to Present.

In compliance with the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, no request being presented in this FOIA document would "facilitate unauthorized access to or the unauthorized modification, disclosure, or destruction of:

1. Data or information, whether physical or virtual; or

2. Information technology resources as defined in the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, which includes:

a. Information relating to the security of a supervisor of elections' technology, processes, and practices designed to protect networks, computers, data processing software, and data from attack, damage, or unauthorized access; or

b. Security information, whether physical or virtual, which relates to a supervisor of elections' existing or proposed information technology systems."

Therefore, no part of this request should be denied. However, should you deny my request, or any part of the request, please state in writing the basis for the denial, including the exact statutory citation authorizing the denial as required by the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland; and clearly print your name and title, and sign this denial.

Maryland's Public Information Act ("PIA") gives the public the right to access government records without unnecessary cost and delay.

I will contact your office within 24 hours to discuss when I may expect the fulfillment of my request.  If you have any questions, please contact me at the number below.

Respectfully,

Michael Fletcher
For The Justice Society

 Gmail

James Randisi <jamesrandisi1@gmail.com>

---

**Fwd: REQUEST FOR PUBLIC RECORDS Queen Anne's County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022**
1 message

---

Records Requests <records@thejusticesociety.com>                                    Thu, Nov 30, 2023 at 3:04 PM
To: James Randisi <jamesrandisi1@gmail.com>

---------- Forwarded message ---------
From: Records Requests <records@thejusticesociety.com>
Date: Fri, Oct 13, 2023 at 6:52 PM
Subject: REQUEST FOR PUBLIC RECORDS Queen Anne's County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022
To: <Christine.Jones@maryland.gov>

RE:  REQUEST FOR PUBLIC RECORDS Queen Anne's County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022

Dear Custodian of Records Queen Anne's County

Pursuant to the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland.  I am requesting the following: copies of ES&S **reports and Public Records** within the Queen Anne's County Board of Elections office:

    - November 2018 General Election - ES&S Report EL68A - Also known as the System Log
    - November 2020 General Election - ES&S Report EL68A - Also known as System Log
    - November 2022 General Election - ES&S Report EL68A - Also known as System Log

We are requesting that this data be provided in the original digital format, that is generated, stored, kept and transmitted. See the image below extracted from the reports section of the Operators Manual Reports Section.

**Chapter 33: Log**

    Generate log reports to check the status of your election equipment and software. Refer to your log reports if any errors occur during the vote counting process.

    **System Log:** Generate a System Log report to list every action performed in your election system in chronological order.

    **Results Corrections Log:** Generate the Results Corrections Log to view user altered election totals. The Results Corrections Log lists your candidate names, any user altered totals, the date and time that election totals were altered and the original totals for each user altered contest.

## System Log

ERM maintains one audit file that records log records for activities performed within the application. The creation of this audit file cannot be disabled by the ERM application.

 **NOTE:**  The System Log is not erased when the results database is reset or recreated.

There are three ways to view the contents of this audit file.

❖  Print the ERM System Log using the steps described under this heading.

These **PUBLIC RECORDS** requested fall under Maryland PIA as they are automatically generated in the course of official government business, duties in the administration of official elections. Maryland General Provisions Code § 4-101(k)(1) "Public record" means the original or any copy of any documentary material that: (i)    is made by a unit or an instrumentality of the State or of a political subdivision or received by the unit or instrumentality in connection with the transaction of public business; and

(ii)    is in any form, including:

2.    a computerized record;

6.    a form;

The data format that the ES&S Software **AUTOMATICALLY** generates these public records is the .LST file format.

**The following reports/logs are being specifically requested for the each and all DS200, DS850**

Tabulator used to administer the election:

a.) ***Machine Configuration***

b.) ***Initial State Report*** for each and every tabulator used.

c.) ***Zero Total Report***

d.) ***STATUS REPORT***

e.) ***VOTING RESULTS REPORT***

f.) ***BALLOT STATUS ACCOUNTING REPORT***

g.) ***AUDIT LOG*** to include all entries

**h.) \*\*\*System Configuration\*\*\***

**i.) \*\*\*Election Configuration\*\*\***

We are also requesting the following information regarding Runbeck Software and Services that you are currently using to administer elections in Maryland.

