Case 1:24-cv-00672-SAG   Document 1-10   Filed 03/06/24   Page 1 of 1
State Board of Elections – July 27, 2017 meeting
Page 4 of 10



EXHIBIT J

New Inventory System
SBE continues to work with the inventory system vendor to resolve issues identified during the inventory audit visits and preparing for the full implementation of the system.

6. **Voting Systems**
Electronic Pollbooks
Testing of the latest alpha version of the pollbook software continues and should be complete by the end of this week. This version includes enhancements and bug fixes.

We expect that the local boards will receive collectively approximately 3,300 CMOS batteries by the end of the month. The local boards can begin installing the batteries right away or combine installation with their pollbook charging process or upcoming software upgrade. The balance of batteries is scheduled to be delivered in September.

DS200 Modem Removal
Approximately 1,400 of the DS200 scanners have non-functioning modems installed that have not been used since delivery. ES&S has started removing these modems, which they wish to put back into their own inventory. Once each modem is removed, acceptance testing will be performed on the unit under SBE and local board supervision prior to returning to service. This affects approximately nine counties.

ES&S Contract Modification - Personnel Resources
On July 5th, the Board of Public Works approved a modification to the ES&S voting system contract for additional hours for ES&S' Maryland project team. These three individuals will now be assigned full-time to Maryland through the 2018 elections.

During the procurement process, we asked each bidder to complete a Pricing Summary worksheet for services for the base period, Option 1, and Option 2. To enable us to compare proposals fairly, we asked for a quote based on 1,000 hours for Option 1. At the time, we knew that we would need more than 1,000 hours but did not realize that the 1,000 hours would become part of the contract and require modification to increase hours.

7. **Information Technology**
New Office Telecommunications System
We are in the process of implementing a new office telecommunications system, a solution by ShoreTel called Connect. Implementation kick-off call and a site survey have occurred, and the new telecommunications devices have been ordered. We plan on having the new system installed, configured and deployed in the next few weeks

**APPROVAL OF 2018 ABSENTEE BALLOT APPLICATION**
Ms. Perrone presented the absentee ballot application for the 2018 elections and explained that this redesign was developed and tested by usability experts at the University of Baltimore. The application includes instructions, the request form, and contact information for the local boards of elections.

Ms. Perrone explained that the language requested by the State Board members about electronically delivered ballots needing to be copied is found in the instructions and in the margin of Block 7 on the application. Mr. Cogan suggested adding "hand" before "copied" to clarify that this is a manual process.