

Figure 26 - Public and Protected Counts on the Scanning Unit & Scanning Unit Opening Integrity Report

Tell a chief judge right away if either number does not match.

27. A chief judge will enter the election code and will touch "Accept."

Figure 27 - Election Code on the Scanning Unit



28. A "Configuration Report" will automatically print. **DO NOT remove the report.**



EXHIBIT L

**Scanning Unit 11-17**

**Figure 28 - Printing of the Configuration Report**



29. Check the precinct name displayed on the screen is correct and the scanning unit is receiving power. Touch **"Open Poll"** on the screen.

**Figure 29 - Precinct Name and Power Indicator on the Scanning Unit**



30. Two copies of the "Zero Report" will print. Separate the "Zero Reports" into two reports:

    o Both chief judges sign both "Zero Reports."

    o Attach the first copy of the "Zero Report," along with the "Configuration Report" still attached to the "Zero Report", to the *Scanning Unit Opening Integrity Report*.

    o Post the second copy of the "Zero Report" for public viewing.

**11-18** Scanning Unit