# Chapter 20: Setup Reports

Use the **Reports** menu in Setup to access the report options for that module.



## User Report

Use the **User Report** option to access information about users that have been entered into the Electionware system. The User Report includes specific information about each user. This information includes the User ID, First Name, Last Name, whether the user is active, when the user account was created, and the last login of the user. The time and date stamp is updated to reflect the most recent time and date the user accessed Electionware.

To run this report, from the **Reports** menu click **User Report**.



The User Report appears:



Use the Report Screen Toolbar to **Print**, **Save**, change the current page, or change the view of the displayed report.

 **Reference:** See Report Screen Toolbar for further information regarding Report Screen Toolbar functions.

## Admin Audit Events Report

Use the **Admin Audit Events Report** option to access detailed audit information. This report includes information regarding all administrator events in Electionware. This information includes the type of Event, an event Description, the event's Timestamp, the User ID, and the module in which the event occurred. The time and date stamp is updated to reflect the most recent audit event.

To run this report, from the **Reports** menu click **Admin Audit Events Report**.



An Admin Audit Events Report Criteria window opens.

Use the options in the Admin Audit Events Report Criteria window to define the criteria for the report you wish to run.



- ◆ Use the **From Date** field to enter a start date for the report. (Example: The date on which you started creating the current election.)
- ◆ Use the **To Date** field to enter an end date for the report.
- ◆ Use the **Event Type** drop-down menu to choose the type of events to display in the report. Available options are listed below:
    - • **Fatal**: The **Fatal** option will report only the fatal error messages that were displayed to the administrator between the selected dates.
    - • **Debug**: The **Debug** option will report only the debug messages displayed to the administrator between the selected dates.
    - • **Verbose**: The **Verbose** option will report only the verbose messages displayed to the administrator between the selected dates.
    - • **Info**: The **Info** option will report only the information related messages displayed to the administrator between the selected dates.
    - • **Warning**: The **Warning** option will report only the warning related messages displayed to the administrator between the selected dates.
    - • **Error**: The **Error** option will report only the error related messages displayed to the administrator between the selected dates.
    - • **All**: The **All** option will report every message displayed to the administrator between the selected dates.
- ◆ Use the **Date-Ascending** or **Date-Descending** option button to sort the events by ascending date (chronological) or descending date (reverse chronological) order.

Case 1:24-cv-00672-SAG   Document 1-13   Filed 03/06/24   Page 3 of 5

When you have finished selecting the report criteria, click **Run Report.**

- Or, to exit the window without running a report, click **Cancel**.

The Admin Audit Events Report appears:



Use the Report Screen Toolbar to **Print**, **Save**, change the current page, or change the view of the displayed report.



**Reference:** See Report Screen Toolbar for further information regarding Report Screen Toolbar functions.

## Election Audit Events Report

Use the **Election Audit Events Report** option to access detailed audit information. This report includes information regarding events in Electionware for the open election. Information in this report includes the type of Event, an event Description, the event's Timestamp, the User ID, and the module in which the event occurred. The time and date stamp is updated to reflect the most recent audit event.



**Note:** An election must be open in order to run the Election Audit Events Report.

Case 1:24-cv-00672-SAG   Document 1-13   Filed 03/06/24   Page 4 of 5

To run this report, from the **Reports** menu click **Election Audit Events Report**.



An Election Audit Events Report Criteria window opens.

Use the options in the Election Audit Events Report Criteria window to define the criteria for the report you wish to run.

- ◆ Use the **From Date** field to enter a start date for the report. (Example: The date on which you or other users started creating the current election.)
- ◆ Use the **To Date** field to enter an end date for the report.
- ◆ Use the **Event Type** drop-down menu to choose the type of events to display in the report. Available options are listed below:
    - **Fatal**: The **Fatal** option will report only the fatal error messages that were displayed to the user for the open election between the selected dates.
    - **Debug**: The **Debug** option will report only the debug messages displayed to the user for the open election between the selected dates.
    - **Verbose**: The **Verbose** option will report only the verbose messages displayed to the user for the open election between the selected dates.
    - **Info**: The **Info** option will report only the information related messages displayed to the user for the open election between the selected dates.
    - **Warning**: The **Warning** option will report only the warning related messages displayed to the user for the open election between the selected dates.
    - **Error**: The **Error** option will report only the error related messages displayed to the user for the open election between the selected dates.
    - **All**: The **All** option will report every message displayed to the user for the open election between the selected dates.
- ◆ Use the **Date-Ascending** or **Date-Descending** option button to sort the events by ascending date (chronological) or descending date (reverse chronological) order.

When you have finished selecting the report criteria, click **Run Report.**

- Or, to exit the window without running a report, click **Cancel.**

The Election Audit Events Report appears:

| Event | Description | Timestamp | User Id | Module |
|---|---|---|---|---|
| Info | Running report: Election Audit Events Report | 03/01/2012 10:05:46AM | admin | Setup |
| Warning | User Response: No | 03/01/2012 10:00:24AM | admin | Configure |
| Warning | There are pending changes. Do you want to save? | 03/01/2012 10:00:22AM | admin | Configure |
| Info | Configure Equipment module activated. | 03/01/2012 09:21:41AM | admin | Configure |
| Verbose | Open Election: Finding Election... | 03/01/2012 09:21:22AM | admin | Home |
| Verbose | Open Election: Finding Jurisdiction... | 03/01/2012 09:21:22AM | admin | Home |
| Verbose | Open Election: Finding Customer... | 03/01/2012 09:21:22AM | admin | Home |
| Info | Election Opened: AnyCounty Primary | 03/01/2012 09:21:21AM | admin | Home |
| Info | Election Closed: AnyCounty Primary | 02/29/2012 04:21:43PM | admin | Element Library |
| Info | DS200 Modem Configuration successfully imported. Remember to thoroughly test the DS200 prior to your election in order to verify the modem | 02/29/2012 01:21:33PM | admin | Element Library |

Use the Report Screen Toolbar to **Print**, **Save**, change the current page, or change the view of the displayed report.

**Reference:** See Report Screen Toolbar for further information regarding Report Screen Toolbar functions.