## 7.4 Ballot-Handling Options Before Ballot is Cast

Your election definition determines how the DS200 handles each ballot type before tabulating results from scanned ballots. Your Electionware settings determine how the DS200 handles ballots with specific conditions before accepting those ballots for tabulation. For example, you can have the DS200 query voters who submit blank ballots or ballots that contain overvotes, undervotes, or unreadable marks. The voter query function provides the voter the opportunity to review potential errors, to retrieve the ballot for correction, or to cast the ballot as marked.

If your ballots use boxes for judges initials or a box to flag ballots for further review, you can control whether ballots are accepted or rejected, depending on whether a box is marked or left blank.

For each of your ballot styles, use the DS200 settings in Electionware to control whether the DS200 queries the voter for specific ballot conditions and to control whether ballots with initial or review boxes are always accepted or always rejected depending on the box condition.

### 7.4.1 Establishing Ballot Handling Options

When you create your election definition, your Electionware settings determine for each ballot style how the DS200 handles specific types of ballot conditions.

**Note**



See the Configure chapter in the *Electionware Vol IV: Deliver User Guide* for more information about the DS200 settings.

For each of these ballot conditions, you can set the DS200 to always accept or always reject ballots with a specified conditions. For some of those conditions, you can instead have the DS200 query the voter to ascertain the voter's intent.

You can set the DS200 to always accept, always reject, or query the voter for the following ballot conditions:

- Undervoted Ballot
- Blank Ballot
- Overvoted Ballot
- Unreadable Marks on Ballot



You can have the DS200 always accept or always reject ballots for the following ballot conditions:

- Blank Initial Box
- Marked Review Box

The DS200 does not query voters about the status of the initial and/or review boxes. See section *7.6 Initials and Review Boxes* for more information.

Selecting **Query Voter Preference** for any of these ballot conditions causes the DS200 to provide the voter the opportunity to review the ballot for possible errors. The voter can choose to retrieve the ballot for correction or to cast the ballot as is. Also checking **Allow Display of Affected Contests** causes the DS200 to display information about the specific contests that may contain errors.

Selecting **Always Accept** for any of these conditions causes the DS200 to skip the voter query function for that condition. The DS200 will not display the query screen for those conditions.

Selecting **Always Reject** for any of these conditions causes the DS200 to prevent the voter from casting a ballot with that condition. The DS200 will not be able to process the ballot until the identified conditions have been resolved.

Refer to the DS200 Settings chapter in the *Electionware Volume IV: Deliver User's Guide* for more information.

**Note**



Before scanning folded ballots, see *4.6.1 Scanning Folded Ballots*.

## 7.5 Voter Query

### 7.5.1 Common Voter Query Functions

The screens displayed when querying voters use many of the same command options. The following table identifies these command options and describes their function.

**Table 7-1: Voter Query Command Options**

| Command | Description |
|---|---|
| Cast | Touch to cast the ballot as marked. Overvotes and unreadable marks will not be counted as valid votes. |
| Cast Blank Ballot | Touch to cast the blank ballot as is. This option appears only when the submitted ballot is blank. |
| Next | Touch to view the next page of possible errors on the ballot. This option appears only when the number or type of possible errors cannot be displayed on a single screen. |
| Finish Review | Touch to view information about the next type of possible error on the ballot. |
| Return | Touch to return the ballot to the voter for review and/or correction. If necessary, the voter may request a new ballot from a poll worker. |
| Review Errors | Touch to view more detailed information about the possible errors on this ballot. This option appears when the ballot contains more than one type of possible error. |

#### 7.5.1.1 Overvote Warning Screen

If you use the voter query function for overvotes and a voter exceeds the number of votes allowed for a contest, the following screen appears.

The contest(s) containing overvotes appears in the **In the contest for** column. The ballot can be returned to the voter, or cast as marked.



### 7.5.2 Undervote Warning Screen

If you use the voter query function for undervotes and a voter has not filled in the number of votes allowed for a contest, the following screen appears.



If the election definition is programmed to query voter preference in the event of an undervoted ballot, the contest(s) containing undervotes appear(s) in the **In the contest for** column. If the ballot contains too many undervoted contests to be displayed in a single screen, the **Next** and **Back** commands appear on the screen to enable you to view all undervoted contests.

The ballot can be returned to the voter, or cast as marked.

### 7.5.3 Blank Ballot Warning Screen

If you use the voter query function for blank ballots and a ballot is blank, the following screen appears.



### 7.5.4 Overvote and Undervote Warning Screen

If you use the voter query function for overvotes and undervotes and a ballot contains both undervoted and overvoted contests, the following screen appears.



