## 9.6 Configuration Report

The Configuration report provides information about the system configuration, including election settings, diverter settings, and the firmware version in use on the machine. This report also lists information, such as the storage memory availability, firmware information, and basic tabulator information, such as the status of the touch screen and battery charge level. Compare the Configuration reports printed before and after loading the election definition to verify that the correct election definition has been loaded.

**Note** If a backup flash drive is installed, verify that the Configuration Report displays a non-zero number next to the report heading "Available Backup Storage."



A sample of the Configuration Report follows.

```
*** CONFIGURATION REPORT ***
1:15 PM April 18, 20YY
Unit Serial Number: 0107370046

VOTING DEVICE INFORMATION

HARDWARE CONFIGURATION
Current Time Date:
   1:15 PM April 18, 20YY
Time Zone: America/Chicago
Diverter Status: Not Detected
Touch Screen: OK
Power Source: AC
Battery Charge: 100%
Modem Status: Not Detected
Universal Voting Console: Not Detected
Scanner Board: WM8215
Motherboard: VT6070-R2
Touch Screen Model: ELO AccuTouch 2218
Installed RAM: 1GB
Report Text Size: Larger


STORAGE
Available System Log Storage: 6422 MB
Available Ballot Storage: 3927 MB
Available Backup Storage: 3926 MB
All data paths and memory locations OK

FIRMWARE
Scanner Firmware: 3.1.0.0
Power Management Firmware: 1.2.14.0
DS200 Firmware Version: 2.20.0.0

Protected Count: 738


~~~~~sample continues on next page~~~~~
```



EXHIBIT

```
ELECTION QUALIFICATION INFORMATION
Election Name: G19L5004
Election Date: 20YY-02-01
Election Qualification Code: 05b1e725

ELECTION LOADED

ELECTION STATUS
Poll Opened Date: April 17, 20YY
Poll Opened Time: 5:10 PM
Poll Closed Date: April 17, 20YY
Poll Closed Time: 5:15 PM
Poll Status: Not Open
Public Count: 0

ELECTION INFORMATION
Jurisdiction Name:
   OurTown
Election Description:
   G19L5004
Election Date: April 17, 20YY
Poll Place ID/Name:
   P01CFH/Poll 01 - Big Red Firehouse
Election Type: CLOSED PRIMARY
Number of Precincts: 4

BALLOT INFORMATION
Ballots By: Style
Ballot Height: 19.0
Ballot Width: 8.5
Ballot Rows: 56
Ballot Columns: 24
Ballot Art Work: DSIM
Target Type: oval

ELECTION SETTINGS
Ability to Re-Open: Yes
Number of Zero Tapes to Print: 1
Number of Result Tapes to Print: 1
Print Event Log on Close: Yes
Transmit Results on Close: No
Report Format: Public
Report Level: Poll
Candidate Print Order:
   Home Rotation Order
Single Double-Vote: No
Single Over-Vote: No
Combine Over and Under Votes: No
Save Ballot Images: All
Display Affected Contests: Yes
Allow Ballot Handling Override: No
Detect Unmarked Write-ins: Yes
Allow On-Screen Write-In Review: Yes
Require Authorization on Poll Close: No
Auto Print Ballot Status Accounting Report: No
Auto Print Write-in Review Report: Yes
Status Barcode: Disabled

~~~~~sample continues on next page~~~~~
```

```
EXCEPTION BALLOT SETTINGS
Blank Ballots: Accept
Double-voted Ballots: Query
Over-voted Ballots: Accept
Under-voted Ballots: Accept
Unreadable Marks: Reject
Cross-over Ballots: Query
Blank Initial Box: Always Reject
Marked Review Box: Always Accept

EXCEPTION CARD SETTINGS
Blank Cards: Accept
Under-voted Cards: Accept
Marked Review Box: Always Accept

BALLOT IDENTIFICATION SETTINGS
Divert Ballots: No
Stamp Ballots: None
Identify Write-in Overvotes: No
Identify Blank Ballots: No
Identify Write-ins: No

*** END OF REPORT ***
```

## 9.7 Daily Ballot Status Accounting Report

The Daily Ballot Status Accounting report contains daily ballot counts across a multi-day voting period, such as an Early Voting period. The Daily Ballot Status Account report provides daily counts of the paper ballots and ExpressVote cards scanned, by ballot and card style. The report lists all of the ballot and card styles in the election. Poll workers can use this report daily to reconcile paper ballots at the polls.

**Note**  The Daily Ballot Status Accounting report can be accessed only while the poll is open. Touch the **Tools** icon to access the reports screen. See section *7.11 Using the Tools Menu* for more information.

A sample of the Daily Ballot Status Accounting Report follows.