EXHIBIT 1

**MEDIA CONTACT:**
Patriot Club America (PCA)
Kate Sullivan, PCA Media and Community Action
Media@patriotclubusa.com

Republican Women of Baltimore County (RWBC)
Jolie McShane RWBC President
republicanwomenbc@yahoo.com

**The Patriot Club of America, Republican Women of Baltimore County, and Maryland Voter Integrity Group Demand State and Local Board of Election Members Uphold Their Affirmative Duty to Maintain Accurate Maryland State Voter Registration Records**

*Response to Legislative Auditor's report for the period from December 3, 2018, through July 31, 2022*

**TOWSON, MD – November 8, 2023** – The Patriot Club of America, Republican Women of Baltimore County, and Maryland Voter Integrity Group demand further clarity, transparency, and action to result from the Legislative Audit Report dated October 2023. We want to thank the Joint Audit and Evaluation Committee for performing the audit on this very important matter however, based on findings from an independent analysis of the official Maryland State voter registrations records (MDVOTER), the report appears to be incomplete.

- The Legislative Audit Report dated October 2023 disclosed 327 potential duplicate records. The SBE Agency Response, found in exhibit B, did not dispute inaccuracies were found, but rather, disputed the report's findings of 327 duplicate voters claiming instead the number of duplicate voters on record is 268.
- Our independent analysis of the MDVOTER found that number to be more than 3x higher at 1021 duplicate records.

Additionally, notably missing from the report for which data is readily available and easily verified* are the following findings:

- 8455 registered voters who do not have verified mailing addresses.
- 831 registered voters who list a UPS, Fed Ex, or P.O. Box mailing address.
- 177 individuals under the age of 18 who voted within the same timeframe delineated by the audit report.
- 6588 individuals who voted before they registered in Federal elections within the same timeframe delineated by the audit report.

*Complete report is available upon request

Pursuant to Maryland Election Law Article §3–505(b)(1) and §3–505(c)(1) and the Federal National Voter Registration Act of 1993 Section 2(b)(4), **State and Local Board of Election Members have an affirmative duty to maintain the accuracy of our voter registration records (MDVOTERS).**

The Help America Vote Act Title 52 USC Ch 209 Sec. 21081 Voting systems standards states, "The error rate of the voting system in counting ballots ... shall comply with the error rate standards established under section 3.2.1 of the voting systems standards issued by the Federal Election Commission" which is **1/125,000 allowable errors in our Federal elections.**

In the most recent 2022 election, according to the Official Turnout report dated December 8, 2022, there were 2,031,635 recorded votes. Therefore, the highest number of "allowable errors" is 16. We have reason to believe the 2022 error rate was in excess of this rate and we welcome the State Board of Elections to respond to this claim.

The Voting rights act of 1965 informs us "the right of suffrage is the first and primary right from which all other rights ensue." **We must demand accuracy in our voter rolls in order to ensure our election process yields accurate results and is properly protected from fraudulent voting or votes in error.**

Without accurate voter registration records, we cannot conduct accurate elections; without accurate elections, the people's voices are not represented.

In accordance with Maryland Election Law, the State Board of Election is to provide the essential evidence demonstrating the resolution of the errors highlighted in this release. Additionally, we call for a comprehensive review of their existing voter registration maintenance practices and protocols by December 31, 2023 in preparation for the 2024 primary elections.

We look forward to the Joint Audit and Evaluation Committee's response so that we may find resolution in these matters of supreme importance to the accuracy of our elections.

**About Patriot Club of America**
Patriot Club of America is a community of individuals who prioritize traditional values and the well-being of our country.

**About Republican Women of Baltimore County**
Republican Women of Baltimore County (RWBC) is a politically active group of conservative women. *"The truth is like a lion; you don't have to defend it. Set it free; it will defend itself."*

**About The Maryland Voter Integrity Group**
The Maryland Voter Integrity Group is committed to stamping out fraud and inaccuracies in Maryland's voter rolls to preserve voter confidence and free, fair, and transparent elections. For more information, please visit www.mdvoter.org and the organization's Facebook page.

\# \# \#