# ADMINISTRATIVE COMPLAINT

This form may be used by any person alleging a violation of Title III of the Help America Vote Act of 2002, 42 U.S.C. §§15481-15485.

**PLEASE PRINT ALL INFORMATION.**

Name of Complainant: **JEAN M. BENHOFF**

Street Address: **14224 SAWMILL COURT**

City: **PHOENIX**    State: **MD**    Zip: **21131**

Daytime Phone Number: **410-746-3473**    Fax Number: —

E-mail Address: **jmbenhoff@gmail.com**

Section of Title III of the Help America Vote Act allegedly violated: **VOTE ACCURACY**

Please explain the basis for your complaint. If necessary, attach additional sheets.

1. MARYLAND PRIMARY JULY 19, 2022 ACTUAL ELECTION DATA HAD VOTES DECLINE AT TIMES WHILE ALL CANDIDATES VOTE TALLIES MOVED LIKE SYNCHRONIZED SWIMMERS

2. FACT 1: MARYLAND BOE 2022 PRIMARY DATA ILLUSTRATES 2,789 MORE VOTES THAN 2022 BALTIMORE COUNTY BOE OFFICIAL/CERTIFIED RESULTS.

FACT 2: MARYLAND STATE BOARD OF ELECTION OFFICIAL OVER-VOTE AND UNDER-VOTE COUNTS DO NOT EQUAL OR IN ANY WAY JUSTIFY THE MD BOE VOTE DISCREPANCIES.

Date alleged violation occurred: **JULY 19, 2022**

**PLEASE REFER TO ATTACHED ADDENDUM A.**

Would you like the State Board of Elections to conduct a hearing on the record? ☐ Yes ☐ No

Signature of Complainant: *Jean M. Benhoff*    Date: **11/7/2022**

County/City of **Baltimore**, Maryland

Sworn and subscribed to before me this **7th** day of **Nov.**, 20**22**

Signature of Notary Public: *Jean Bell Hessenauer*

Printed Name of Notary Public: **JEAN BELL HESSENAUER**

My Commission expires: **January 9, 2025**

# HAVA COMPLAINT: ADDENDUM A:
## Clean and Transparent Elections Matter



"We Have the Most Extensive and Inclusive Voter Fraud Organization." Oct. 25, 2020 *Candidate* Joe Biden

"It's not who can vote, but who gets to count the vote. Who counts the vote—that's what this is about." Jan. 20, 2021 *President* Joe Biden





# Maryland Primary July 19, 2022 Actual Election Data
## Why seemingly did vote count manipulation occur?



# FACT 1: The Maryland State Board of Election 2022 official Baltimore County vote counts disagree with the Certified Baltimore County Board of Election results.

Data Source: 8/19/22 Maryland State Board of Election
Voter Info and Voter History Snapshot:

| party | count |
|---|---|
| DEM | 97480 |
| GRN | 20 |
| LIB | 52 |
| OAL | 1 |
| OBAR | 4 |
| OCS | 1 |
| OIN | 37 |
| OPE | 1 |
| OTH | 69 |
| REP | 38706 |
| UNA | 2303 |
| WCP | 22 |

**State of Maryland BOE Data illustrates 2,789 more 2022 Baltimore County Primary Votes than 2022 Baltimore County BOE Official/Certified Results. Errors in Vote Counts suggest Voter Fraud.**

| Office Name | Office District | Candidate Name | Party | Winner | Early Votes | Election Night Votes | Mail-In Ballot 1 Votes | Provisional Votes | Mail-In Ballot 2 Votes | Total Votes | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Governor / Lt. Governor | | Dan Cox and Gordana Schifanelli | REP | Y | 3377 | 11824 | 1963 | 582 | 383 | 18129 | |
| Governor / Lt. Governor | | Robin Ficker and LeRoy F. Yegge, Jr. | REP | | 138 | 353 | 247 | 60 | 44 | 842 | |
| Governor / Lt. Governor | | Kelly Schulz and Jeff Woolford | REP | | 3106 | 9623 | 3924 | 911 | 683 | 18247 | |
| Governor / Lt. Governor | | Joe Werner and Minh Thanh Luong | REP | | 91 | 299 | 174 | 55 | 30 | 649 | 37867 |

**Republican Votes Note: 38,706 (MD State) = 37,867 (BC results) votes is 839 Vote Difference.**

https://elections.maryland.gov/elections/2022/election_data/GP22_03RepublicanResults.csv

