
EXHIBIT 4

# Section 12.0 – UVS System Requirements Table: Appendix B, Section H – Miscellaneous Requirements, Additional Comments

> **Req. ID H-1** Store sufficient data in an unalterable system audit log file to allow the auditing of all operations related to election setup, ballot creation, ballot tabulation, results consolidation and report generation.  The audit log file shall contain:
>
> a. An identification of the program and version being run.
>
> b. An identification of the election file being used.
>
> c. A record of all options entered by the operator, including operator ID.
>
> d. A record of all actions performed by a subsystem of the system.
>
> e. A record of all tabulation and consolidation input.
>
> f. Audit log records that are created and maintained in the sequence in which operations were performed, with date/time stamps.

## ES&S Response

Each application has its own audit log to allow the auditing of all operations relating to the election setup, ballot creation, ballot creation, ballot tabulation, results consolidation and report generation.

The ES&S proposed voting system audit log provides sufficient information to allow the auditing of all operations related to ballot tabulation, results consolidation, and report generation. Specifically, it includes the following system audit capabilities:

### DS200 System Audit Log

The DS200 meets most of the above audit log requirements. A system audit log (that stores machine specific audit items) is kept in the NVRAM and is also shadowed on the DS200 Election Media. This log contains such items as number of system halts, last power on, and other system audit items. The DS200 does not employ user ID's, but rather allow access based on roles for which access codes are issues by the administrator from the EMS.

### DS850 System Audit Log

The DS850 meets most of the above audit log requirements.  An election event log that records each critical event (operator action, system response to each operator action, standard status messages, exceptions and error events, etc.) is generated and maintained by the DS850.  Each event recorded includes a date/time stamp. The DS850 does not employ user ID's, but rather

**Enhancing the State of Colorado Election Process**
**Uniform Voting System Request for Proposal**
**December 4, 2013**



allow access based on roles for which access codes are issues by the administrator from the EMS.

### AutoMARK System Log

The AutoMARK meets most of the above audit log requirements. The AutoMARK uses the Operations log to record and report the date and time of normal and abnormal events, system status, and degree of operability. There is also a Scan log to record scanner specific records and a Service log to record low level hardware anomaly records. These logs are only used for identifying software versions, tracking procedural operation and for hardware and software diagnosis. Since this unit does not tabulate and is only a ballot marking device. Log content has no record of election results nor should the log be included in any recount considerations. These logs are encoded and must use software to provide a human readable textural translation.

### ExpressVote System Audit Log

The ExpressVote meets most of the above audit log requirements. ExpressVote includes functionality to record system audit logs. These real-time logs are stored on each system's removable media. Logs can be accessed through each system's TEST mode.

### Electionware EMS System Audit Log

Electionware meets all of the above audit log file requirements. All activity, including application errors, log to the Electionware internal audit log database.

User logs record each activity including type, date, time, ES&S application, and user ID.

### Election Reporting Manager Audit Log

Election Reporting Manager meets all of the above audit log file requirements. ERM creates an election specific log file when it creates a database for a new election. It records software versions and database created versions as well as all normal and abnormal application events including all precinct vote total updates. A separate log section is maintained for tracking manual entry results modifications on an entry by entry basis. This log is encoded and must use software to provide a human readable textural translation.

> **Note 1: Please explain what audit trail techniques and audit reports are incorporated in your proposed system.**

### ES&S RESPONSE

#### DS200

In addition to the audit log described previously that records all use operation and substantial application operations or errors, the DS200 has various configuration reports, ballot accounting reports, and results reports, all of which can be used forensically for auditing.

#### DS850

Similarly, the DS850 has various configuration reports, ballot accounting reports, and results reports, all of which can be used forensically for auditing , in addition to the audit log described previously that records all user operation and substantial application operations or errors.



### AutoMARK and ExpressVote

To detect and record every event and unrecoverable system error condition, the AutoMARK and ExpressVote logs each exception to an operations log. Error conditions that the system cannot overcome are logged to the Operations log and initiate a graceful system shutdown. Specific lower level scanner related errors also produce a lower level detail record in the Scan log in addition to the record in the Operations log. Similarly, hardware detected issues will record a lower level detail record in the Service log. ES&S ballot marking devices do not execute time dependent or pre-programmed events.

### Electionware EMS

Electionware logs all events, user actions and errors to the internal audit database when the audit database is not reachable the last audit event is written to the vendor's event log and the application shuts down gracefully. Each event log has a unique identifier, description, time stamp, user id, and modular identification. If the system encounters an error that cannot be overcome, EMS programs gracefully shut down and log the error to the system event log.

