UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

Maryland Election Integrity LLC
116 Defense Highway,
Annapolis, MD 21401

    *Plaintiff,*

United Sovereign Americans, Inc.
167 Lamp and Lantern Village Suite 194
Chesterfield, MO 63017

    *Plaintiff*

v.

Maryland State Board of Elections
151 West Street #200
Annapolis, MD 21401

    *Defendant*

Case No.: 1:24-cv-00672-SAG

## AFFIDAVIT OF HARRY HAURY

I, Harry Haury, declare as follows:

1. I am the Chairman of United Sovereign Americans, Inc. (hereinafter, "USA").
2. I graduated from Washington University in St. Louis in 1978 with a B.S. degree in chemical engineering and in 1979 with a master's in business administration with a systems science subspecialty.
3. During the last 25 years, I have primarily been engaged in the development of work flow automation software and security software working through my own businesses. The primary purpose of such software is information assurance, or "cyber security," and high volume, secure workflow automation.
4. In conjunction with my work in this field, I have been hired by U.S. government agencies, banks, financial industry participants and large industrial companies.

5. These U.S. government agencies include the National Security Agency, the Central Intelligence Agency, the Department of Defense, Department of Homeland Security, the Department of Justice, the Comptroller of the Currency, Naval Reconnaissance Office ("NRO"), National Geospatial Intelligence Agency ("NGIA"), Special Operations Command ("SOCOM"), Indo Pacific Command ("PACOM"), Sandia National Laboratories and many other governmental agencies.

6. The companies and banks who have hired either me or the companies I work for include American Express, VISA, MasterCard and 16 of the 25 largest US banks.

7. I have also consulted extensively in work to redesign election systems in St. Louis County, Missouri helping to redesign election control and workflow in that County to achieve more efficiency and reliability in the County's election system. In this capacity I worked closely with the County's Election Commissioner and many supervisors to understand the workflow and legal requirements. As a result of this work, we dramatically improved both efficiency and election security.

8. I have been involved with elections for decades, during which time I consulted on the writing and design of the operational aspects of the Help America Vote Act of 2022 (hereinafter, "HAVA").

9. I was directly involved with election systems analysis after the 2020 elections, where I was the first to advocate of filing suits against election misconduct instead of solely focusing on challenging outcomes.

10. I am recognized as a subject matter expert in operations research, reliable communications, workflow automation, information assurance, cyber security and distributed trust in work flow systems including, but not limited to, election systems.

11. I am also a recognized subject matter expert on HAVA, the Federal Information Security Modernization Act (FISMA), and the National Voter Registration Act of 1993 (NVRA).

12. During this time, I also have functioned as a systems architect designing and consulting on the Integrated Public Alert and Warning System, revisions to the Permissive Action

Link in the nuclear command and control network, continuity of government communications, White House communications systems, various information fusion and gathering systems, information warfare, C4ISR as well as other less significant systems. I have also designed a number of systems capable of securely routing and managing 30 billion workflow object transactions per hour. During much of this time I held Top Secret clearances with program related escalations.

13. I have submitted expert testimony in several election challenges in 2020, including testimony filed before the Supreme Court.
14. I have been qualified as an expert witness in the following jurisdictions:
    a. Georgia
    b. Michigan
    c. SCOTUS
15. An excerpt of my expert report entitled "Election, Information Assurance, and Cyber Security" is attached hereto.
16. As I helped draft HAVA, I have extensive knowledge of the provisions thereof, and the actions or inaction that will result in violations of HAVA.
17. Specifically, Maryland and the State Board of Elections have violated the NVRA by failing to keep current and accurate voter registration records which can be seen in *Restoring Faith in Maryland Elections* attached hereto as **Exhibit A**.
18. As can be seen in **Exhibit A** there are currently 79,349 apparent registration violations in Maryland.
19. This nonadherence to the NVRA has led to numerous voters voting in the 2020 and 2022 general elections that were not permitted by law.
20. The number of voting system errors in counting votes in Maryland has exponentially exceeded the requirements set forth in HAVA.

21. The HAVA, and the State's adoption of the standards under HAVA, require that any voting machines or computers used in the election meet certain minimum standards. As set forth below, these standards include, but are not limited to, ensuring the use of software and machines which protect against errors and manipulation of the vote count. The purpose is to avoid through misuse or malfunction data or internet intrusion or errors, assuring a very low error rate, completing compliant certification of the machines prior to the election, ensuring security and functional accuracy of the machines before, during and after the election including pre-election system certification. All aimed at ensuring accurate counting and auditable results.

22. The maximum error rate a voting machine, such as the Election Systems & Software machines the State used, which are allowed under HAVA as adopted in the State is 1/125,000 or 0.0008%.

23. The number of "voting system" errors in counting votes for the 2020 General election (62,075) greatly exceeded the maximum allowable error rate (24).

24. The number of voting system errors in counting votes for the 2022 General election (27,623) greatly exceeded the maximum allowable error rate (16).

25. The records produced thus far show that there were errors massively above the maximum allowable error rate above. Such a voting machine system cannot be considered compliant with federal and state law.

26. The basis of these allegations and the processes implemented to create this data is set out in **Exhibit A**.

I declare under penalty of perjury that the contents of the foregoing are true and correct.

Executed this 22ND day of March, 2024 in Chesterfield, Missouri.

_Harry Haury_
Harry Haury