# Restoring Faith in Maryland Elections

February 27, 2024

Cc: State Board of Elections Members; Local Board of Election Members

Mr. Demarinis and Maryland State Board of Elections Members,

Over the past three years, a team of dedicated Maryland citizens has organized various efforts to verify the accuracy of our official Maryland State Voter Registration Database and official Maryland reports. For example, we have focused on canvassing registration addresses to confirm their validity and analyzing the official Maryland voter registration database in order to identify potential inaccuracies. Our team includes trained data scientists, computer programmers, statisticians, attorneys, and a group of dedicated registered voters from across all 24 Maryland jurisdictions.

The following report is in service of restoring faith in our elections. In recent years, despite the sincere and honest efforts of our local Board of Elections officials, faith and confidence in our election process has drastically decreased. We firmly believe, in order to restore confidence in our elections, Marylanders need to publicly see their concerns being addressed. This report gives our Maryland state elections officials an opportunity to openly respond and work with us to address these concerns.

Our intention in this report is to provide the State Board of Elections with critical data we have collected to assist in maintaining an accurate voter registration database. It is our sincere hope this report will serve as an opportunity for the State Board of Elections to review the inaccurate registrations and unexplained anomalies we have identified as well as an opportunity to consider the potential election system vulnerabilities which may have caused these issues.

The following report is a presentation of our findings.

Thank you in advance for your consideration of these findings and subsequent action. We look forward to collaborating with you to address the vulnerabilities outlined in this report. With the 2024 Primary and General elections approaching rapidly, time is of the essence. We kindly request a response within the next ten business days. Failure to do so may necessitate exploring alternative avenues, potentially involving legal action.

David Morsberger
Anne Arundel County

Katherine Strauch Sullivan
Baltimore County

# RESTORING FAITH IN MARYLAND ELECTIONS



## CONTENTS

1. **Executive Summary**: *Identifying Vulnerabilities and Solutions*
2. **Vulnerabilities**: *Presentation of Canvass Results & Underlying Data*
3. **Vulnerabilities**: *Evidence of Registration Violations & Underlying Data*
4. **Vulnerabilities**: *Evidence of Voting Violations & Underlying Data*
5. **Solutions**: *Recommendations*

## APPENDICES

A. Cross State Canvass Results
B. Baltimore County Canvass Results
C. Federal and Maryland Laws and Regulations Violated
D. Registration Violation Categories and Sub-categories
E. Voting Violation Categories and Sub-categories

# Restoring Faith in Maryland Elections

## EXECUTIVE SUMMARY

**GOAL:** *Restore faith in our elections by identifying vulnerabilities in our election system and working together with the Board of Election officials taking a proactive approach to updating, fixing, and eliminating processes that created the vulnerabilities we have identified in advance of the 2024 Primary and General Election.*

**CANVASS:** *Physical canvassing of Maryland Registration addresses to verify accuracy of data on record.*
  **Sources:** Official Maryland State Voter Registration Database
  **Methods:** Trained volunteers familiar with voter registration processes and respectful canvassing practices. (Training materials available upon request)

- ➢ **CLAIMS:**
  - 58 inaccurate records across state represented 15% of the 383 records surveyed and an alarming 32% of the 180 records contacted.
  - 61 inaccurate records in Baltimore County represented 14% of the 418 records successfully contacted.
  - 5,625 Apparent Fraudulent Votes (*Derived from a sample size of 383 registered voters who were listed as having voted but did not vote - 95% confidence level with a +/-5 margin for error*).

