UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

Maryland Election Integrity LLC  :
116 Defense Highway,  :
Annapolis, MD 21401  :
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　*Plaintiff,*  :
　　　　　　　　　　　　　　　　　　　　　　　　:
United Sovereign Americans, Inc.  :
167 Lamp and Lantern Village Suite 194  :
Chesterfield, MO 63017  :
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　*Plaintiff*  :　Case No.: 1:24-cv-00672-SAG
　　　　　　　　　　　　　　　　　　　　　　　　:
v.  :
　　　　　　　　　　　　　　　　　　　　　　　　:
Maryland State Board of Elections  :
151 West Street #200  :
Annapolis, MD 21401  :
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　*Defendant*  :
　　　　　　　　　　　　　　　　　　　　　　　　:

## **AFFIDAVIT OF DAVID MORSBERGER**

I, David Morsberger, swear and affirm that the following is true and correct to the best of my knowledge, information, and belief:

1. I am an individual and resident of the State of Maryland, who resides at 1241 Village Lake Dr. Davidsonville, MD 20135.

2. I am a registered voter in the State of Maryland and have voted in the previous Maryland elections.

3. My qualifications as a data scientist, computer programmer, and statistician derive primarily from receiving my Bachelor's Degree in Electrical Engineering and Applied Mathematics from the University of Maryland, College Park.

4. My experience includes 35 years of designing, developing, and sustaining large, distributed computer systems. My work has included system architecture, system and

software design, data analysis, risk management, software development, and digital signal processing.

5. Based on my qualifications, I co-founded a small engineering firm, Sensys Development Labs, Inc., which was sold in 2003. As co-founder my responsibilities included all aspects of business, including compliance, budgeting, and finance. My responsibilities required me to define, analyze, and forecast policies, procedures, budgets, and projections. Based on my experience, I am now the Chief Engineer of an IT Service Management Company headquartered in Reston, Virginia.

6. It was through my qualifications and experience that I was able to produce the query and overall data contained in the February 27, 2024, memorandum titled "Restoring Faith in Maryland Elections," which is attached as **Exhibit A**, and is contained in the March 12, 2024 Election Validity Scorecard, attached as **Exhibit B**. The processes and procedures used to compile the data contained in the memorandum and scorecard are explained in the following paragraphs.

7. Over the last three years, my person along with a team of other qualified programmers and volunteers, purchased the Official Maryland State Voter Registration records from the Maryland State Board of Elections (MDSBE). The files were purchased for $125/month and included the records for: August 2021, December 2021, July 2022, August 2022, December 2022, January 2023, February 2023, March 2023, April 2023, May 2023, June 2023, and July 2023. The analysis for the "Restoring Faith in Maryland Elections" report was performed using these numerous voter information and voter history files that were purchased from the MDSBE.

8. The computer system I used in the evaluation of the data and the production of the spreadsheets used in the "Restoring Faith in Maryland Elections" report consisted of: (1) A Linux Ubuntu Server, (2) PostgreSQL Relational Management Server, (3) and Squirrel SQL. A breakdown of the use of each is contained in the next paragraphs.

9. Initially, all voter data purchased from the MDSBE was stored within the PostgreSQL database system. PostgreSQL is an object-relational database management system (ORDMBS), which means that it has relational capabilities and an object-oriented design. This means that the system is used for managing data stored in "relations" also known as tables. Each table of data is grouped into databases. A collection of these databases managed by a single Postgre SQL server becomes known as a cluster.

10. Next, all programming and analysis of the data contained in the databases were done using the industry standard Structured Query Language (SQL). SQL provides a simple and repeatable way to join and analyze large datasets contained within different tables found in a database. An example of how we used the SQL can be found in our evaluation of duplicate registrations. Using the SQL, we were able to find all records in the database from the Maryland Voter Registration files purchased from the MDSBE that contained the same first name and last name across two tables. The steps for doing so were: (1) SELECT*; (2) FROM table1, table2; (3) WHERE table1.firstname=table2.firstname; (4) AND table 1,lastname=table2.lastname. This process was repeated for each category we analyzed. All queries can be seen in the Scorecard Queries document, attached as **Exhibit C**.

