IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND ELECTION INTEGRITY, LLC, *et al.*,

    *Plaintiffs*,

v.

MARYLAND STATE BOARD OF ELECTIONS,

    *Defendant*.

No. 1:24-cv-00672-SAG

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

Upon consideration of the defendant's opposition (ECF 25) to plaintiffs' motion for a temporary restraining order and preliminary injunction (ECF 20), it is this _____ day of _____, 2024,

ORDERED that the plaintiffs' motion for a temporary restraining order and preliminary injunction (ECF 20) is hereby denied.

_____

STEPHANIE A. GALLAGHER, DISTRICT JUDGE