IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

MARYLAND ELECTION INTEGRITY, LLC, *et al.*,

                *Plaintiffs*

v.

MARYLAND STATE BOARD OF ELECTIONS

                *Defendant*

Case No.: 1:24-cv-00672-SAG

*************************************************************************

## AFFIDAVIT OF KATHERINE SULLIVAN

I HEREBY CERTIFY THAT I AM OVER THE AGE OF 18, COMPETENT TO TESTIFY, AND I HAVE PERSONAL KNOWLEDGE OF THE FACTS AND MATTERS SET FORTH HEREIN:

1. From January 2022 to February 2024, I communicated with The Maryland State Board of Elections and Local Boards of Elections, its individual members, staff, and other representatives, as more fully set forth on the schedule attached hereto and marked as Exhibit A.

2. The content of the communications can be summarized as identifying errors or problems with the voting system from registration to counting votes, and requesting remediation, correction, and/or information. A substantial sampling of those communications is attached hereto as Exhibit B.

3. No substantive action was taken by the representatives of the Board of Elections in response to my communications and requests.

I SOLEMNLY SWEAR UPON THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

Date: 4/29/24

_____
Katherine S. Sullivan