Timeline of Communications with Local Board of Elections and Maryland State Board of Elections

9/2021 Bill Voelp – SBE: Request DOB in Voter Rolls.

10/2021 Bill Voelp – SBE: How to hold people accounts who commit voter fraud.

11/2021 Bill Voelp – SBE: We will get DOB.

9/2022 Bill Voelp – SBE: Early Counting Website.

7/2023 Bill Voelp – SBE: Discuss New Oath.

2/2024 Bill Voelp – SBE: Queen Anne's BOE closed.

8/2022 Bob Atkins – AA LBOE: Sent sample anomalies to investigate.

11/2022 Bob Atkins – AA LBOE: Dates of Drop Boxes.

5/2023 Bob Atkins – AA LBOE: Virginia Leaving ERIC.

2/2024 Bob Atkins – AA LBOE: Received log file, (not sure if complete system log).

2/2024 Bob Atkins – AA LBOE: Sent Election Integrity Report.

2/2024 Bob Atkins – AA LBOE: Reviewed sample data from report at meeting.

2/2024 Jason Rheinstein – AA LBOE: Reviewed sample data from report at meeting.

4/2024 Jason Rheinstein – AA LBOE: Sent Lawsuits.

4/2024 Jason Rheinstein – AA LBOE: Virtual Introduction with Ed.

11/2023 Bob Atkins & Jason Rheinstein – AA LBOE: Discuss Early Voting Centers.

1/2024 Bob Atkins & Jason Rheinstein – AA LBOE: Requested 2020 and 2022 Mail-In ballot report.

2/2024 Bob Atkins & Jason Rheinstein – AA LBOE: Sent 10 samples of both duplicate voter categories.

3/2024 Bob Atkins & Jason Rheinstein – AA LBOE: Received update that all 10 samples were valid duplicates and records were merged.

10/2023 Carlos Ayala – SBE: Blank ballot questions and analysis.

12/2023 Carlos Ayala – SBE: Response to blank ballot questions.

1/2024 Carlos Ayala – SBE: Discuss New Oath.

3/2022 David Garreis and Janie Quartucci – AA LBOE and SBE: Asked for usage requirement on Designation of Agent Form.

4/2022 David Garreis  AA LBOE: Asked for usage requirement on Designation of Agent Form

10/2022 Bill Voelp – SBE: Penetration Testing Discussion

2/2023 Bill Voelp – SBE: Clarification on sending out mail-in applications

8/2022 Bob Atkins – AA LBE: Sent anomalous data to review.

10/2022 Bob Atkins – AA LBE: Requested info on election data process for training package

11/2022 Bob Atkins and Richard Siejack – AA LBE: Ask about machines connecting to the internet.

1/2023 Bob Atkins and Brenda Yarema – AA LBE: Clear ballot missing data and search issues.

1/2023 Bob Atkins – AA LBOE: Questions on blank ballots, drop box videos, NCOA Results, and Reported Disc.

1/2023 Bob Atkins – AA LBOE: Questions status on AACO processing returned mail "yellow stickers" and canvassing questionnaire.

1/2023 Bob Atkins – AA LBOE: Discussion on Voter States to include first seen C - Cancelled

2/2023 Bob Atkins – AA LBOE: Bob at meeting to discuss BoE budget and organization.

3/2023 Bob Atkins – AA LBOE: Discuss new registrations numbers and values.

4/2023 Bob Atkins – AA LBOE: Ask about voter recorded as voting twice in GG22. Response is clerical error.

6/2023 Bob Atkins – AA LBOE: Discuss Signature Verification. Said they have the equipment, need state to authorize use.

8/2023 Bob Atkins – AA LBOE: Discuss new oath.

10/2023 Bob Atkins – AA LBOE: Discuss registering voters at high schools

10/2023 Jason Rheinstein – AA LBOE: Received Voter Cancellation form

11/2023 Nicole Hill – SBE: Discuss Voter Registration Training

12/2023 Bob Atkins – AA LBOE: Discuss case where voter was caught mailing mail-in in DC and Maryland

12/2023 Bob Atkins – AA LBOE: Asked for latest ruling on Designation of Agent Form

2/2024 Jason Rheinstein – AA LBE:  Received results of analyzing the sample duplicate voter.

3/2024 Bob Atkins and Jason Rheinstein – AA LBOE: Sent complete list of duplicate voters.

10/2023 Carlos Ayala – SBE: Blank ballot questions and analysis.

12/2023 Carlos Ayala – SBE: Response to blank ballot questions.

1/2024 Carlos Ayala – SBE: Response to blank ballot questions.