- **Audit Log For the NOVUS Runbeck Ballot Duplication Software used in the administration of elections.**
- **Runbeck NOVUS - Certification For Use In Maryland**

We are requesting that this data be provided for the time period covering January 1, 2018 to Present.

In compliance with the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, no request being presented in this FOIA document would "facilitate unauthorized access to or the unauthorized modification, disclosure, or destruction of:

1. Data or information, whether physical or virtual; or

2. Information technology resources as defined in the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, which includes:

a. Information relating to the security of a supervisor of elections' technology, processes, and practices designed to protect networks, computers, data processing software, and data from attack, damage, or unauthorized access; or

b. Security information, whether physical or virtual, which relates to a supervisor of elections' existing or proposed information technology systems."

Therefore, no part of this request should be denied. However, should you deny my request, or any part of the request, please state in writing the basis for the denial, including the exact statutory citation authorizing the denial as required by the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland; and clearly print your name and title, and sign this denial.

Maryland's Public Information Act ("PIA") gives the public the right to access government records without unnecessary cost and delay.

I will contact your office within 24 hours to discuss when I may expect the fulfillment of my request. If you have any questions, please contact me at the number below.

Respectfully,

Michael Fletcher
For The Justice Society

 Gmail

James Randisi <jamesrandisi1@gmail.com>

---

**Fwd: REQUEST FOR PUBLIC RECORDS Queen Anne's County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022**
1 message

---

**Records Requests** <records@thejusticesociety.com>                                                 Thu, Nov 30, 2023 at 3:04 PM
To: James Randisi <jamesrandisi1@gmail.com>

---------- Forwarded message ---------
From: **Records Requests** <records@thejusticesociety.com>
Date: Fri, Oct 13, 2023 at 6:52 PM
Subject: REQUEST FOR PUBLIC RECORDS Queen Anne's County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022
To: <Christine.Jones@maryland.gov>

RE:  REQUEST FOR PUBLIC RECORDS Queen Anne's County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022

Dear Custodian of Records Queen Anne's County

Pursuant to the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland.  I am requesting the following: copies of ES&S **reports and Public Records** within the Queen Anne's
County Board of Elections office:

      - **November 2018 General Election - ES&S Report EL68A - Also known as the System Log**
      - **November 2020 General Election - ES&S Report EL68A - Also known as System Log**
      - **November 2022 General Election - ES&S Report EL68A - Also known as System Log**

We are requesting that this data be provided in the original digital format, that it was generated, stored, kept and transmitted. See the image below extracted from the reports section of the Operators Manual Reports
Section.

### Chapter 33: Log

Generate log reports to check the status of your election equipment and software. Refer
to your log reports if any errors occur during the vote counting process.

**System Log:** Generate a System Log report to list every action performed in your election
system in chronological order.

**Results Corrections Log:** Generate the Results Corrections Log to view user altered
election totals. The Results Corrections Log lists your candidate names, any user altered
totals, the date and time that election totals were altered and the original totals for each
user altered contest.

## System Log

ERM maintains one audit file that records log records for activities performed within the
application. The creation of this audit file cannot be disabled by the ERM application.

 **NOTE:** The System Log is not erased when the results database is reset or recreated.

There are three ways to view the contents of this audit file.

❖ Print the ERM System Log using the steps described under this heading.

These **PUBLIC RECORDS** requested fall under Maryland PIA as they are automatically generated in the course of official government business, duties in the administration of official elections. Maryland General
Provisions Code § 4-101(k)(1) "Public record" means the original or any copy of any documentary material that: (i)  is made by a unit or an instrumentality of the State or of a political subdivision or received by the unit
or instrumentality in connection with the transaction of public business; and

(ii)    is in any form, including:

2.    a computerized record;

6.    a form;

The data format that the ES&S Software **AUTOMATICALLY** generates these public records is the .LST file format.

**The following reports/logs are being specifically requested for the each and all DS200, DS850**

Tabulator used to administer the election:

a.) ***Machine Configuration***

b.) ***Initial State Report*** for each and every tabulator used.

c.) ***Zero Total Report***

d.) ***STATUS REPORT***

e.) ***VOTING RESULTS REPORT***

f.) ***BALLOT STATUS ACCOUNTING REPORT***

g.) ***AUDIT LOG*** to include all entries

h.) ***System Configuration***

i.) ***Election Configuration***

We are also requesting the following information regarding Runbeck Software and Services that you are currently using to administer elections in Maryland.