The type of possible ballot error (for example, overvote) appears in the **Error Type** column. The number of contests containing the ballot mistake appears in the **Number of Contests** column.

To return the ballot to the voter at any point in this process, touch **Return**. The voter can then request a new ballot from a poll worker and remark the ballot.

To review all the overvotes and undervotes on the current ballot, touch **Review Errors**.

The DS200 displays information about overvoted contests in a screen like the following.

If the ballot contains both overvotes and undervotes, or contains too many errors to be displayed on a single screen, the **Next** and **Back** commands appear on the screen. Touch **Next** to navigate to the next screen of information, touch **Back** to return to the previous screen of information.

The DS200 displays information about undervoted contests in a screen like the following. Touch **Finish Review.**

The Possible Errors on Ballot screen appears. Select **Return** to correct the ballot or **Cast** to cast ballot as is.



3. Touch **Yes** to confirm your selection, or touch **No** to exit.

4. Touch **Menu** to return to the Tools menu and then select **Return to Voting Mode** to begin inserting ballots.

You can return to the Override Authorization Boxes settings menu if you wish the override both the initials and review boxes.

The setting(s) will persist until either you return to the settings menu and re-enable the initials and/or review box settings or until the DS200 is cleared and initialized with the EQC flash drive.

### 7.11.3 Report Options

The report options available from the Tools menu are different from the report options available from the Admin menu because the poll is open when you access the Tools menu.

You can generate the Daily Ballot Status Accounting Report from the Tools menu, but not from the Admin menu because the poll must be open to generate this report.

If the poll is open but no votes have been cast, you can generate a Zero Totals Report. Once a vote has been cast, this report is no longer available.

You can also generate the following reports from the Tools menu:

- Configuration Report
- Event Log Report and Summary Event Log
- System Log

You cannot generate the Voting Results Report from the Tools menu.

1. From the Tools Menu, touch **Report Options**.

2. Select the report you would like to view or print.

3. Touch **Preview Report** to view the report on the screen. Touch **Print Report** to print the report. Touch **Cancel** to exit the menu.

Refer to *Chapter 9: Reports* for more information about generating and printing reports, and for information about specific reports.

# Chapter 9: Reports

Use the information in this chapter to become familiar with report formats and types so you can generate the proper reports for your jurisdiction. This chapter contains descriptions and examples of the following reports:

- Ballot Status Accounting Report and Daily Ballot Status Accounting Report

    The Ballot Status Accounting report is not available while the poll is open. Depending on your election definition, the report may print automatically during the poll opening and poll closing processes. The report can also be accessed via the Reports menu.

    The Daily Ballot Status Accounting report is available only while the poll is open, and is accessed via the Tools menu rather than the Reports menu.

- Configuration Report

    The Configuration report includes hardware configuration information.

- Event Log Report and Event Log Summary

    The Event Log provides a record of all actions taken on the DS200 by poll workers, voters and by the DS200 system. The Event Log Summary is a condensed version of the Event Log and provides fewer details.

- System Log Report

    The System Log contains all system-level messages from the time the DS200 is powered on until the unit is shutdown. It is used by ES&S maintenance technicians.

- Voting Results Report

    The Voting Results report is available only after the poll has been closed.

- Write-in Review Report

    The Write-in Review Report is available only after the poll has been closed.

- Zero Totals Report

    The Zero Totals report is available only when all votes have been cleared from the machine. Use this report to verify that all residual testing data has been removed from the machine before you open the poll for live voting.

## 9.1 Reports Overview

The DS200 generates a variety of reports, from the Zero Totals report that verifies that you open your election with no residual votes on the DS200, to the Voting Results report generated after you close the poll at the end of the election. Depending on your Electionware settings for the DS200, some reports are printed automatically, and some are printed only at your request.

For example, the DS200 can automatically print the Configuration, Zero Totals, and Ballot Status Accounting reports as part of the poll opening process. The DS200 can automatically print the Ballot Status Accounting, Write-in Review, and Voting Results reports as part of the poll closing process.

In addition to reports that are generated automatically, you can manually request reports, either before the poll is opened or after the poll is closed. To protect the security of the election and safeguard election results until the poll is closed, the DS200 typically does not generate any reports while the poll is open.

| Note  | If you are using the DS200 as a central count tabulator during an extended voting period such as Early Voting, you can use the Tool menu to print the Daily Ballot Status report while the poll is open. You can also generate the Zero Totals report while the poll is open, provided there are not yet any votes on the machine. |
|---|---|

You can also manually request additional copies of any reports that are generated automatically.