| Office Name | Office District | Candidate Name | Party | Winner | Early Votes | Election Night | Mail-In Ballot | Provisional V | Mail-In Ballot | Total Votes | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Governor / Lt. Governor | | Rushern L. Baker, I | DEM | | 219 | 591 | 505 | 81 | 25 | 1421 | |
| Governor / Lt. Governor | | Jon Baron and Nat | DEM | | 205 | 615 | 486 | 61 | 32 | 1399 | |
| Governor / Lt. Governor | | Peter Franchot and | DEM | | 4948 | 8809 | 11533 | 1081 | 578 | 26949 | |
| Governor / Lt. Governor | | Douglas F. Gansler | DEM | | 553 | 1392 | 1735 | 161 | 80 | 3921 | |
| Governor / Lt. Governor | | Ralph W. Jaffe and | DEM | | 81 | 195 | 171 | 22 | 14 | 483 | |
| Governor / Lt. Governor | | Ashwani Jain and L | DEM | | 194 | 619 | 547 | 67 | 29 | 1456 | |
| Governor / Lt. Governor | | John King and Mic | DEM | | 315 | 879 | 836 | 92 | 28 | 2150 | |
| Governor / Lt. Governor | | Wes Moore and Ar | DEM | Y | 6910 | 14357 | 10079 | 1304 | 486 | 33136 | |
| Governor / Lt. Governor | | Tom Perez and Sh | DEM | | 4086 | 8159 | 10467 | 923 | 417 | 24052 | |
| Governor / Lt. Governor | | Jerome M. Segal a | DEM | | 104 | 273 | 150 | 20 | 16 | 563 | 95530 |

**Democrat Votes Note: 97,480 (MD State) = 95,530 (BC results) votes is 1,950 Vote Difference**

https://elections.maryland.gov/elections/2022/election_data/GP22_03DemocraticResults.csv

# FACT 2: The Maryland State Board of Election official Over-Vote and Under-Vote counts do NOT equal or justify the MD BOE vote discrepancies.

Source: 8/19/2022 Maryland State Board of Election Voter Info and Voter History Snapshot

Data Source: 8/19/22 Maryland State Board of Election Voter Info and Voter History Snapshot:

| party | count |
|---|---|
| DEM | 97480 |
| GRN | 20 |
| LIB | 52 |
| OAL | 1 |
| OBAR | 4 |
| OCS | 1 |
| OIN | 37 |
| OPE | 1 |
| OTH | 69 |
| REP | 38706 |
| UNA | 2303 |
| WCP | 22 |

**State of Maryland BOE Data Illustrates 2,789 more 2022 Baltimore County Primary Votes than 2022 Baltimore County BOE Official/Certified Results. Errors in Vote Counts suggest Voter Fraud.**

| Office Name | Office District | Candidate Name | Party | Winner | Early Votes | Election Night Votes | Mail-In Ballot 1 Votes | Provisional Votes | Mail-In Ballot 2 Votes | Total Votes | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Governor / Lt. Governor | | Dan Cox and Gordana Schifanelli | REP | Y | 3377 | 11824 | 1963 | 582 | 383 | 18129 | |
| Governor / Lt. Governor | | Robin Ficker and LeRoy F. Yegge, Jr. | REP | | 138 | 353 | 247 | 60 | 44 | 842 | |
| Governor / Lt. Governor | | Kelly Schulz and Jeff Woolford | REP | | 3106 | 9623 | 3924 | 911 | 683 | 18247 | |
| Governor / Lt. Governor | | Joe Werner and Minh Thanh Luong | REP | | 91 | 299 | 174 | 55 | 30 | 649 | 37867 |

https://elections.maryland.gov/elections/2022/election_data/GP22_03RepublicanResults.csv

**Republican** Votes Note:  38,706 (MD State) = 37,867 (BC results) votes is <u>839 Vote Difference.</u>

**Republican Over Votes: 76  and Under Votes: 898**

---

| Office Name | Office District | Candidate Name | Party | Winner | Early Votes | Election Night | Mail-In Ballot | Provisional V | Mail-In Ballot | Total Votes | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Governor / Lt. Governor | | Rushern L. Baker, I | DEM | | 219 | 591 | 505 | 81 | 25 | 1421 | |
| Governor / Lt. Governor | | Jon Baron and Nat | DEM | | 205 | 615 | 486 | 61 | 32 | 1399 | |
| Governor / Lt. Governor | | Peter Franchot and | DEM | | 4948 | 8809 | 11533 | 1081 | 578 | 26949 | |
| Governor / Lt. Governor | | Douglas F. Gansler | DEM | | 553 | 1392 | 1735 | 161 | 80 | 3921 | |
| Governor / Lt. Governor | | Ralph W. Jaffe and | DEM | | 81 | 195 | 171 | 22 | 14 | 483 | |
| Governor / Lt. Governor | | Ashwani Jain and L | DEM | | 194 | 619 | 547 | 67 | 29 | 1456 | |
| Governor / Lt. Governor | | John King and Mich | DEM | | 315 | 879 | 836 | 92 | 28 | 2150 | |
| Governor / Lt. Governor | | Wes Moore and Ar | DEM | Y | 6910 | 14357 | 10079 | 1304 | 486 | 33136 | |
| Governor / Lt. Governor | | Tom Perez and Shz | DEM | | 4086 | 8159 | 10467 | 923 | 417 | 24052 | |
| Governor / Lt. Governor | | Jerome M. Segal a | DEM | | 104 | 273 | 150 | 20 | 16 | 563 | 95530 |

https://elections.maryland.gov/elections/2022/election_data/GP22_03DemocraticResults.csv

**Democrat** Vote Note: 97,480 (MD State) = 95,530 (BC results) votes is <u>1,950 Vote Difference.</u>

**Democrat Over Votes: 268 and Under Votes: 898**