### Election Reporting Manager

The Election Reporting Log provides a complete audit of normal and abnormal events including all user selection as well as tracking the precinct by precinct vote total updates and the results groups the totals were updated in. The log has the detail needed to forensically back track system operation to see occurrences leading up to the current state of the system.

> **Note 2: Please provide a list of all audit log files, the file location within the voting system, and the procedures to navigate to and retrieve them from the voting system.**

### ES&S RESPONSE

Each product in the system maintains its own log and has its own method of access. These are detailed below.

### DS200

The signed audit logs are written to the log directory on the removable media. The audit log events can be accessed on the DS200 onscreen or through a printed report. When the media is read back into the EMS the audit logs are also retrievable from the EMS through a machine audit log report or exported in a comma separated format.

### DS850

The audit logs for the DS850 are stored on the hard disk drive and are available only through the application. When the media is read back into the EMS the audit logs are also retrievable from the EMS through a machine audit log report or exported in a comma separated format.

### AutoMARK

The AutoMARK has three log files located in the root directory of the CF card containing the election definition. These are the OP.ELF, SCN.ELF and SERVICE.ELF. The logs are accessed

**Enhancing the State of Colorado Election Process**
**Uniform Voting System Request for Proposal**
**December 4, 2013**



through the service menu and can either be displayed or printed on ballot card stock. The logs are encoded and must use the AutoMARK firmware to translate them into displayable or printable form.

### ExpressVote

The ExpressVote generates two audit logs during normal operation, Operations Log and System Log. The Operations Log resides on the USB media device. The systems log resides internally but can be easily exported and saved onto the USB media device. Both the Operations and Systems log can be viewed on the display screen. To navigate to the logs, switch the ExpressVote to Official mode. Press the button at the top right titled "Operations / System Log". Each log can be displayed newest entry first or oldest entry first. Press **Page Up** and **Page Down** to view all pages. Press **Export** to save the log to the USB media device. Exporting the Operations Log will overwrite the log already on the USB device.

Both logs can also be printed on 19 inch card stock directly from the ExpressVote. Both logs can be imported from the USB device into Electionware where they can be digitally verified as unaltered and decrypted for viewing, printing, or saved as text format.

### Election Reporting Manager
Each election has an election specific log file, <electionname>.ALN, which is located in the \ELECDATA folder that is in the root directory of the drive being used as the server drive for the election files. This file is an encoded file and cannot be opened with an editor. An ERM menu selection is used to display or print the file content. The log report can be saved as a report image which can then be opened or printed by a text editor.

### Electionware

ElectionWare has four different log handlers that log the audit events under different circumstances. The main audit repository for an election is the election audit log in the Electionware database. Until a connection is established to the Electionware database (mainly user login attempt events), the audit events are logged to the Windows Event Log. Once a connection is established to the database, there are two audit repositories, one in the admin database and one in the election database. Whenever an election is open , the events are logged into the election database. When an election is not open, the audit events are logged into the admin audit repository.

The audit repository is an audit schema in the Electionware admin database and each election's database. There is also an output window, where the audit events during that session of Electionware are logged to. This can be exported to a text file.

Otherwise the audit log is only accessible to the Electionware administrator user who can run the audit log report with a filter for a date and time window and event type. The audit tables are otherwise only accessible to the database administrator.

> **Note 3: Please describe steps needed to protect the audit logs from possible unintentional or intentional erasure or alteration.**



## ES&S Response

The EMS network environment is hardened with specific roles for different users to protect from potential intentional and unintentional alterations. Each product in the system maintains its own log and has its own security. These are detailed below.

### DS200

The removable media where the audit log is stored is in a sealed, locked compartment. In addition, the audit log files are signed to detect any unauthorized alteration.

### DS850

The audit logs for the DS850 are stored on the hard disk drive and are available only through the application. When exported, the file is still maintained on the machine and is the exported log is digitally signed and verified on export into the EMS.

### AutoMARK

The records in the AutoMARK log files are encoded and not in textual form. A program must interpret the codes to convert it to user meaningful format.

### ExpressVote

The removable media where the audit log is stored is in a sealed, locked compartment. In addition, the audit log files are signed to detect any unauthorized alteration.

### Electionware

The EMS runs on a closed network and should be housed in a secure environment with the recommended user roles and access controls in place. In addition to physical security, Electionware is a secure system which allows the user access to the data only through the application to ensure data integrity and security.

The tables in the Electionware database are not directly accessible by the Electionware user accounts. All access to the audit tables are done through stored procedures which execute as the database administrator. The only stored procedures to access the audit tables are an insert procedure to add to the audit tables and a select procedure to read from the table. It is also recommended that the password for the system administrator and the database administrator are split between two individuals to ensure additional protection against intentional alteration.