**DATA ANALYSIS:** *Meticulous analysis of our official Maryland State Voter Registration Database to identify inaccuracies and vulnerabilities.*
  **Sources:** Official Maryland State Voter Registration Database (Voter Registration Database snapshots were purchased 8/2021, 12/2021, 7/2022, 8/2022, 12/2022, 1/2023, 2/2023, 3/2023, 4/2023, 5/2023, 6/2023, and 7/2023).
  **Methods:** Experienced Computer scientists, Data Analysts, and Computer Programmers trained in SQL

- ➢ **CLAIMS:**
  - 79,349 Current Apparent Registration Violations
  - 62,075 Voting Violations in the 2020GE
  - 27,623 Voting Violations in the 2022GE

**RECOMMENDATIONS:** *Based on identified vulnerabilities and settled Federal and Maryland State law, our team has compiled a list of recommendations which, when executed jointly, will restore faith and confidence in our election system and optimize the security, safety, and accuracy of our elections. The joint teams are optimal if comprised of State Board of Election representatives and Select Qualified citizens.*

1

# MARYLAND CROSS STATE CANVASS

**OVERVIEW:** *Canvass all 24 Maryland Voting Jurisdictions to verify Voter Registration List Accuracy.*

- Canvass was derived from a universe of 112,506 registered voters across all 24 jurisdictions who voted in the 2020GE.
- Sample size of 383 registered voters was determined by the proportion of target population we needed to interview to achieve a 95% confidence level with a +/-5 margin for error.
- Universe of 112,506 registered voters was scientifically randomized using a NIST approved algorithm to remove any bias.
- 383 voter registrations were selected and surveyed from the randomized list.
- 180 of the 383 voters successfully surveyed.
- 58 inaccurate registrations identified.

**METHOD:** *During the September-November 2023 timeframe, a team of trained citizen volunteers canvassed our scientifically randomized list of registered voters across all 24 jurisdictions who voted in the 2020 GE. List was derived from the Official Maryland State Registration Database using the process described above. Each volunteer was given a list of records for their assigned jurisdiction. Volunteers primary purpose was to verify if the Official Maryland State Voter Registration Database accurately reflected the voter registration information listed in the record.*

- 383 doors surveyed.
- 180 voters successfully contacted.
- 20 refused the survey.
- 102 records were verified.

**RESULTS:** 58 records were identified as inaccurate.

- 31 records were identified as Moved while still being listed as an active voter.
- 2 records were identified as Unauthorized Ballot Collection.
- 5 records reflected addresses determined to be Abandoned Buildings (4 out of these 5 addresses located in Baltimore City).
- 20 records were determined to reflect a fraudulent vote having been cast for the voter (Voter registration record reflected voter had voted in the 2020 General Election (GE) yet the voter confirmed they did <u>not</u> vote in the 2020 GE).
- **These 58 inaccurate records represent 15% of the 383 records canvassed and an alarming 32% of the 180 records successfully surveyed.**

❖ See ***Appendix A: Cross State Canvass Results*** *for detailed results.*

# BALTIMORE COUNTY CANVASS

OVERVIEW: *Canvass Baltimore County to verify Voter Registration List Accuracy.*

- The target was every registered voter in our geographically selected precincts within Baltimore County.
- 904 doors surveyed and 418 registered voters successfully contacted.
- 61 inaccurate registrations identified

METHOD: *During the February-April 2023 timeframe, a team of citizen volunteers canvassed three randomly selected precincts in Baltimore County. Each volunteer was given a list of records from the Official Maryland State Voter Registration Database organized by the precinct. Volunteers primary purpose was to verify if the Official Baltimore County Voter Registration Database accurately reflected the voter registration information listed in the record.*

- 904 doors surveyed.
- 418 registered voters successfully contacted.

RESULTS: Of the 418 contacted, 61 records were identified as inaccurate.

- 50 records were identified as Moved.
- 4 records were identified as Deceased.
- 2 records were identified as Identity Unknown (*individual never lived at the address*).
- 5 records were identified as Inaccurate (*some part of the record was incorrect*).
- **These 61 inaccurate records represent 6% of the 904 records canvassed and an alarming 14% of 418 records successfully surveyed.**