11. The SQL statements were then crafted and executed in the SQuirrel SQL Client, a database administration tool. From here, the queries were then saved off into text files and the query results were saved into eighteen resulting Microsoft Excel spreadsheet files, which are attached as **Exhibits D-1 through T-3**. The queries that led to identified data set of registrations presented in each file are found in **Exhibit C**.

12. The datasheets we created identified 79,349 total registration violations, as can be seen in **Exhibit A** and **Exhibit B**. The violations are categorized into the following: (1) Illegal duplicate registrations; (2) Questionable inactive Status; (3) Active registrations without a certified U.S. Post Office mailing address; (4) Active registrants who moved at least four years ago; (5) Active registrations with no residential address (PO Box, UPS, FEDEX);

(6) Active registrants who are deceased; (7) Age discrepancies (under 16 years of age or over 115 years of age); (8) January 1st registration dates; (9) Irregular registration dates; (10) Questionable registration dates; (11) Registrants who registered after voting in the General Election. (12) Active registrants with nonstandard addresses; and (13) Voted before age of 18.

13. From the data we determined 1,699 illegal duplicate registrations as can be observed in **Exhibit A**. The data was analyzed in the following subcategories: (a) Two unique Voter IDs for matching FIRST NAME, DOB, & ADDRESS; (b) Two unique Voter IDs for matching FIRST NAME, DOB, & ADDRESS - BOTH VOTED 2020G; (c) Two unique Voter IDs for matching FIRST NAME, DOB, & ADDRESS - BOTH VOTED 2022G; (d) Two unique Voter IDs for matching FIRST NAME, DOB, & ADDRESS - ONE VOTED 2020G; (e) Two unique Voter IDs for matching FIRST NAME, DOB, & ADDRESS - ONE VOTED 2022G; (f) Two unique Voter IDs for FUZZY match: FIRST NAME, LAST NAME, ADDRESS & FUZZY DOB; (g) Two unique Voter IDs for FUZZY match: FIRST NAME, LAST NAME, ADDRESS & FUZZY DOB -- BOTH VOTED 2020G; (h) Two unique Voter IDs for FUZZY match: FIRST NAME, LAST NAME, ADDRESS & FUZZY DOB -- BOTH VOTED 2022G; (i) Two unique Voter IDs for FUZZY match: FIRST NAME, LAST NAME, ADDRESS & FUZZY DOB -- ONE VOTED 2020G; and (j) Two unique Voter IDs for FUZZY match: FIRST NAME, LAST NAME, ADDRESS & FUZZY DOB -- ONE VOTED 2022G. Data for each subcategory are included in **Exhibits D-1 through D-11**, which are attached. These duplicate registrations are in violation of Maryland Code, Election Law, § 3-101.

14. The data also demonstrated a total of 25,084 "questionable inactive status" violations. The data was analyzed in the following subcategories: (a) Questionable Inactive Status: No Vote in 2016, Voted 2020, "Inactive" again within 9mo; (b) Questionable inactive status - List as Inactive before 2022G, switched in Active 2022G, and switch back to Inactive less than 5 months later; and (c) Erratic Registration Status: Inactive before 2022

Primary, Active right after 2022 Primary, Inactive sometime after 2022 Primary. Data for each subcategory can be found in the attached **Exhibits E-1** through **E-6**. These are violations of Maryland Code, Election Law, § 3-502 and § 3-503.

15. The data revealed 3,366 active registrations without a certified U.S. Post Office mailing address, which is a violation of Maryland Code, Election Law, § 3-102. We subcategorized our data into the following subcategories: (a) Active registrations without a certified US Post Office mailing address; (b) Active registrations without a certified US Post Office mailing address WHO VOTED IN 2020G; and (c) Active registrations without a certified US Post Office mailing address WHO VOTED IN 2022G. The data for each subcategory can be seen in **Exhibits F-1** through **F-4**, which are attached.