- Audit Log For the NOVUS Runbeck Ballot Duplication Software used in the administration of elections.
- Runbeck NOVUS - Certification For Use In Maryland

We are requesting that this data be provided for the time period covering January 1, 2018 to Present.

In compliance with the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, no request being presented in this FOIA document would "facilitate unauthorized access to or the unauthorized modification, disclosure, or destruction of:

1. Data or information, whether physical or virtual; or

2. Information technology resources as defined in the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, which includes:

a. Information relating to the security of a supervisor of elections' technology, processes, and practices designed to protect networks, computers, data processing software, and data from attack, damage, or unauthorized access; or

b. Security information, whether physical or virtual, which relates to a supervisor of elections' existing or proposed information technology systems."

Therefore, no part of this request should be denied.  However, should you deny my request, or any part of the request, please state in writing the basis for the denial, including the exact statutory citation authorizing the denial as required by the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland; and clearly print your name and title, and sign this denial.

Maryland's Public Information Act ("PIA") gives the public the right to access government records without unnecessary cost and delay.

I will contact your office within 24 hours to discuss when I may expect the fulfillment of my request.  If you have any questions, please contact me at the number below.

Respectfully,

Michael Fletcher
For The Justice Society

Case 1:24-cv-00672-SAG   Document 1-9   Filed 03/06/24   Page 52 of 61

 Gmail

James Randisi <jamesrandisi1@gmail.com>

---

**Fwd: REQUEST FOR PUBLIC RECORDS Cecil County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022**
1 message

---

Records Requests <records@thejusticesociety.com>                                                                 Thu, Nov 30, 2023 at 3:04 PM
To: James Randisi <jamesrandisi1@gmail.com>

---

---------- Forwarded message ---------
From: **Records Requests** <records@thejusticesociety.com>
Date: Fri, Oct 13, 2023 at 6:51 PM
Subject: REQUEST FOR PUBLIC RECORDS Cecil County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022
To: <voting@ccgov.org>

RE:  REQUEST FOR PUBLIC RECORDS Cecil County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022

Dear Custodian of Records Cecil County

Pursuant to the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland.  I am requesting the following: copies of ES&S **reports and Public Records** within the Cecil County
Board of Elections office:

        - **November 2018 General Election - ES&S Report EL68A - Also known as the System Log**
        - **November 2020 General Election - ES&S Report EL68A - Also known as System Log**
        - **November 2022 General Election - ES&S Report EL68A - Also known as System Log**

We are requesting that this data be provided in the original digital format, that it was generated, stored, kept and transmitted. See the image below extracted from the reports section of the Operators Manual Reports
Section.

### Chapter 33: Log

Generate log reports to check the status of your election equipment and software. Refer
to your log reports if any errors occur during the vote counting process.

**System Log:** Generate a System Log report to list every action performed in your election
system in chronological order.

**Results Corrections Log:** Generate the Results Corrections Log to view user altered
election totals. The Results Corrections Log lists your candidate names, any user altered
totals, the date and time that election totals were altered and the original totals for each
user altered contest.

## System Log

ERM maintains one audit file that records log records for activities performed within the
application. The creation of this audit file cannot be disabled by the ERM application.

 **NOTE:**  The System Log is not erased when the results database is reset or recreated.

There are three ways to view the contents of this audit file.

❖  Print the ERM System Log using the steps described under this heading.

These **PUBLIC RECORDS** requested fall under Maryland PIA as they are automatically generated in the course of official government business, duties in the administration of official elections. Maryland General
Provisions Code § 4-101(k)(1) "Public record" means the original or any copy of any documentary material that: (i)   is made by a unit or an instrumentality of the State or of a political subdivision or received by the unit
or instrumentality in connection with the transaction of public business; and

 (ii)   is in any form, including:

 2.   a computerized record;

 6.   a form;

The data format that the ES&S Software **AUTOMATICALLY** generates these public records is the .LST file format.