### Election Reporting Manager
The records in the ERM audit log file are encoded in a proprietary format. All ERM log entries are also written to the unalterable Windows event log and only accessible by the system administrator. They are in a relative file which has a propriety format. Any manual modification will render the file unusable.

**Enhancing the State of Colorado Election Process**
**Uniform Voting System Request for Proposal**
**December 4, 2013**



> **Note 4:** Please provide a sample set of audit reports (system logs, etc.) from an election in a county with 200,000 or more registered voters (not necessarily in Colorado).

### ES&S Response

A sample set of audits is provided at **Appendix F**.

> **Req. ID H-13** Create audit records during the election definition and ballot preparation phases showing completion of the baseline ballot layouts and any modifications to them, a description of the modifications and a date/time stamp.

### ES&S Response

Audit records created during the election definition and ballot preparation include records for the finalization of ballot layout and modifications to that finalization. These records incorporate a date/time stamp, include a description of the action and the module the action occurred in. Audit reports can be filtered by date, event type, and sorted by ascending or descending timestamps.

Following is an example of an audit record report showing ballot finalization:

| Info | Save Document: Test ballot | 11/18/2013 06:33:06PM | admin | Paper Ballot Application |
|------|----------------------------|------------------------|-------|--------------------------|
| Info | Update Frame: Default Frame | 11/18/2013 06:33:22PM | admin | Paper Ballot Application |
| Info | Update Stylesheet: Default Office Heading Style | 11/18/2013 06:33:35PM | admin | Paper Ballot Application |
| Info | Update Stylesheet: Default Candidate Style | 11/18/2013 06:33:49PM | admin | Paper Ballot Application |
| Info | Save Document: Test ballot | 11/18/2013 06:33:56PM | admin | Paper Ballot Application |
| Info | Export: Start of ballot layout finalization. | 11/18/2013 06:34:09PM | admin | Paper Ballot Application |
| Info | Export: Success | 11/18/2013 06:34:30PM | admin | Paper Ballot Application |
| Info | Save Template: C:\Users\clmiller\Desktop\My Documents\000 EW | 11/18/2013 06:35:11PM | admin | Paper Ballot |

> **Req. ID H-15** Create audit records prior to the initiation of ballot counting to verify hardware and software status. These particular audit records shall include the identification of the software release, the identification of the election to be processed and the results of hardware and software diagnostic tests.

### ES&S Response

On power up, a configuration report is automatically printed to create a hard copy record of the relevant configuration and settings of the particular DS200. When opening the polls on election day, a ballot status accounting report, as well as a zero report print automatically for the poll worker indicating that the machines has been properly cleared and is ready for voting. The DS200 will not allow the polls to open or voting to commence unless it has passed all startup hardware and software status checks.

**Enhancing the State of Colorado Election Process**
**Uniform Voting System Request for Proposal**
**December 4, 2013**



### Sample Hardware Configuration Report

```
*** CONFIGURATION REPORT ***              ELECTION INFORMATION
9:40 AM January 10, 2011                  Jurisdiction Name:
Unit Serial Number: 0107370046               TULSA
                                          Election Description:
VOTING DEVICE INFORMATION                    TULSA
                                          Election Date: December 31, 2010
HARDWARE CONFIGURATION                    Poll Place ID/Name:
Current Time Date:                           863/Poll 001
   9:49 AM January 10, 2011               Election Type: GENERAL
Time Zone: America/Chicago                Number of Precincts: 1
Diverter Status: Not Detected
Touch Screen: OK                          BALLOT INFORMATION
Power Source: AC                          Ballots By: Style
Battery Charge: 100%                      Ballot Height: 17.0
Modem Status: Not Detected                Ballot Width: 8.5
Universal Voting Console: Not Detected    Ballot Rows: 62
                                          Ballot Columns: 24
STORAGE                                   Ballot Art Work: OSIM
Available System Log Storage: 22 MB       Target Type: oval
Available Ballot Storage: 1751 MB
Available Backup Storage: 0 MB            ELECTION SETTINGS
                                          Ability to Re-open: Yes
FIRMWARE                                  Number of Zero Tapes to Print: 1
Paper Processing Engine: 2.4.0.0x         Number of Result Tapes to Print: 1
Hardware Abstraction Engine: 2.4.0.0x     Print Event Log on Close: No
Tabulation Engine: 2.4.0.0x               Transmit Results on Close: No
Scanning Engine: 2.4.0.0x                 Report Detail: Media
Presentation Engine: 2.4.0.0a             Report Level: Poll
Scanner Firmware: 2.13.0.0a               Candidate Sort Order:
Power Management Firmware: 1.2.2.0a          Default Candidate Order
Operating System Version: 2.4.0.0x        Single Over-Vote: No
Firmware Last Updated On:                 Combine Over and Under Votes: No
   Unknown                                Save Ballot Images: All
Protected Count: 0
                                          EXCEPTION BALLOT SETTINGS
ELECTION QUALIFICATION INFORMATION        Blank Ballots: Query
Election Name: TULSA                      Over-voted Ballots: Query
Election Date: 2010-12-31                 Under-voted Ballots: Query
Election Qualification Code: 05b1e725     Marginal Marks: Reject
                                          Cross-over Ballots: Query
ELECTION LOADED
                                          DIVERTER SETTINGS
ELECTION STATUS                           Diverter Installed: No
Poll Opened Date: January 11, 2011        Identify Write-in Overvotes: No
Poll Opened Time: 4:31 PM                 Identify Blank Ballots: No
Poll Closed Date: January 11, 2011        Identify Write-ins: No
Poll Closed Time: 4:44 PM
Poll Status: Closed                       *** END OF REPORT ***
Public Count: 1
```