❖ See ***Appendix B: Baltimore County Canvass Results*** *for detailed results.*

# APPARENT REGISTRATION VIOLATIONS

| INELIGIBLE OR UNCERTAIN REGISTRATION TYPE | VIOLATIONS | LAW/RULE IN VIOLATION |
|---|---|---|
| Illegal duplicate registrations | 1,699 | Maryland Annotated Code, Election Law Article, Title 3. Voter Registration (Subtitles 1-6); § 3-101 |
| Questionable Inactive Status | 25,084 | Maryland Annotated Code, Election Law Article, Title 3. Voter Registration (Subtitles 1-6); §§ 3-502 - 3-503 |
| Active Registrations without a certified U.S. Post Office mailing address | 3,366 | Maryland Annotated Code, Election Law Article, Title 3. Eligibility §3–102 |
| Active Registrants who moved at least 4 years ago | 5,680 | Maryland Annotated Code, Election Law Article, Title 3 Moved Voters §3–502 |
| Active Registrations with no residential address (PO Box, UPS or FedEx) | 605 | Maryland Annotated Code, Election Law Article, Title 3. Eligibility §3–102 |
| Active Registrations with Nonstandard address | 296 | Maryland Annotated Code, Election Law Article, Title 3. Eligibility §3–102 |
| Active Registrants who are deceased | 1,218 | Maryland Annotated Code, Election Law Article, Title Deceased Voters 3§3–504 |
| Age discrepant registrants (younger than 16) | 883 | Maryland Annotated Code, Election Law Article, Title 3. Eligibility §3–102 |
| Questionable Registration Date | 40,518 | Maryland Annotated Code, Election Law Article, Title 3. Voter Registration (Subtitles 1-6); § 3-101 |
| **TOTAL REGISTRATION VIOLATIONS** | **79,349** | |

4

## APPARENT VOTER VIOLATIONS

| INELIGIBLE OR UNCERTAIN REGISTRATION TYPE THAT VOTED | 2020 | 2022 | LAW/RULE IN VIOLATION |
|---|---|---|---|
| **Illegal duplicate registrations** | 1,323 | 822 | Maryland Annotated Code, Election Law Article, Title 3. Voter Registration (Subtitles 1-6); § 3-101 |
| **Questionable Inactive Status** | 23,558 | 455 | Maryland Annotated Code, Election Law Article, Title 3. Voter Registration (Subtitles 1-6); §§ 3-502 - 3-503 |
| **Active Registrations without a certified U.S. Post Office mailing address** | 1374 | 560 | Maryland Annotated Code, Election Law Article, Title 3. Eligibility §3–102 |
| **Active Registrants who moved at least 4 years ago** | 3,704 | 1379 | Maryland Annotated Code, Election Law Article, Title 3 Moved Voters §3–502 |
| **Active Registrations with no residential address (PO Box, UPS or Fedex)** | 312 | 151 | Maryland Annotated Code, Election Law Article, Title 3. Eligibility §3–102 |
| **Active Registrations with Nonstandard address** | 111 | 61 | Maryland Annotated Code, Election Law Article, Title 3. Eligibility §3–102 |
| **Active Registrants who are deceased** | 4 | 0 | Maryland Annotated Code, Election Law Article, Title Deceased Voters 3§3–504 |
| **Age Discrepant** | 471 | 229 | Maryland Annotated Code, Election Law Article, Title 3. Eligibility §3–102 |
| **Questionable Registration Date** | 29,755 | 23,902 | Maryland Annotated Code, Election Law Article, Title 3; 3-102; §§3–301-3-306 |
| **Registered after General Election** | 1463 | 64 | Maryland Annotated Code, Election Law Article, Title 3; 3-102; §§3–301-3-306 |
| **TOTAL APPARENT VOTING VIOLATIONS** | 62,075 | 27,623 | **Federal Law only allows for 24 Votes in Error for the 2020 election and 16 Votes in Error for 2022 (based on Official Turnout of 3,066,945 and 2,031,635 in 2020 and 2022 respectively).** Help America Vote Act, 2002. 252 USC Ch. 209 § 21081 Voting Systems and Standards (5) ERROR RATES. For each processing function indicated above, the system shall achieve a target error rate of no more than one in 10,000,000 ballot positions, with a maximum acceptable error rate in the test process of one in 500,000 ballot positions. (1/125,000, 2005) |
| **VOTES OVER THE ALLOWABLE ERROR RATE** | 62,051 | 27,607 | *Total number of apparent voting violations minus 24 and 16 allowable errors in 2020GE and 2022GE respectively.* |