16. Through the data analyzed we identified 5,680 active registrants who moved at least four years ago. These registrants are in violation of Maryland Code, Election Law, § 3-502. The data was analyzed in the following subcategories: (a) Active registrants who moved at least 4 years ago; (b) Active registrants who moved at least 4 years ago WHO VOTED IN 2020G; and (c) Active registrants who moved at least 4 years ago WHO VOTED IN 2022G. The data for each subcategory can be seen in the attached **Exhibits G-1** through **G-3**.

17. From the data, we observed 605 Active registrations with no residential address (PO Box, UPS, FEDEX), a direct violation of Maryland Code, Election Law, § 3-102. The data was analyzed in the following categories: (a) ACTIVE Registrations with no residential address (PO Box, UPS or Fedex); (b) ACTIVE Registrations with no residential address (PO Box, UPS or Fedex) WHO VOTED 2020G; (c) ACTIVE Registrations with no residential address (PO Box, UPS or Fedex) WHO VOTED 2022G; (d) Registered A&I; (e) Voted 2020G A&I; and (f) Voted 2022G A&I. The data for each subcategories can be observed in the attached **Exhibits H-1** through **H-6**.

18. Our analysis of the data demonstrated 1,218 active registrants who are deceased, which is in violation of Maryland Code, Election Law, § 3-504. Our data was compiled through

the help of volunteers who investigated voters who according to voter rolls in Harford County and Montgomery County were over 115 years of age (the oldest known person in the United States) to determine whether there were public records indicating that the registered voter was deceased. The results of these investigations were created into a spreadsheet containing the following categories: (a) Confirmed Deceased Montgomery County Residents still listed in the official Maryland State Voter Registration Database; (b) Confirmed Deceased Montgomery County Residents still listed in the official Maryland State Voter Registration Database WHO VOTED in the 2020 elections; (c) Deceased Harford County Residents still on the voter rolls; and (d) Deceased Harford County Residents who are noted to have voted. The data analyzed is attached as **Exhibits I-1, I-2,** and **Exhibits J-1** through **J-3**.

19. In our analysis of the data, we observed 883 age discrepancies (under 16 years of age or over 115 years of age). This data demonstrates a clear violation of Maryland Code, Election Law, § 3-102. We analyzed the age discrepancies of registrants younger than 16 years of age as follows: (a) Age discrepant registrants (younger than 16 or implausible age); (b) Age discrepant registrants (younger than 16 or implausible age when registered) WHO VOTED 2020G; and (c) Age discrepant registrants (younger than 16 or implausible age) WHO VOTED 2022G. The data containing the age discrepancies of registrants under the age of 16 are attached as **Exhibits K-1** through **K-3**. We analyzed the age discrepancies of registrants older than 115 years of age as follows: (a) Registered voter over 115 years old (age of oldest known persons) listed on the Maryland Voter Registration Database; (b) Registered voter over 115 years old (age of oldest known persons) listed on the Maryland Voter Registration Database WHO VOTED 2020G; and (c) Registered voter over 115 years old (age of oldest known persons) listed on the Maryland Voter Registration Database WHO VOTED 2022G. The data for the age discrepancies of those registered over the age of 115 are attached as **Exhibits L-1** through **L-3**.

20. In our analysis of the records we found various kinds of questionable registration dates, including: (a) January 1st registration dates; (b) Irregular registration dates (c) Questionable registration dates; and (d) Registrants who registered after voting in the General Elections. The total number of questionable registration violations found was 40,518. The data for each of these categories are found in: **Exhibits M-1** through **M-3**, **Exhibits N-1** through **N-3**, **Exhibits O-1** through **O-3**, **Exhibits P-1** through **P-3**, and **Exhibits Q-1** through **Q-2**.

21. Our analysis of the data demonstrated a total of 296 active registrants with nonstandard addresses, in violation of Maryland Code, Election Law, § 3-102. The data for active registrants with nonstandard addresses includes those who voted in the 2020 and 2022 elections. The data for this category is contained in attached **Exhibits R-1** through **R-3**.

22. We also produced a spreadsheet containing data of registrants who voted before the age of 18. The data for this category is contained in the attached **Exhibits S-1** and **S-2**.