**The following reports/logs are being specifically requested for the each and all DS200, DS850**

Tabulator used to administer the election:

**a.) ***Machine Configuration*****

**b.) ***Initial State Report*** for each and every tabulator used.**

**c.) ***Zero Total Report*****

**d.) ***STATUS REPORT*****

**e.) ***VOTING RESULTS REPORT*****

**f.) ***BALLOT STATUS ACCOUNTING REPORT*****

**g.) ***AUDIT LOG*** to include all entries**

h.) ***System Configuration***

i.) ***Election Configuration***

We are also requesting the following information regarding Runbeck Software and Services that you are currently using to administer elections in Maryland.

- **Audit Log For the NOVUS Runbeck Ballot Duplication Software used in the administration of elections.**
- **Runbeck NOVUS - Certification For Use In Maryland**

We are requesting that this data be provided for the time period covering January 1, 2018 to Present.

In compliance with the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, no request being presented in this FOIA document would "facilitate unauthorized access to or the unauthorized modification, disclosure, or destruction of:

1.  Data or information, whether physical or virtual; or

2.  Information technology resources as defined in the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, which includes:

a.  Information relating to the security of a supervisor of elections' technology, processes, and practices designed to protect networks, computers, data processing software, and data from attack, damage, or unauthorized access; or

b.  Security information, whether physical or virtual, which relates to a supervisor of elections' existing or proposed information technology systems."

Therefore, no part of this request should be denied.  However, should you deny my request, or any part of the request, please state in writing the basis for the denial, including the exact statutory citation authorizing the denial as required by the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland; and clearly print your name and title, and sign this denial.

Maryland's Public Information Act ("PIA") gives the public the right to access government records without unnecessary cost and delay.

I will contact your office within 24 hours to discuss when I may expect the fulfilment of my request.  If you have any questions, please contact me at the number below.

Respectfully,

Michael Fletcher
For The Justice Society

 **Gmail**

James Randisi <jamesrandisi1@gmail.com>

---

**Fwd: REQUEST FOR PUBLIC RECORDS Caroline County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022**
1 message

---

Records Requests <records@thejusticesociety.com>                                                                    Thu, Nov 30, 2023 at 3:04 PM
To: James Randisi <jamesrandisi1@gmail.com>

---------- Forwarded message ---------
From: Records Requests <records@thejusticesociety.com>
Date: Fri, Oct 13, 2023 at 6:53 PM
Subject: REQUEST FOR PUBLIC RECORDS Caroline County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022
To: <election@carolinemd.org>

RE:  REQUEST FOR PUBLIC RECORDS Caroline County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022

Dear Custodian of Records Caroline County

Pursuant to the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland,  I am requesting the following: copies of ES&S **reports and Public Records** within the Caroline
County Board of Elections office:

- November 2018 General Election - ES&S Report EL68A - Also known as the System Log
- November 2020 General Election - ES&S Report EL68A - Also known as System Log
- November 2022 General Election - ES&S Report EL68A - Also known as System Log

We are requesting that this data be provided in the original digital format, that it was generated, stored, kept and transmitted. See the image below extracted from the reports section of the Operators Manual Reports
Section.

## Chapter 33: Log

Generate log reports to check the status of your election equipment and software. Refer
to your log reports if any errors occur during the vote counting process.

**System Log:** Generate a System Log report to list every action performed in your election
system in chronological order.

**Results Corrections Log:** Generate the Results Corrections Log to view user altered
election totals. The Results Corrections Log lists your candidate names, any user altered
totals, the date and time that election totals were altered and the original totals for each
user altered contest.

## System Log

ERM maintains one audit file that records log records for activities performed within the
application. The creation of this audit file cannot be disabled by the ERM application.

 **NOTE:**  The System Log is not erased when the results database is reset or recreated.

There are three ways to view the contents of this audit file.

❖ Print the ERM System Log using the steps described under this heading.

These **PUBLIC RECORDS** requested fall under Maryland PIA as they are automatically generated in the course of official government business, duties in the administration of official elections. Maryland General
Provisions Code § 4-101(k)(1) "Public record" means the original or any copy of any documentary material that: (i)   is made by a unit or an instrumentality of the State or of a political subdivision or received by the unit
or instrumentality in connection with the transaction of public business; and

(ii)   is in any form, including:

2.   a computerized record;

6.   a form;

The data format that the ES&S Software **AUTOMATICALLY** generates these public records is the .LST file format.