The DS850 similarly prints a System Readiness report at startup and performs all necessary hardware and software status checks to verify that the machine is ready for ballot scanning. A worker may reprint addition copies of this and any report. Additionally, the DS850 has ballot statistics reports, as well as a Zero Report, as well as on-screen indicators to validate to the user or administrator that the machine is ready for ballot scanning.

> **Req. ID H-22 Be configurable so as to be capable of performing the following functions on all system hardware/software, in compliance with current Colorado statutes and rules:**
> **a. Hardware test**
> **b. Logic and Accuracy Test**
> **c. Post-Election Audit**
> **d. Pre-Recount Logic and Accuracy Test**
> **e. And capable of performing the Colorado Risk Limiting Audit commencing no later than 2017.**

### ES&S Response

ES&S will comply with items A-D; ES&S has technology which is capable of performing risk limiting type audits. If selected we would work with the State of Colorado to implement this technology.

**Enhancing the State of Colorado Election Process**
**Uniform Voting System Request for Proposal**
**December 4, 2013**



> **Req. ID H-25 Provide capability to permit diagnostic testing of all the major components within each electronic vote capture device.**

### ES&S Response

Upon start up, the DS200 and DS850 automatically performs a series of internal system diagnostic checks. These checks are always executed on startup. If any of these checks fail, the failure is logged and system operation may be limited or disallowed.

Automatic self-tests include checking the scanner software, checking the printer, and other system checks. As noted, the DS200 and DS850 can generate and in some cases automatically print various reports including Configuration, Status, and Zero reports, which provide all the information needed to verify equipment readiness. Users also have the ability to print such reports on demand.

Additionally, all hardware devices have significant hardware diagnostic capabilities available via administrative menu options, allowing technicians to run and diagnose key hardware components.

> **Req. ID H-33 Allow all access points to equipment to be visible and subject to oversight of seals, unless the access point is behind doors or a cover. Access points that are not visible should also accommodate tamper evident seals.**

### ES&S Response

The DS200 carrying case and ballot bin have a total of 5 locks and 9 possible locations for wire type seals. Before poll opening and after polls close, the DS200 and ballot bin can be secured as shown in the diagram. Note: At poll closing the USB flash drive containing vote, image, and audit log data will have been removed from the DS200 and delivered to election central. The cast ballots inside the ballot bin may or may not be present depending on County procedures.

   A. To secure the carrying case to the bin, engage the locks on the sides of the bin between the handles, then place one seal on each side of the bin between the handles (2 seals).
   B. To secure the ballot bin, ensure that both doors are locked and place one seal on each door (2 locks + 2 seals).
   C. To secure the carrying case lid, secure both lid latches and lock the lid using the lock between the two latches. Place at least one seal at the lid latch. There are two locations for seals at the each latch. Only one seal should be necessary to secure the lid. (1 lock + 2 seals)
   D. To secure the DS200 inside the carrying case, lock the front door and place a seal through the lock bracket. (1 lock + 1 seal)

Locations of the lock and seals on the DS200 and ballot bin shown below:

**Enhancing the State of Colorado Election Process**
**Uniform Voting System Request for Proposal**
**December 4, 2013**





In addition to the locks and seals, the DS200 scanner can be further secured by tamper-proof evident and wire seals while in polls open operation. Specifically, a wire seal can be applied to the USB flash drive containing the election definition, vote results, images, and audit log data (see below). This wire seal is in addition to the access door lock and application of a tamper-proof seal (see below). Further, the rear access door containing the backup USB flash drive (if required) can be sealed the same as the front door.




All ExpressVote and AutoMARK ports, doors, openings and data access points are protected by lockable, sealable clear plastic doors to protect access and allow election officials to easily detect unauthorized access.

**Enhancing the State of Colorado Election Process**
**Uniform Voting System Request for Proposal**
**December 4, 2013**