5

# ADDITIONAL INACCURACIES, DESCREPENCIES AND CONCERNS

| ADDITIONAL INACCURACIES DESCREPANCIES, and CONCERNS | 2020 | 2022 | Notes |
|---|---|---|---|
| Unreconciled Blank ballots cast in General Election | 98,095 | 82,356 | Incomplete and inconsistent definition of blank ballot with a large number in both the 2020 and 2022 General Elections |
| Registered voters listed as having voted but did not vote (data only available for 2020 General Election) | 5,625 | | Extrapolated using the well-defined survey statistical method and results described in the "MARYLAND CROSS STATE CANVASS" section. The 5,625 result represents 5% of 112,506 registered voters with a 95% confidence interval with a +/- 5% Margin of Error |
| Official Results from Maryland State Board of Elections Official Turnout Statistics Report | 3,066,945 | 2,031,635 | Different reports generated and released by the Maryland State Board of Elections do not agree or reconcile |
| Official Results by aggregating the county EL52 reports | 3,054,725 | 2,031,853 | |
| Election Administration and Voting Survey Report sent to EAC  Number of Voters who Cast a Ballot that was Counted | 3,059,603 | 2,028,850 | |

6

# RECOMMENDATIONS

Based on identified vulnerabilities and settled Federal and Maryland State law, our team has compiled a list of recommendations which, when executed jointly, will restore faith and confidence in our election system and optimize the security, safety, and accuracy of our elections. The joint teams are best if comprised of State Board of Election representatives and Select Qualified citizens.

1. Jointly review and resolve identified registration violations in advance of the 2024 elections.

2. Create a joint List Maintenance Task force to identify and address additional inaccuracies found in the voter registration database.

3. Create a joint Voter Security Task force to identify risks and vulnerabilities associated with the end-to-end voting system, evaluate the likelihood and impact of each, determine resolutions, and develop short-term mitigations to reduce the overall risk. The task force will focus on any entry point into the system where an intentional or unintentional action results in disenfranchising any voter by prohibiting a legitimate voter from voting and diluting the vote of a legally cast vote.

4. Jointly support through public writings and testimony all efforts that will improve the security of our election system and increase public faith and confidence in our election system.

**Appendix A**

## Cross State Canvass Results

|  | TOTALS | Percentage of Surveyed (180) | Percentage of Total Canvas (383) |
|---|---|---|---|
| TOTAL CANVASSED (Doors Knocked On) | 383 |  | 100% |
| TOTAL SURVEYED (Live Conversations) | 180 | 100% | 47% |
| Moved | 31 | 17.22% | 8.09% |
| DNV | 20 | 11.11% | 5.22% |
| Unauthorized Ballot Harvest | 2 | 1.11% | 0.52% |
| Vacant/Abandoned | 5 | 2.78% | 1.31% |
| Verified | 102 | 56.67% | 26.63% |
| Refused Survey | 20 | 11.11% | 5.22% |
|  |  |  |  |
| # of Inaccurate Records Surveyed |  |  | 58 |
| Rate of Inaccuracy - 383 total |  |  | 15% |
| Rate of Inaccuracy - 180 total |  |  | 32% |

**SURVEYED = LIVE CONVERSATION**
**CANVASSED = DOORS KNOCKED ON**

Sample size of 383 registered voters was determined by the proportion of target population we needed to interview to achieve a 95% confidence level with a +/-5 margin for error.

**Appendix B**

## Baltimore County Canvass Results

| CATEGORY | TOTAL | PERCENTAGE OF TOTAL CANVASSED | PERCENTAGE OF TOTAL SURVEYED |
|---|---|---|---|
| Canvassed | 904 | 100.00% | N/A |
| Surveyed | 418 | 46.24% | N/A |
| Moved | 50 | 5.53% | 11.96% |
| Deceased | 4 | 0.44% | 0.96% |
| Suspicious Identity | 2 | 0.22% | 0.48% |
| Incorrect Record | 5 | 0.55% | 1.20% |
| TOTAL INACCURATE RECORDS | 61 | 6.75% | 14.59% |