23. In August 2022, we ran the voter information purchased from the MDSBE through the United States Postal Service (USPS) CASS Certification process and evaluated against the United States Postal Service National Change of Address (NCOA) database.

24. The USPS CASS Certification process is approved process mail houses use when sending out direct mail. The certification process evaluates the address to determine if the address exists within the postal system, is completely formatted (e.g., unit number for apartments), is a commercial location, is a Post Office Box, calculates zip+4 values, and creates postal barcodes. The process generates numerous codes to indicate the state of the address.

25. The NCOA database lookup is used by mail houses to determine if addressee has requested their mail be forwarded and returns the forwarded address.

26. Our evaluations using the USPS CASS and NCOA data provided the information to determine the "Active Registrations without a certified U.S. Post Office mailing address", the "Active Registrants who moved at least 4 years ago", and "Active Registrations with

no residential address (PO Box, UPS, or FedEx)" counts that were included in the "Restoring Faith in Maryland Elections" report, attached as **Exhibit A**.

*Canvassing*

27. The remaining data included in the "Restoring Faith in Maryland Elections" is a result of a statewide canvass conducted by our team.
28. After many members from the team had participated in election campaigns that required knocking on doors, there was a growing frustration when the voter rolls relied upon were inaccurate.
29. Our statewide canvass was inspired by the results of a previous canvass performed in Baltimore County from March 1, 2023 to April 8, 2023 (a six-week period) by Kate Sullivan and other members of our team, not including myself. As I was not part of that canvass I cannot provide data for it but include this point solely as an explanation into the purpose for us beginning the statewide canvass.
30. In order to create an unbiased, randomized canvass list whose results could be extrapolated to cover the total universe with an accuracy of 95% confidence and a margin of error of +/-5%. In order to do so, we used the Survey System, which is a software that is used to work with survey questionnaires.
31. Our "Universe" consisted of 112, 507 voters across the State of Maryland who were (1) eligible and did not vote in the 2014 primary election; (2) eligible and did not vote in the 2014 general election; (3) eligible and did not vote in the 2016 primary election; (4) eligible and did not vote in the 2016 general election; (5) eligible and did not vote in the 2018 primary election; (6) eligible and did not vote in the 2018 general election; (7) eligible and did not vote in the 2020 primary election; and (8) eligible and DID vote in the 2020 general election.

32. Using Survey System, it was determined that we would need to canvass 383 randomly chosen voters across Maryland in order to achieve the 95% Confidence Interval with the +/-5% Margin of Error that we were seeking.

33. In order to ensure that we voters we canvassed were selected at random, we used a random number generator that was certified by the National Institute of Standards and Technology to select our sample set of 383 random voters from the 112,507 voters in the "Universe."

34. From September 13, 2023 to November 23, 2023, a six-week period, a team of trained volunteers conducted a canvass across all 24 jurisdictions in Maryland to the 383 random voters determined. The sole question asked in the cavass was whether the individual had voted in the 2020 general election. The results of the canvass were tallied and extrapolated to the "Universe" with a 95% confidence and maximum +/- 5% margin of error. The results of the canvass are contained in the "Restoring Faith in Maryland Elections" report, attached as **Exhibit A**.

35. The data obtained from the statewide canvass is also contained in a Master List of Inaccuracies which includes the following subcategories: (a) Maryland identified inaccuracies; and (b) Individuals that the data says voted but did not vote. The Master List is attached as **Exhibits T-1** through **T-2**.

*Summary*

36. Our evaluation of the voter rolls provided by the MDSBE in comparison to records created from individual research has highlighted some inconsistencies and inaccuracies within the records provided by the Maryland Board of Elections.

37. The Official Maryland State Voter Registration records are inaccurate and therefore undermine the election process in Maryland.

38. As the inaccuracies in the Maryland Voter Rolls, as seen in the "Restoring Faith in Maryland Elections" report, violate both state and federal law, it is of uttermost important that the Motion for Temporary Restraining Order and Injunctive Relief be granted.

I declare under penalty of perjury that the contents of the foregoing are true and correct to the best of my knowledge, information, and belief.

Executed this 25th day of March, 2024 in Davidsonville, Maryland.

_____
David Morsberger