**The following reports/logs are being specifically requested for the each and all DS200, DS850**

Tabulator used to administer the election:

a.) \*\*\*Machine Configuration\*\*\*

b.) \*\*\*Initial State Report\*\*\* for each and every tabulator used.

c.) \*\*\*Zero Total Report\*\*\*

d.) \*\*\*STATUS REPORT\*\*\*

e.) \*\*\*VOTING RESULTS REPORT\*\*\*

f.) \*\*\*BALLOT STATUS ACCOUNTING REPORT\*\*\*

g.) \*\*\*AUDIT LOG\*\*\* to include all entries

---

h.) \*\*\*System Configuration\*\*\*

i.) \*\*\*Election Configuration\*\*\*

We are also requesting the following information regarding Runbeck Software and Services that you are currently using to administer elections in Maryland.

- **Audit Log For the NOVUS Runbeck Ballot Duplication Software used in the administration of elections.**
- **Runbeck NOVUS - Certification For Use In Maryland**

We are requesting that this data be provided for the time period covering January 1, 2018 to Present.

In compliance with the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, no request being presented in this FOIA document would "facilitate unauthorized access to or the unauthorized modification, disclosure, or destruction of:

1.    Data or information, whether physical or virtual; or

2.    Information technology resources as defined in the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, which includes:

a.    Information relating to the security of a supervisor of elections' technology, processes, and practices designed to protect networks, computers, data processing software, and data from attack, damage, or unauthorized access; or

b.    Security information, whether physical or virtual, which relates to a supervisor of elections' existing or proposed information technology systems."

Therefore, no part of this request should be denied. However, should you deny my request, or any part of the request, please state in writing the basis for the denial, including the exact statutory citation authorizing the denial as required by the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland; and clearly print your name and title, and sign this denial.

Maryland's Public Information Act ("PIA") gives the public the right to access government records without unnecessary cost and delay.

I will contact your office within 24 hours to discuss when I may expect the fulfillment of my request. If you have any questions, please contact me at the number below.

Respectfully,

Michael Fletcher
For The Justice Society

 Gmail

James Randisi <jamesrandisi1@gmail.com>

---

**Fwd: REQUEST FOR PUBLIC RECORDS Dorchester County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022**
1 message

---

**Records Requests** <records@thejusticesociety.com>
To: James Randisi <jamesrandisi1@gmail.com>

Thu, Nov 30, 2023 at 3:04 PM

---------- Forwarded message ---------
From: **Records Requests** <records@thejusticesociety.com>
Date: Fri, Oct 13, 2023 at 6:53 PM
Subject: REQUEST FOR PUBLIC RECORDS Dorchester County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022
To: <Gwendolyn.dales@maryland.gov>

RE:  REQUEST FOR PUBLIC RECORDS Dorchester County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022

Dear Custodian of Records Dorchester County

Pursuant to the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland.  I am requesting the following: copies of ES&S **reports and Public Records** within the Dorchester County Board of Elections office:

- November 2018 General Election - ES&S Report EL68A - Also known as the System Log
- November 2020 General Election - ES&S Report EL68A - Also known as System Log
- November 2022 General Election - ES&S Report EL68A - Also known as System Log

We are requesting that this data be provided in the original digital format, that it was generated, stored, kept and transmitted. See the image below extracted from the reports section of the Operators Manual Reports Section.

## Chapter 33: Log

Generate log reports to check the status of your election equipment and software. Refer to your log reports if any errors occur during the vote counting process.

**System Log:** Generate a System Log report to list every action performed in your election system in chronological order.

**Results Corrections Log:** Generate the Results Corrections Log to view user altered election totals. The Results Corrections Log lists your candidate names, any user altered totals, the date and time that election totals were altered and the original totals for each user altered contest.

## System Log

ERM maintains one audit file that records log records for activities performed within the application. The creation of this audit file cannot be disabled by the ERM application.

 **NOTE:**  The System Log is not erased when the results database is reset or recreated.

There are three ways to view the contents of this audit file.

❖  Print the ERM System Log using the steps described under this heading.