# Appendix C

## FEDERAL and MARYLAND STATE LAWS and REGULATIONS VIOLATED

- U.S. Const. amend. XIV, § 1. Citizenship Clause
- 52 USC Ch. 205 National Voter Registration Act of 1993 (Moter Voter)
  § 20501 Findings and Purposes
- 52 USC Ch. 209 Help America Vote Act, 2002
  **§ 21081** Voting Systems and Standards **(5)** ERROR RATES
- Federal Prosecution of Election Offenses
- *8th Addition, December 2017*
- Voting System Standards, Vol.1
  *Performance Standards April 2002*
  *Federal Election Commission United States of America*
  *3.2.1. Accuracy Requirements*
- 52 USC Subtitle 1 Voting Rights Act of 1965
- 52 USC **§ 10101 Voting Rights**
- Prohibition Against Misrepresentation; 18 USC §1028A – Aggravated Identity Theft
- Md. Code, Elec. Law § 2-102 Powers and Duties State Board of Elections
- Md. Code, Elec. Law (Subtitles 1-6) §3-101; §§ 3-502 - 3-503 Voter Registration
- Md. Code, Elec. Law §3–102 Eligibility
- Md. Code, Elec. Law §3–502 Moved Voters
- Md. Code, Elec. Law §3–504 Deceased Voters
- Md. Code, Elec. Law §9-102(d)(1)(i) and (ii) Voting Systems
- Md. Code, Elec. Law §11-503 Statewide Canvass and Certification
- Md. Code, Elec. Law § 16-101 Voter Fraud
- Md. Code Regs. 33.10.01.18 Ballots- Chain of Custody

**Appendix D**

| REGISTRATION VIOLATION CATEGORIES AND SUB-CATEGORIES | | |
|---|---|---|
| **CATEGORIES** | **VIOLATIONS** | **LAW/RULE IN VIOLATION** |
| **Illegal duplicate registrations** | **1,699** | Maryland Annotated Code, Election Law Article, Title 3. Voter Registration (Subtitles 1-6); § 3-101 |
| Match (First name, Address, DOB) | *1,288* | |
| Fuzzy Match (First name, Last name, Address, DOB +/- 30 days) | *411* | |
| **Questionable Inactive Status** | **25,084** | Maryland Annotated Code, Election Law Article, Title 3. Voter Registration (Subtitles 1-6); §§ 3-502 - 3-503 |
| No vote 2016, voted 2020, Inactive 12/2021 | *23,088* | |
| Inactive after 2022 Primary, Active Post 2022 GE, Inactive by 4/2023 | *686* | |
| Inactive before 2022 Primary, Active immediately after 2022 Primary, Inactive beginning again December 2022 | *1,310* | |
| **Active Registrations without a certified U.S. Post Office mailing address** | **3,366** | Maryland Annotated Code, Election Law Article, Title 3. Eligibility §3–102 |
| **Active Registrants who moved at least 4 years ago** | **5,680** | Maryland Annotated Code, Election Law Article, Title 3 Moved Voters §3–502 |
| **Active Registrations with no residential address (PO Box, UPS or FedEx)** | **605** | Maryland Annotated Code, Election Law Article, Title 3. Eligibility §3–102 |

**Appendix D**

## REGISTRATION VIOLATION CATEGORIES AND SUB-CATEGORIES

| CATEGORIES | VIOLATIONS | LAW/RULE IN VIOLATION |
|---|---|---|
| Active Registrations with Nonstandard address | 296 | Maryland Annotated Code, Election Law Article, Title 3. Eligibility §3–102 |
| Active Registrants who are deceased | 1,218 | Maryland Annotated Code, Election Law Article, Title Deceased Voters 3§3–504 |
| Age discrepant registrants (younger than 16) | 883 | Maryland Annotated Code, Election Law Article, Title 3. Eligibility §3–102 |
| Questionable Registration Date | 40,518 | Maryland Annotated Code, Election Law Article, Title 3. Voter Registration (Subtitles 1-6); § 3-101 |
| January 1st registrations, all years 1900-2022 | 32,806 | |
| Change registrations dates BEFORE State Registration Dates | 4,732 | |
| State Registration Date Changed | 2,358 | |
| Date of Birth Changed | 622 | |
| **TOTAL REGISTRATION VIOLATIONS** | **79,349** | |