These **PUBLIC RECORDS** requested fall under Maryland PIA as they are automatically generated in the course of official government business, duties in the administration of official elections. Maryland General Provisions Code § 4-101(k)(1) "Public record" means the original or any copy of any documentary material that: (i)   is made by a unit or an instrumentality of the State or of a political subdivision or received by the unit or instrumentality in connection with the transaction of public business; and

(ii)   is in any form, including:

2.   a computerized record;

6.   a form;

The data format that the ES&S Software **AUTOMATICALLY** generates these public records is the .LST file format.

**The following reports/logs are being specifically requested for the each and all DS200, DS850**

Tabulator used to administer the election:

a.) ***Machine Configuration***

b.) ***Initial State Report*** for each and every tabulator used.

c.) ***Zero Total Report***

d.) ***STATUS REPORT***

e.) ***VOTING RESULTS REPORT***

f.) ***BALLOT STATUS ACCOUNTING REPORT***

g.) ***AUDIT LOG*** to include all entries

h.) ***System Configuration***

I.) ***Election Configuration***

We are also requesting the following information regarding Runbeck Software and Services that you are currently using to administer elections in Maryland.

- **Audit Log For the NOVUS Runbeck Ballot Duplication Software used in the administration of elections.**
- **Runbeck NOVUS - Certification For Use In Maryland**

We are requesting that this data be provided for the time period covering January 1, 2018 to Present.

In compliance with the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, no request being presented in this FOIA document would "facilitate unauthorized access to or the unauthorized modification, disclosure, or destruction of:

1. Data or information, whether physical or virtual; or

2. Information technology resources as defined in the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, which includes:

a. Information relating to the security of a supervisor of elections' technology, processes, and practices designed to protect networks, computers, data processing software, and data from attack, damage, or unauthorized access; or

b. Security information, whether physical or virtual, which relates to a supervisor of elections' existing or proposed information technology systems."

Therefore, no part of this request should be denied.  However, should you deny my request, or any part of the request, please state in writing the basis for the denial, including the exact statutory citation authorizing the denial as required by the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland; and clearly print your name and title, and sign this denial.

Maryland's Public Information Act ("PIA") gives the public the right to access government records without unnecessary cost and delay.

I will contact your office within 24 hours to discuss when I may expect the fulfillment of my request.  If you have any questions, please contact me at the number below.

Respectfully,

Michael Fletcher
For The Justice Society

 Gmail

James Randisi <jamesrandisi1@gmail.com>

**Fwd: REQUEST FOR PUBLIC RECORDS Worcester County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022**
1 message

Records Requests <records@thejusticesociety.com>                                      Thu, Nov 30, 2023 at 3:04 PM
To: James Randisi <jamesrandisi1@gmail.com>

---------- Forwarded message ---------
From: Records Requests <records@thejusticesociety.com>
Date: Fri, Oct 13, 2023 at 6:52 PM
Subject: REQUEST FOR PUBLIC RECORDS Worcester County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022
To: <Worcester.Elections@maryland.gov>

RE:  REQUEST FOR PUBLIC RECORDS Worcester County ES&S EL68A Reports Nov 2018, Nov 2020, Nov 2022

Dear Custodian of Records Worcester County

Pursuant to the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland.  I am requesting the following: copies of ES&S **reports and Public Records** within the Worcester
County Board of Elections office:

        - **November 2018** General Election - ES&S Report EL68A - Also known as the System Log
        - **November 2020** General Election - ES&S Report EL68A - Also known as System Log
        - **November 2022** General Election - ES&S Report EL68A - Also known as System Log

We are requesting that this data be provided in the original digital format, that it was generated, stored, kept and transmitted. See the image below extracted from the reports section of the Operators Manual Reports
Section.

### Chapter 33: Log

Generate log reports to check the status of your election equipment and software. Refer
to your log reports if any errors occur during the vote counting process.

**System Log:** Generate a System Log report to list every action performed in your election
system in chronological order.

**Results Corrections Log:** Generate the Results Corrections Log to view user altered
election totals. The Results Corrections Log lists your candidate names, any user altered
totals, the date and time that election totals were altered and the original totals for each
user altered contest.

## System Log

ERM maintains one audit file that records log records for activities performed within the
application. The creation of this audit file cannot be disabled by the ERM application.

 **NOTE:**  The System Log is not erased when the results database is reset or recreated.

There are three ways to view the contents of this audit file.