# Appendix E

## VOTING VIOLATION CATEGORIES AND SUB-CATEGORIES

| CATEGORIES | 2020 | 2022 | LAW/RULE IN VIOLATION |
|---|---|---|---|
| Illegal duplicate registrations | 1,323 | 822 | Maryland Annotated Code, Election Law Article, Title 3. Voter Registration (Subtitles 1-6); § 3-101 |
| Apparent Voting Violation (Duplicate Match) | 1,035 | 643 | |
| Actual Voting Violation (Duplicate Match) | 15 | 7 | |
| Apparent Voting Violation (Fuzzy Match) | 288 | 179 | |
| Actual Voting Violation (Fuzzy Match) | 1 | 1 | |
| Questionable Inactive Status | 23,558 | 455 | Maryland Annotated Code, Election Law Article, Title 3. Voter Registration (Subtitles 1-6); §§ 3-502 - 3-503 |
| No vote 2016, voted 2020, Inactive 12/2021 | 23,088 | | |
| Inactive after 2022 Primary, Active Post 2022 GE, Inactive by 4/2023 | | 344 | |
| Inactive before 2022 Primary, Active immediately after 2022 Primary, Inactive again sometime after Primary | 470 | 111 | |
| Active Registrations w/o a Certified U.S. Post Office Mailing Address | 1374 | 560 | Maryland Annotated Code, Election Law Article, Title 3. Eligibility §3–102 |
| Active Registrants Who Moved at Least 4 Years Ago | 3,704 | 1379 | Maryland Annotated Code, Election Law Article, Title 3 Moved Voters §3–502 |
| Active Registrations with NO Residential Address (PO Box, UPS or FedEx) | 312 | 151 | Maryland Annotated Code, Election Law Article, Title 3. Eligibility §3–102 |
| Active Registrations with Nonstandard Address | 111 | 61 | Maryland Annotated Code, Election Law Article, Title 3. Eligibility §3–102 |
| Active Registrants who are Deceased | 4 | 0 | Maryland Annotated Code, Election Law Article, Title Deceased Voters 3§3–504 |
| Age Discrepant | 471 | 229 | Maryland Annotated Code, Election Law Article, Title 3. Eligibility §3–102 |
| Registrants younger than 16 | 455 | 217 | |
| Voters younger than 18; older than 115 | 15 | 11 | |
| Questionable Registration Date | 29,755 | 23,902 | Maryland Annotated Code, Election Law Article, Title 3; 3-102; §§3–301-3-306 |
| January 1st registrations, all years 1900-2022 | 25,587 | 21,442 | |
| Change registrations dates BEFORE State Registration Dates | 2982 | 1567 | |
| State Registration Date Changed | 842 | 596 | |
| Date of Birth Changed | 344 | 297 | |

**Appendix E**

| VOTING VIOLATION CATEGORIES AND SUB-CATEGORIES | | | |
|---|---|---|---|
| CATEGORIES | 2020 | 2022 | LAW/RULE IN VIOLATION |
| Registered after General Election | 1463 | 64 | Maryland Annotated Code, Election Law Article, Title 3; 3-102; §§3–301-3-306 |
| TOTAL APPARENT VOTING VIOLATIONS | 62,075 | 27,623 | **Federal Law only allows for 24 Votes in Error for the 2020 election and 16 Votes in Error for 2022 (based on Official Turnout of 3,066,945 and 2,031,635 in 2020 and 2022 respectively).** Help America Vote Act, 2002. 252 USC Ch. 209 § 21081 Voting Systems and Standards (5) ERROR RATES. For each processing function indicated above, the system shall achieve a target error rate of no more than one in 10,000,000 ballot positions, with a maximum acceptable error rate in the test process of one in 500,000 ballot positions. (1/125,000, 2005) |
| Votes Over the Allowable Error Rate: | 62,051 | 27,607 | *Total number of apparent voting violations minus 24 and 16 allowable errors in 2020GE and 2022GE respectively.* |