❖  Print the ERM System Log using the steps described under this heading.

These **PUBLIC RECORDS** requested fall under Maryland PIA as they are automatically generated in the course of official government business, duties in the administration of official elections. Maryland General
Provisions Code § 4-101(k)(1) "Public record" means the original or any copy of any documentary material that: (i)   is made by a unit or an instrumentality of the State or of a political subdivision or received by the unit
or instrumentality in connection with the transaction of public business; and

(ii)   is in any form, including:

2.   a computerized record;

6.   a form;

The data format that the ES&S Software **AUTOMATICALLY** generates these public records is the .LST file format.

**The following reports/logs are being specifically requested for the each and all DS200, DS850**

Tabulator used to administer the election:

a.) ***Machine Configuration***

b.) ***Initial State Report*** for each and every tabulator used.

c.) ***Zero Total Report***

d.) ***STATUS REPORT***

e.) ***VOTING RESULTS REPORT***

f.) ***BALLOT STATUS ACCOUNTING REPORT***

g.) ***AUDIT LOG*** to include all entries

h.) ***System Configuration***

i.) ***Election Configuration***

We are also requesting the following information regarding Runbeck Software and Services that you are currently using to administer elections in Maryland.

- **Audit Log For the NOVUS Runbeck Ballot Duplication Software used in the administration of elections.**
- **Runbeck NOVUS - Certification For Use In Maryland**

We are requesting that this data be provided for the time period covering January 1, 2018 to Present.

In compliance with the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, no request being presented in this FOIA document would "facilitate unauthorized access to or the unauthorized modification, disclosure, or destruction of:

1. Data or information, whether physical or virtual; or

2. Information technology resources as defined in the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland, which includes:

a. Information relating to the security of a supervisor of elections' technology, processes, and practices designed to protect networks, computers, data processing software, and data from attack, damage, or unauthorized access; or

b. Security information, whether physical or virtual, which relates to a supervisor of elections' existing or proposed information technology systems."

Therefore, no part of this request should be denied. However, should you deny my request, or any part of the request, please state in writing the basis for the denial, including the exact statutory citation authorizing the denial as required by the PIA in the General Provisions Article ("GP"), §§ 4-101 through 4-601, Annotated Code of Maryland; and clearly print your name and title, and sign this denial.

Maryland's Public Information Act ("PIA") gives the public the right to access government records without unnecessary cost and delay.

I will contact your office within 24 hours to discuss when I may expect the fulfillment of my request.  If you have any questions, please contact me at the number below.

Respectfully,

Michael Fletcher
For The Justice Society

12/5/2023, 3:09 PM

 Gmail

**James Randisi <jamesrandisi1@gmail.com>**

---

## Fwd: Record Request
1 message

---

**PublicRecordsRequest ElectionData** <electionspublicrecordsrequest@gmail.com>

To: jamesrandisi1@gmail.com

Thu, Nov 30, 2023 at 3:08 PM

---------- Forwarded message ---------
From: **Christine McDougal** <McDougaC@charlescountymd.gov>
Date: Mon, Oct 16, 2023 at 2:32 PM
Subject: Record Request
To: electionspublicrecordsrequest@gmail.com <electionspublicrecordsrequest@gmail.com>

Good afternoon,

I have forwarded your request to the appropriate department.

Thank you,


Christine McDougal , Deputy Director

Charles County Board of Elections

P O Box 908

LaPlata, Maryland 20646



301-934-8972 office

301-396-8871 direct line

301-934-6487 fax


201 E. Charles Street, LaPlata, MD 20646 ( Physical location)


Please visit the State Board website for more information.

www.elections.state.md.us

Charles County Government

This e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, or other use of, or taking of any action upon the information contained therein by persons or entities other than the intended recipient is prohibited and may subject them to criminal or civil liability. If you received this communication in error, please delete the communication from any computer or network system. Although this e-mail (including attachments) is believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way in the event that such a virus or defect exists. Charles County accepts no liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. No employee or agent is authorized to conclude any binding agreement on behalf of Charles County with another party by email, without express written confirmation by the County Commissioners of Charles County. Charles County Government is an equal opportunity employer, and maintains a strict policy against discrimination and/or harassment of any kind.

**Charles County Government**