**From:** **David Morsberger**  dave@morsberger.com
**Subject:** Re: Mail-In Voting Letter
**Date:** February 5, 2022 at 1:58 PM
**To:** Bill Voelp  bill@voelpfamily.com

---

Thanks. I appreciate you helping here.

I cannot find where "SECTION 2. AND BE IT FURTHER ENACTED, That." shows up in the code.

I need to "ask a friend" because SECTION 1 contains changes to the Code (everything in SECTION 1 is covered in LexisNexus) while SECTIONS 2-5 are statements without changes to the Code. How is this he law? I will ask a Maryland attorney and/or legislator.

David

On Feb 5, 2022, at 1:11 PM, Bill Voelp <bill@voelpfamily.com> wrote:

https://legiscan.com/MD/text/HB1048/2021

Page 11, Section 2 (a).

Except as provided in subsection (b) of this section, at least 60 days before the statewide primary election in 2022 and 2024, each local board of elections shall send the State Board–approved absentee ballot application to each eligible voter.

**Thanks,**



**Bill Voelp**
   **www.voelpfamily.com**
   **LinkedIn Profile**
   **Face Book Profile**
   **bill@voelpfamily.com**

CONFIDENTIALITY, PRIVILEGE AND ATTACHMENT STATEMENT:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the specified recipient(s) ar
may contain confidential or privileged information. If you are not the specified or intended recipient, please notify me by email reply and please delete th
email. No waiver of confidentiality or privilege should be inferred from any error in sending. This message is for information only. Any attachment or
insertion to this message and any manipulation of that attachment, with or without authorization, shall remain the property of William G. Voelp.  Unless
otherwise specified, this does not constitute a binding commitment by the sender.

**From:** David Morsberger <dave@morsberger.com>
**Sent:** Saturday, February 5, 2022 12:47 PM
**To:** Bill Voelp <bill@voelpfamily.com>
**Subject:** Re: Mail-In Voting Letter

I read and reread Title 9 Voting Subtitle 3 Absentee Voting. I do not see anything about sending out an application to every registered voter. The closest thing I see is:

§ 9-303. Guidelines
(a) Established by State Board. -- The State Board shall establish guidelines for the administration of absentee voting by the local boards.
(b) Content. -- The guidelines shall provide for:
(1) the application process;

The latest state election code (link form Election website)

https://advance.lexis.com/documentpage/?pdmfid=1000516&crid=e410d92c-0021-4a6f-9514-
14199f91ecd7&nodeid=AANAAJAADAAB&nodepath=%2FROOT%2FAAN%2FAANAAJ%2FAANAAJAADAAB&level=4&haschildren=&populated=false&title=§+9-
301.+In+general&config=014EJAA2zmE1OTU3OC0xMGRjLTRINTctOTQ3Zi0wMDE2MWFhYzAwN2MKAFBvZENhdGFsb2e9wg3LFffInanDd3V39aA&pddocfullpath=%2Fshared%2F
ument%2Fstatutes-legislation%2Furn%3AcontentItem%3A63NX-7CY1-JNJT-B0CJ-00008-00&ecomp=_g1_kkk&prid=d1343233-d03c-4390-8c0b-6caaeff41a94

On Feb 5, 2022, at 12:06 PM, Bill Voelp <bill@voelpfamily.com> wrote:

I don't have the chapter and verse, but it was a new law passed last year by the legislature.

That is why we did not address or vote on it at the SBE level – it is now law – not even COMAR.

**Thanks,**



**Bill Voelp**
   **www.voelpfamily.com**
   **LinkedIn Profile**
   **Face Book Profile**
   **bill@voelpfamily.com**

CONFIDENTIALITY, PRIVILEGE AND ATTACHMENT STATEMENT:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the specified recipient(s) a
may contain confidential or privileged information. If you are not the specified or intended recipient, please notify me by email reply and please delete
this email. No waiver of confidentiality or privilege should be inferred from any error in sending. This message is for information only. Any attachment or
insertion to this message and any manipulation of that attachment, with or without authorization, shall remain the property of William G. Voelp.  Unless
otherwise specified, this does not constitute a binding commitment by the sender.

**From:** David Morsberger <dave@morsberger.com>
**Sent:** Saturday, February 5, 2022 12:02 PM
**To:** Bill Voelp <Bill@voelpfamily.com>
**Subject:** Re: Mail-In Voting Letter

Bill,

Where in the Code or COMAR does it say that a county is to mail out the application form to every registered voter? I am reading both the Code and COMAR and do not see anything about sending out applications without first receiving a voter's request.

COMAR: 33.11.02.02 Formal Request

    (3) Absentee Ballot Application Transmission.

(a) If a voter requests an absentee ballot application, the local board shall send, by the voter's preferred method of transmission, the appropriate form to the voter.

http://www.dsd.state.md.us/comar/comarhtml/33/33.11.02.02.htm

State Code: 9-305 Application for absentee ballot

https://govt.westlaw.com/mdc/Document/N44AAD730B8F411EB861DDBBC4819E53C?
originationContext=document&transitionType=StatuteNavigator&needToInjectTerms=False&viewType=FullText&bhcp=1&contextData=%28sc.Default%29

David

On Feb 5, 2022, at 10:43 AM, David Morsberger <dave@morsberger.com> wrote:

FYI

Begin forwarded message:

**From:** David Morsberger <dave@morsberger.com>
**Subject: Mail-In Voting Letter**
**Date:** February 5, 2022 at 10:42:50 AM EST
**To:** Senator Edward Reilly <Edward.Reilly@senate.state.md.us>, Delegate Sid Saab <Sid.Saab@house.state.md.us>, Delegate Heather Bagnall <heather.bagnall@house.state.md.us>, Delegate Rachel Munoz <rachel.munoz@house.state.md.us>

All,

I included the following letter in the return enveloped received with the application for a mail-in ballot. Larger scale mail-in voting does not provide the necessary controls to trust ou elections. We must change this is we ever want confidence in our system.

*** Letter ***

Dear Maryland and Anne Arundel Board of Elections:

I refuse to take part in mail-in voting. This is very different from traditional absentee ballots because of the effect on the race due to the number of ballots. I have been involved in p elections as an Election Judge and a Poll Watcher. Both roles exist to guarantee the sanctity and chain-of-custody of the voting process. Election Judges and Poll Watchers monito every step of the voter and election workers from the point the voter checks in to the point they scan their ballot.

A set of Election Judges:

·   Physically verify it is them prior giving a folder with VAC

·   Make sure they get the right ballot

·   Verify only THEY go into booth to fill out ballot

·   Make sure they properly scan their ballot

The Chief Election Judge and Poll Watchers verify that the Election Judges are properly doing their job.

None of these (or very very few) checks exist when a voter requests a mail-in ballot. Questions include:

·   Did the voter receive the ballot?

·   Did the actual voter or someone else receive the ballot?

·   Did the actual voter or someone else fill-in the ballot?

·   Did they fill it in by themself or did someone help them fill it out?

·   Did the ballot make it to the Post Office of Drop Box if someone else said they will deliver it?

·   Did the Post Office deliver it to the Board of Elections office?

How can you good folks at the Board of Elections support this? I have met you and worked with you. You deeply care about the sanctity of the process.

The mail-in process is similar to the following in-person process that looks like:

·   A table to pick up your ballot

·   An open table where a group can together fill out the ballot

·   Designating one person to gather all ballots and scan them for the group

Is this a process you would support for in-person voting?

In summary, the current mail-in process relies on trust that the voter will do the right thing while in-person voting has controls to make sure the voter does the right thing. This in my opinion is not how we should run our most precious right, voting. Do you?

David Morsberger
Davidsonville, MD

**From:** **David Morsberger** dave@morsberger.com 📎
**Subject:** Re: Registration Question
**Date:** August 11, 2022 at 12:55 PM
**To:** Brenda Yarema brendayarema@verizon.net, Robert Atkins atkins950@gmail.com
**Bcc:** Dawn Pulliam votedawnpulliam@gmail.com

I think this may have been discussed this morning. I had connection issues. I think I caught the end with a question to the submitter.

Perhaps we can talk later to discuss.

Sent from my iPhone

> On Aug 11, 2022, at 08:35, David Morsberger <dave@morsberger.com> wrote:
>
> Brenda & Robert,
>
> I plan to call into the meeting today given work doesn't get in the way.
>
> I have questions with the active registration numbers provided by the state and the values provided in the "by precinct" report on the AA BoE web page.
>
> The number of active registrations provided in the BoE report is less than the values provided by the July 8, 2022 Voter Info provided by the state for each precinct in Anne Arundel County. July 8 was chosen because it is the day after voter registration changes closed.
>
> Can you help me understand why the values for each precinct went down for both dems and republicans after the registration change date passed? I would like the date and reason for the removal of an active voter post July 7.
>
> The values and differences are in the attached spreadsheet.
>
> I have also requested the Voter Info and Voter History data post the 2022 primary.
>
> Thanks,
> David



Active
Registr...22.xlsx

**From:** **David Morsberger** dave@morsberger.com
**Subject:** Re: SBE Penetration Testing
**Date:** October 20, 2022 at 6:00 PM
**To:** William Voelp bill@voelpfamily.com

I am not a betting man (no lottery or Powerball here) however, I would bet on that.

Sent from my iPhone

On Oct 20, 2022, at 17:55, William Voelp <bill@voelpfamily.com> wrote:

I believe it was the same vendor and we never comment about having or not having or of addressed or not. But you can bet nothing, if found, would be allowed to remain that I knew of.

Blessings

**From:** David Morsberger <dave@morsberger.com>
**Sent:** Thursday, October 20, 2022 5:50:50 PM
**To:** William Voelp <bill@voelpfamily.com>
**Subject:** Re: SBE Penetration Testing

Bill,

Thanks! I respect and expected this answer. We at work wouldn't normally release reports that list vulnerability. I can't say the same if there were no vulnerabilities found.

Can you say that items found if any were adequately addressed?

Was the second test by the same vendor?

David

Sent from my iPhone

> On Oct 20, 2022, at 16:29, William Voelp <bill@voelpfamily.com> wrote:
>
> We can confirm publicly that Stealth-ISS was awarded a contract in 2020 to perform penetration testing of certain systems used by SBE, but we will not share results identified by or reports generated from these types of testing.  To do so could potentially jeopardize the security of the systems on which penetration testing was performed. We've had another penetration test performed since the one in 2020.
>
> Sorry that I can't give you more information than that.
>
> Thanks,
> Bill
> Bill Voelp
> www.voelpfamily.com
> LinkedIn Profile
> Face Book Profile
> bill@voelpfamily.com
>
>
>
> CONFIDENTIALITY, PRIVILEGE AND ATTACHMENT STATEMENT:

> The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the specified recipient(s) and may contain confidential or privileged information. If you are not the specified or intended recipient, please notify me by email reply and please delete this email. No waiver of confidentiality or privilege should be inferred from any error in sending. This message is for information only. Any attachment or insertion to this message and any manipulation of that attachment, with or without authorization, shall remain the property of William G. Voelp.  Unless otherwise specified, this does not constitute a binding commitment by the sender.
>
> -----Original Message-----
> From: morsbergerd <morsbergerd@mac.com>
> Sent: Monday, October 17, 2022 9:02 AM
> To: William Voelp <bill@voelpfamily.com>
> Subject: SBE Penetration Testing
>
> Bill,
>
> I hope you had a great weekend. The weather sure was nice.
>
> I heard that the SBE had Stealth-ISS perform penetration testing on the election equipment in 2020.
>
> Were there any critical findings?
>
> What actions came out of the test?
>
> Is it possible to get a copy of their report?
>
> Has there been any other tests between 2020 and today?
>
> Thanks,
> David

**From: David Morsberger** dave@morsberger.com
**Subject:** Re: Clear Ballot Site
**Date:** January 12, 2023 at 1:57 PM
**To:** brendayarema@verizon.net
**Cc:** Robert Atkins atkins950@gmail.com

Thanks Brenda.

The filters are mainly on subpages that don't have export options. Here is an example.

https://maryland.clearballot.com/md2022g/md_02_annearundel_2022g/ovals_ChoiceID%3D1%26PrecinctID%3D%26VoterGroupID%3D%26ScanStation%3D%26Box%3D%26PartyID%3D%26MaxOvals%3D500.html


---
David Morsberger


On 2023-01-12 13:51, brendayarema@verizon.net wrote:

> The file format csv. You can download the form and manipulate however you like.
>
> On Thursday, January 12, 2023, 12:42:12 PM EST, Robert Atkins <atkins950@gmail.com> wrote:
>
>
> David,
>
> If you can't get any help from Clear Ballot directly, I would try first at our deputy director,
>
> **Richard Siejack -SBE-** <richard.siejack@maryland.gov>  or then at the state
>
> **Tracey E. Hartman -SBE-** <traceye.hartman@maryland.gov>
>
> Tracy seems to be the Clear Ballot expert.
>
> Bob
>
> On Thu, Jan 12, 2023 at 10:20 AM David Morsberger <dave@morsberger.com> wrote:
>
>> Who do I contact to ask about / report issues the Clear Ballot site?
>>
>> The filters at the top (Precinct, Counter Group, Contest) do not appear to work on this page and any sub-pages. I would like to filter/thin the view based on Precinct and Counter Group.
>>
>>> https://maryland.clearballot.com/md2022g/md_02_annearundel_2022g/audit1.html
>>
>> This link gives an error, "The specified blob does not exist"
>>
>>> https://maryland.clearballot.com/md2022p/md_02_annearundel_2022p/audit1.h

tml

--
David Morsberger

**From:** **David Morsberger** dave@morsberger.com
**Subject:** Re: Election Issues
**Date:** October 24, 2022 at 4:12 PM
**To:** brendayarema@verizon.net
**Cc:** atkins950@gmail.com, trgardner@usa.net

Thank You! This is newer than the one I have. I will review it tonight.

I would like to put a voter flow diagram together. This is one reason I wanted the latest manual. Here is what I have.

Voter Check-In (name, address, month/year of birth)

Verify and Sign Voter Access Card (VAC)

Receive manilla envelope with VAC card

For Regular Ballot

　Pickup Ballot and place in manilla folder

　For Paper Ballot

　　Go to Voting Station

　　Vote with pen provided

　　Place completed ballot in manilla folder

　For Machine (BMD)

　　Use BMD to vote and printout machine generated ballot

　　Place printed ballot in manilla folder

　Personally scan completed ballot without help from Judge

For Provisional Ballot

　Go with judge to provisional station

　Follow instructions of judge

　Fill out ballot

　Place completed provisional ballot in orange provisional bag

Pickup sticker

---
David Morsberger

On 2022-10-24 15:27, brendayarema@verizon.net wrote:

There is a Poll Watcher manual on the State Board of Elections website.
https://elections.maryland.gov/pdf/Challenger_and_Watchers_Manual.pdf

This manual conforms to all federal, state and COMAR laws and regulations.

Brenda Yarema

-----Original Message-----
From: David Morsberger <dave@morsberger.com>
To: brendayarema@verizon.net
Cc: atkins950@gmail.com; trgardner@usa.net
Sent: Mon, Oct 24, 2022 8:58 am
Subject: Re: Election Issues

Brenda and team,

Is it possible to get a copy of the Chief Judge manual they give out during training?

I am putting together Poll Watcher training and I would like to base it off the latest procedures instead of my dated stuff.

Sent from my iPhone

On Oct 20, 2022, at 22:48, brendayarema@verizon.net wrote:

MD General Election November 8 is inviting you to a scheduled Zoom meeting.

Topic: Election Discussion with David Morsberger
Time: Oct 21, 2022 10:00 AM Eastern Time (US and Canada)

Join Zoom Meeting
https://us02web.zoom.us/j/85143077124?pwd=elFxSjNJZ0F3cXBqQmJza2lyTE8vUT09

Meeting ID: 851 4307 7124
Passcode: 997981

**From:** **David Morsberger**  dave@morsberger.com  📎
**Subject:** Re: Records Request Anne Arundel Co Board of Elections, General Election 2022
**Date:** November 30, 2022 at 12:42 PM
**To:** Annapolis First  annapolisfirst@gmail.com
**Cc:** Richard Siejack -SBE-  richard.siejack@maryland.gov,  Brenda Yarema  brendayarema@verizon.net,  atkins950@gmail.com,
Christine Cirone  Christine.cirone@gmail.com,  Dana Schulze  danaschulze@protonmail.com,  Janet Katz  janet.katz@comcast.net,
Jean Benhoff  jmbenhoff@gmail.com,  Jolie McShane  jolie@healthmaniacs.net,  David Garreis -SBE-  david.garreis@maryland.gov,
Jim Praley  JPraley@lesspral.com

---

Richard,

I have a follow-up question for verification and clarification on internet connectivity and "broardband".

You stated on 11/18, "None of the voting equipment is connected to the internet"

- We have been told by multiple sources in the BoE that e-poll books are connected to the internet during early voting and that this is required to make sure all the early voting centers are in synch.
- We have been told by the same sources that the e-poll books are NOT connected to the internet on Election Day because people must vote in their precinct and the state of the precinct can be maintained within the e-poll books.
- I was also told that e-poll books are connected to the internet during Election Day because of same day registration.
- I noticed that a cradlepoint router was used to interconnect the e-poll books on Election Day had cellular (4G/LTE/5G) antennas that appeared to be active (blue lights). I also heard a check-in judge verify based on opening procedures that the antennas perpendicular to the floor during opening (he may have also mentioned the lights on).

Are e-poll books connected to centralized county/state BoE equipment during Early Voting and Election Day?

If so:

- What carrier and technology are they using, internet connectivity using a cellular carrier?
- Is it through a point-to-point or tunnel VPN connected to one endpoint?
- Is it secure (TLS v3) connection over HTTP?

The goal is to have a complete, concise, and accurate statement on connectivity.

---
David Morsberger


On 2022-11-30 10:03, Annapolis First wrote:

Thank you for the updates Richard.
On a more immediate simple request,
We are being advised to ask you, the BOE, for your invoice/s for the e poll book
broadband provider. That should be easy, quick and less
time consuming.
When time permits we will forward the notarized HAVA complaints that were dropped off
on West Street's State Board of Elections yesterday
so everyone is up to snuff. We should have at least one other within the next week on

yet another broad issue.

Thank you,
Suzanne from the Precinct Strategy



On Tue, Nov 29, 2022 at 5:16 PM Richard Siejack -SBE-
<richard.siejack@maryland.gov> wrote:
  Good afternoon,

  There are three items pending per your recent requests of which I am aware.

  1. Surveillance video from ballot drop boxes: I have contacted our third-party vendor.
  The vendor is in the process of assimilating more than 44 days of video, 24 hours a
  day from 32 drop box locations. If my math is correct, that equals 33,792 hours of
  video. It is an enormous undertaking and the vendor needs time to gather those
  video feeds in a usable data form. The vendor will keep our office up to date when the
  process has been completed. If there is a particular location or possibly several
  locations you are seeking at the outset, I can relay those to the vendor. It may be
  possible to acquire copies of those particular feeds while waiting for the entire
  download process to be completed.

  2. Incident Reports from the beginning of Early Voting for the General Election
  through Election Day: All incident reports generated by our office are sent to Anne
  Arundel County Risk Management. I have advised the Risk Management office and the
  State Board of Elections of your request and I should be able to answer your request
  soon.

  3. Adjudication Reports: Copies of the Canvass Challenge Forms filed during the mail-
  in ballot/provisional canvass will be sent in the coming days.

  I appreciate your patience in these matters.

  Richard T. Siejack, Deputy Director
  Anne Arundel County Board of Elections
  6740 Baymeadow Drive, Glen Burnie, MD 21060
  410-222-6600 (Ext. 0401)



  On Tue, Nov 29, 2022 at 9:57 AM Annapolis First <annapolisfirst@gmail.com> wrote:
    Dear BOE of Anne Arundel Co., (I am sending this again because our group needs
    this information ASAP, please no more
    stonewalling Mr. Siejack). You have now mentioned you are going to charge the
    public for this information that should be easily
    accessible. How much? Please respond by close of business today, thank you in

advance.

The Precinct Strategy Team ~ Suzanne Duffy

We, The Precinct Strategy Team, are requesting **all incident reports** for Anne Arundel County BOE from the beginning of **Early Voting to the Present Date** (today), in addition, all **Adjudication Reports** to include but not limited to provisional ballots.

Thank you in advance for your cooperation,

Suzanne Duffy
The Precinct Strategy Team Anne Arundel Co (we are state and nationwide)



On Thu, Nov 17, 2022 at 1:12 PM Annapolis First <annapolisfirst@gmail.com> wrote:

Dear BOE of Anne Arundel Co.,

We, The Precinct Strategy Team, are requesting **all incident reports** for Anne Arundel County BOE from the beginning of **Early Voting to the Present Date** (today), in addition, all **Adjudication Reports** to include but not limited to provisional ballots.

Thank you in advance for your cooperation,

Suzanne Duffy
The Precinct Strategy Team Anne Arundel Co (we are state and nationwide)



**From:** **David Morsberger** dave@morsberger.com
**Subject:** Re: Few Questions
**Date:** January 17, 2023 at 12:23 PM
**To:** Robert Atkins atkins950@gmail.com

Thanks Bob.


Question 1: It doesn't make sense to me either. First, why aren't these considered undervotes? Second, someone said that another county said they had a number of first ballots blank at each voting method. Why would someone show up on Election Day to only vote on the questions?

Question 3: It is from the official USPS NCOA data. There is a certification report.

Question 4: number reported by the SBE not LBE. It is from the Voting History data we purchased for $125. I will do another compare for the 2022 General Election. It looks like we just received the data.

---
David Morsberger


On 2023-01-17 12:13, Robert Atkins wrote:

> Dave,
>
> Retired as I am, I always have an extended weekend!
>
> Question #1
> I believe "Blanks" are exactly what they sound like, a ballot cast which did not vote in any contest.  Don't know why so many would go to the trouble to vote and then cast a blank ballot.  I witnessed those during the mail-in canvassing process.   I'll check to make sure.
>
> Question #2
> Anyone can deposit anything into the ballot boxes, but only a ballot in a sealed envelope with a unique identifier tied to an active registered voter will be accepted.
> Dumping naked ballots won't work.  Or ballots in counterfeit envelopes.  The boxes maintain a chain of custody much better than the US postal service with bipartisan pickup teams, tamper seals, etc.  The envelopes are scanned in at the LBE upon receipt from the pickup teams, a copied duplicate envelope will be rejected.  As harvesting or depositing multiple envelopes into a ballot box is not against the law in Maryland the focus on video surveillance is not productive and will not enhance the integrity of the system.   On balance if Maryland continues to allow no excuse mail-in ballots use of the ballot box system is the best way to collect the ballots.
> Furthermore if one is concerned that their in person vote might be displaced with a fraudulent mail-in ballot, one's best defense is to vote with a mail-in ballot.
>
> Question #3
> I think the only manner the LBE can take action is from another government agency information or a resident statement.  This is an area of my continued study.  I would like to see an independent state agency (say a dedicated Inspector General) focused on Election Integrity

Election Integrity.

Question #4
I think you are referring to the difference between the # of registered voters shown on the EL45 report and the contemporaneous number reported by the LBE.  Still no answer form SBE.  I brought it up in the December board meeting.  It is not a dead issue.

Bob


On Tue, Jan 17, 2023 at 10:24 AM David Morsberger <dave@morsberger.com> wrote:

Bob,

I hope you had a nice extended weekend.

**Question 1:** What are blank ballots listed on the EL30A and the EL45A reports? We are getting a lot of questions on the definition and I think it is best to go directly to a board member.

https://www.aacounty.org/boards-and-commissions/board-of-elections/election-results/Election%20Results/GG22_Precinct_Summary_Report_OFFICIAL.pdf

https://www.aacounty.org/boards-and-commissions/board-of-elections/election-results/Election%20Results/GG22_Election_Summary_OFFICIAL.pdf

**Question 2:** I heard that you stated in the Voter Integrity Legislation group that we should not focus on mail-in / drop boxes / videos. Why did you recommend that? I tend to agree with you and I would like to make sure we are on the same page.

**Question 3:** Any further feedback on the NCOA data I sent you? We plan to run the same report when we finally get the post-General Election Voter Info and Voter History data from the State BoE. We have received two incomplete data dumps and should get the final today or tomorrow.

Question 4: A while back we reviewed the discrepancy between the election result counts (EL45A data) and the count from the Voter History file. Did you ever determine why the discrepancy? We can look at it from the General Election if you like.

Thanks,

--
David Morsberger

**From:** **Robert Atkins** atkins950@gmail.com
**Subject:** Re: AABOE Actions
**Date:** January 19, 2023 at 10:46 AM
**To:** David Morsberger  dave@morsberger.com

Dave,

A letter to Bill Volpe, chairman of the State BOE, from the AA County Board was sent this week.  It asks to revert back to the procedures we used in 2015 which did take action on returned mail and thus conform with the 1993(?) NVRA.  Still working on the declaration form.

Bob

On Wed, Jan 18, 2023 at 8:55 PM David Morsberger <dave@morsberger.com> wrote:

Bob,

What's the status of the two items you mentioned at the Central Committee meeting?

- Letter to State BOE requesting the county act on returned mailings
- Affidate questionare for canvasing

I may be off a little on the specifics

David

**From: Robert Atkins** atkins950@gmail.com
**Subject:** Re: Voter registration questions
**Date:** January 29, 2023 at 12:30 PM
**To:** David Morsberger  dave@morsberger.com
**Cc:** Michael Dye  mike_dye@verizon.net, George Gallagher  geomgallagher@hotmail.com

Guys,

Active - A, Inactive - I, Cancelled - C. I believe there is also a Pending status, but you should have very few in that category.  One is placed in Inactive status for a number of reasons, but mostly for failure to return a confirmation notice.  There were 5,328 active voters moved to December for that reason.  An inactive registrant can move back to active by providing his new address (or other info required) at the polling place and vote.  An inactive voter who has not voted in the last two federal elections (roughly four years) is moved to cancelled status.  T moved from inactive to cancelled in December as a result of a Federal election.  Hope that helps, but I fear more questions will result

Bob

On Sun, Jan 29, 2023 at 9:36 AM David Morsberger <dave@morsberger.com> wrote:
Total Voters: 28101

Active Voters: 26061

| ward_districts | status_code | party | count |
|---|---|---|---|
| 01 | A | DEM | 2036 |
| 01 | A | GRN | 8 |
| 01 | A | LIB | 27 |
| 01 | A | OIN | 6 |
| 01 | A | OTH | 19 |
| 01 | A | REP | 969 |
| 01 | A | UNA | 876 |
| 01 | A | WCP | 2 |
| 01 | I | DEM | 161 |
| 01 | I | GRN | 2 |
| 01 | I | LIB | 4 |
| 01 | I | OIN | 3 |
| 01 | I | OTH | 3 |
| 01 | I | REP | 121 |
| 01 | I | UNA | 123 |
| 02 | A | DEM | 1999 |
| 02 | A | GRN | 13 |
| 02 | A | LIB | 16 |
| 02 | A | OIN | 4 |
| 02 | A | OSC | 1 |
| 02 | A | OTH | 23 |
| 02 | A | REP | 976 |
| 02 | A | UNA | 811 |
| 02 | A | WCP | 1 |
| 02 | I | DEM | 110 |
| 02 | I | LIB | 1 |
| 02 | I | REP | 68 |
| 02 | I | UNA | 62 |
| 03 | A | DEM | 1858 |
| 03 | A | GRN | 7 |
| 03 | A | LIB | 13 |
| 03 | A | OBAR | 1 |
| 03 | A | OTH | 16 |
| 03 | A | REP | 410 |
| 03 | A | UNA | 573 |
| 03 | A | WCP | 3 |
| 03 | I | DEM | 94 |
| 03 | I | LIB | 3 |
| 03 | I | OIN | 1 |
| 03 | I | OTH | 1 |
| 03 | I | REP | 51 |
| 03 | I | UNA | 59 |
| 04 | A | DEM | 1927 |
| 04 | A | GRN | 5 |
| 04 | A | LIB | 13 |
| 04 | A | OCON | 1 |
| 04 | A | OIN | 1 |
| 04 | A | OTH | 11 |
| 04 | A | REP | 384 |
| 04 | A | UNA | 596 |
| 04 | A | WCP | 5 |
| 04 | I | DEM | 123 |
| 04 | I | GRN | 2 |
| 04 | I | OIN | 1 |
| 04 | I | OTH | 1 |
| 04 | I | REP | 51 |
| 04 | I | UNA | 58 |
| 05 | A | DEM | 1542 |
| 05 | A | GRN | 4 |
| 05 | A | LIB | 16 |
| 05 | A | OBAR | 2 |
| 05 | A | OIN | 3 |
| 05 | A | OTH | 12 |
| 05 | A | REP | 746 |
| 05 | A | UNA | 713 |
| 05 | A | WCP | 5 |
| 05 | I | DEM | 83 |
| 05 | I | LIB | 4 |

| | | | |
|---|---|---|---|
| 05 | I | OTH | 2 |
| 05 | I | REP | 59 |
| 05 | I | UNA | 73 |
| 06 | A | DEM | 1502 |
| 06 | A | GRN | 3 |
| 06 | A | LIB | 9 |
| 06 | A | OIN | 3 |
| 06 | A | OTH | 22 |
| 06 | A | REP | 322 |
| 06 | A | UNA | 461 |
| 06 | A | WCP | 4 |
| 06 | I | DEM | 66 |
| 06 | I | LIB | 1 |
| 06 | I | OTH | 2 |
| 06 | I | REP | 25 |
| 06 | I | UNA | 40 |
| 07 | A | DEM | 1665 |
| 07 | A | GRN | 6 |
| 07 | A | LIB | 26 |
| 07 | A | OCON | 1 |
| 07 | A | OIN | 1 |
| 07 | A | OTH | 16 |
| 07 | A | REP | 731 |
| 07 | A | UNA | 704 |
| 07 | A | WCP | 3 |
| 07 | I | DEM | 86 |
| 07 | I | LIB | 2 |
| 07 | I | OIN | 3 |
| 07 | I | OTH | 2 |
| 07 | I | REP | 67 |
| 07 | I | UNA | 69 |
| 08 | A | DEM | 1955 |
| 08 | A | GRN | 11 |
| 08 | A | LIB | 15 |
| 08 | A | OIN | 7 |
| 08 | A | OTH | 20 |
| 08 | A | REP | 1011 |
| 08 | A | UNA | 906 |
| 08 | I | DEM | 172 |
| 08 | I | LIB | 5 |
| 08 | I | OTH | 1 |
| 08 | I | REP | 102 |
| 08 | I | UNA | 73 |

On Jan 29, 2023, at 9:20 AM, <mike_dye@verizon.net> <mike_dye@verizon.net> wrote:

Hi Dave,

Specifically yes, I just wanted to make certain that there was no new voting from Lehmkuhl because I didn't think he was anywhere near Maryland.
And this shows another way names remain active when they are not around.
I would still like to obtain a new list for the entire City so that will be my next effort.

As for the "C" … I have never seen that category (could also mean "Cleared") and I suspect normally you shouldn't get it.
There could be privacy/legal reasons, and it would be out-of-date info anyway, so I immediately removed from my working list so no one received it.
When I looked at my street I could tell that C names included those who left and one who had died -- another reason why I suspect they wouldn't normally release that.

For Annapolis there were 42000 total records, more than our population, but only when I removed "C" did it drop to a possible (although high) level.
But by seeing the C you do get a sense of how they are removing names .. maybe because of death certificates, states with reciprocal registration agreements, or self-reporting.

Mike Dye
Annapolis
(410) 991-7677

**From:** David Morsberger <dave@morsberger.com>
**Sent:** Sunday, January 29, 2023 8:05 AM
**To:** Michael Dye <mike_dye@verizon.net>
**Cc:** George Gallagher <georgallagher@hotmail.com>; Robert Atkins <atkins950@gmail.com>
**Subject:** Re: Voter registration questions

Mike,

Is this what you are looking for? I have never seen C - Cancelled.

| firstname | middlename | lastname | address | status_code | party | precinct | ward_districts | election_code | election_code |
|---|---|---|---|---|---|---|---|---|---|
| JASON | ANDREW | LEHMKUHL | 1313 HAWKINS LN | A | UNA | 06013 | 03 | <null> | <null> |
| DOUGLAS | EDWARD | PIRHALLA | 1313 HAWKINS LN | A | DEM | 06013 | 03 | GP22 | GG22 |
| VICTORIA | ELIZABETH | THOMPSON | 1313 HAWKINS LN | I | DEM | 06013 | 03 | <null> | <null> |

On Jan 28, 2023, at 6:36 PM, mike_dye@verizon.net wrote:

***PII INCLUDED BELOW***

Hi Dave,

A few questions:
- Would I be able to get a post-2022 election voter registration list for the City of Annapolis? (not sure if they are using old or new precinct map)
- Do you have post-2022 election voting history, specifically 2022 general but including 2022 primary even better, for such a list?

- Curious about one specific example:
  - I live at 1315 Hawkins Lane in the Heritage community. My interest is next door 1313 Hawkins Lane.
  - Last year I got a post-2021 election list for Annapolis and zeroed in on my street. I really liked this particular list because it included the code "C" (cancelled?) as well as I (inactive?).  See below for the address in question.
  - The Derechinskys moved over a decade ago to CA and so no surprise they are C.  The next owners, briefly, were the Lehmkuhls, a military couple.  They were deployed at least 8 years ago, and the current occupants are Doug and I think his girlfriend.
  - What is interesting is the Lehmkuhls have different status: the wife is "C", no surprise, but Jason is "A", voting in 2013 when they were here and then again in 2020 when
  - Does he use a military option to vote here?
  - I asked Doug if he had received a ballot for Jason and he said he thought so, but I guess I didn't specify which election (I meant the City in 2021, when they sent everyone was A, and so Doug *should* have gotten one for Jason, grrrr).
  - Did Jason vote in 2022?
  - This address was the only oddity on Hawkins, but also has had the most ownership changes in the past 12-15 years

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GARY JOSEPH DERECHINSKY | 1313 | HAWKINS LN | C | REP | Male | 3 | 6013 |
| MARILOU  DERECHINSKY | 1313 | HAWKINS LN | C | REP | Female | 3 | 6013 |
| DOUGLAS EDWARD PIRHALLA | 1313 | HAWKINS LN | A | DEM | Male | 3 | 6013 |
| VICTORIA ELIZABETH THOMPSON | 1313 | HAWKINS LN | I | DEM | Female | 3 | 6013 |
| JASON ANDREW LEHMKUHL | 1313 | HAWKINS LN | A | UNA | Male | 3 | 6013 |
| ERICA JOANN LEHMKUHL | 1313 | HAWKINS LN | C | REP | Female | 3 | 6013 |

Mike Dye
Annapolis
(410) 991-7677

**From:** **Robert Atkins** atkins950@gmail.com
**Subject:** Re: Wednesday Meeting
**Date:** February 20, 2023 at 5:09 PM
**To:** David Morsberger  dave@morsberger.com

David,

Thanks, but I received the questions earlier.  Hope you are at the meeting.

Bob

On Mon, Feb 20, 2023 at 5:04 PM David Morsberger <dave@morsberger.com> wrote:

Bob,

I hear you may be at the Precinct Strategy meeting on Wednesday. I may not be there due to another commitment. It looks like it will be postponed.

The group put together a set of questions and I recommended that they send to you in advance so you are prepared and do not have to "circle back".

1. What is the BOE budget? (State and Anne Arundel County)
2. Can you supply us with an Organizational Chart?
3. How many employees work at the BOE?
4. What are the different departments?
5. What are the line-item budgets for each BOE Department?
6. Who are the contractors working with the BOE?
7. What is the budget for each contractor?
8. What is the estimated costs associated with each ballot? (i.e. set-up, printing, processing, handling, etc.)?
9. Has the BOE entered into a partnership with (or planning to) with the U.S. Alliance for Election Excellence?

Hope to see you on Wednesday,
David

**From:** **David Morsberger** dave@morsberger.com 📎
**Subject:** Fwd: New Republicans
**Date:** March 2, 2023 at 7:44 AM
**To:** Robert Atkins atkins950@gmail.com

Robert,

Great seeing you last night. I was hoping you could give a status.

Here is the report/list I was talking about and metrics from an additional pull.

Of note, why do some voters have state_registration dates before 12/6/2022 and their voterid is small (< 502516272) given the voterid is a one-up number when they first register?

David

> Begin forwarded message:
>
> **From:** Treasurer AAGOP <treasurer@aagop.org>
> **Subject:** **Re: New Republicans**
> **Date:** March 2, 2023 at 7:40:08 AM EST
> **To:** RSCAAC <committee@aagop.org>
>
> Here is another file that goes back to the first list received after the primary, 12/06/2022. It may be better to start here. I don't have the metrics below at hand. I can create those if someone is interested.



aa_new_rep_sin
ce_GG...23.xlsx

> On Mar 1, 2023, at 11:49 PM, David Morsberger <dave@morsberger.com> wrote:
>
> Here you go.
>
> 1/17/2023 -> 2/23/2023
>
> 1,639    New Voters
> 312      New Republicans (Attached)
> 726      New Unaffiliated
> 530      New Democrats
> 23       New Libertarians
>
> 199      Republicans Switched Party
> 131      Republican -> Unaffiliated
> 51       Republican -> Democrat
> 8        Republican -> Libertarian
>
> What do we want to do with this data?
>
> <aa_new_rep_20230223.xlsx>

**From: Robert Atkins** atkins950@gmail.com
**Subject:** Fwd: Voter Question
**Date:** April 5, 2023 at 1:26 PM
**To:** David Morsberger dave@morsberger.com

Dave,

Clerical error. I am not sure I sent the first email discrepancy to them. Will follow up.

Bob

---------- Forwarded message ---------
From: **Richard Siejack -SBE-** <richard.siejack@maryland.gov>
Date: Tue, Apr 4, 2023 at 2:42 PM
Subject: Fwd: Voter Question
To: Robert Atkins <atkins950@gmail.com>
Cc: David Garreis -SBE- <david.garreis@maryland.gov>

Bob,

Bianca researched the matter and her findings are found below.

Please let me know if you have any questions.

Rich S.

Richard T. Siejack, Deputy Director
Anne Arundel County Board of Elections
6740 Baymeadow Drive, Glen Burnie, MD 21060
410-222-6600 (Ext. 0401)

---------- Forwarded message ---------
From: **Bianca Morgan -SBE-** <bianca.morgan@maryland.gov>
Date: Tue, Apr 4, 2023 at 2:05 PM
Subject: Re: Voter Question
To: Richard Siejack -SBE- <richard.siejack@maryland.gov>

Good afternoon.

I have looked into the discrepancies mentioned in the above email from Mr. Morsberger. Ms.Helton is a registered Republican in Anne Arundel County. On June 28, 2022, Prince George's County mistakenly merged her record with a new voter in their county with the same date of birth.

When we process a new voter registration application our system will populate a list of potential duplicate records in the state based on similarities like a matching date of birth. If a voter on that list is selected it merges and updates the record. In this case, Ms. Helton's record was merged with a gentleman who lives in Prince George's County. This caused her name, address, and party affiliation to be changed. The voter in Prince George's County received his requested mail-in ballot, which was accepted. We caught the error when we received Ms. Helton's Same Day Registration application and provisional ballot in our office after the General Election. We then unmerged the records and contacted Prince George's County and the State Board of Elections to update both records with the correct voting history. This was also caught on the E40 report and determined to be a data entry error.

We do not have access to remove voting credits. However, I sent a follow-up email to SBE this afternoon and requested the voter's records be corrected. I will follow up with you when I get a response.

Thank you,
Bianca

On Mon, Apr 3, 2023 at 1:11 PM David Garreis -SBE- <david.garreis@maryland.gov> wrote:
> Great, thanks for the update.

> On Mon, Apr 3, 2023 at 1:10 PM Richard Siejack -SBE- <richard.siejack@maryland.gov> wrote:
> > The team got together and figured out the mystery. Bianca is composing a draft response. I will share with everyone after I have had a chance to review it.

> > Thanks everyone.

> > Rich S.

> > On Mon, Apr 3, 2023 at 1:03 PM Loretta Brown-Malloy -SBE- <loretta.brown-malloy@maryland.gov> wrote:
> > > Yes, I gave Bianca all the information referencing this voter.

> > > On Mon, Apr 3, 2023 at 12:49 PM David Garreis -SBE- <david.garreis@maryland.gov> wrote:
> > > > Loretta,

> > > > Was this one of the E40s?

> > > > Thanks
> > > > David

> > > > On Mon, Apr 3, 2023 at 10:26 AM Richard Siejack -SBE- <richard.siejack@maryland.gov> wrote:
> > > > > Good morning,

> > > > > Please look into this matter that Bob Atkins sent to our attention. The top line of the voting history is from AA County. The second line appears to contain voting history from PG County.

> > > > > Thanks,

> > > > > Rich S.

> > > > > On Mon, Apr 3, 2023 at 9:51 AM Robert Atkins <atkins950@gmail.com> wrote:
> > > > > > Please investigate these apparent discrepancies in the voter history file. Thanks. Bob

> > > > > > ---------- Forwarded message ---------
> > > > > > From: **David Morsberger** <dave@morsberger.com>
> > > > > > Date: Sat, Apr 1, 2023 at 7:32 PM
> > > > > > Subject: Voter Question
> > > > > > To: Robert Atkins <atkins950@gmail.com>

Bob,

Here is another one. Note the difference in political_party.

| voterid | election_date | election_description | election_type | political_party | election_code | voting_method | date_of_voting | precinct |
|---|---|---|---|---|---|---|---|---|
| 502043924 | 2022-11-08 | 2022 GUBERNATORIAL GENERAL ELECTION | Gubernatorial General | REPUBLICAN | GG22 | POLLING PLACE | 2022-11-08 | Dist/Prec 03013 |
| 502043924 | 2022-11-08 | 2022 GUBERNATORIAL GENERAL ELECTION | Gubernatorial General | DEMOCRATIC | GG22 | ABSENTEE | 2022-11-08 | PRECINCT 14008 |

| voterid | lastname | firstname | party | address | residentialcity | county | precinct | mailingaddress | country |
|---|---|---|---|---|---|---|---|---|---|
| 502043924 | HELTON | CHLOE | REP | 333 STURTONS LN | PASADENA | Anne Arundel | 03013 | | |

--
David Garreis, Director
Anne Arundel County Board of Elections
Phone:  410-222-0405
Cell:  443-875-6004

--
Loretta Brown-Malloy
Administrative Officer 11
**Anne Arundel County Board of Elections**
**6740 Baymeadow Drive**
**Glen Burnie, MD 21060**
**MS 5505**
**Office (410) 222-0404**
**Fax (410) 222-6833**

--
David Garreis, Director
Anne Arundel County Board of Elections
Phone:  410-222-0405
Cell:  443-875-6004

--
**Bianca Morgan**
Vote By Mail Department
Anne Arundel County Board of Elections
6740 Baymeadow Drive
Glen Burnie, MD 21060
(410) 222-0494

**From:** **Robert Atkins** atkins950@gmail.com
**Subject:** Re: Signature Verification- Legislation - HB0022
**Date:** June 16, 2023 at 11:59 AM
**To:** David Morsberger dave@morsberger.com
**Cc:** ngobrie@verizon.net

---

David,

Yes the system can display both signatures, but software is needed to do this matching and approval at scale.

Bob

On Fri, Jun 16, 2023 at 11:20 AM David Morsberger <dave@morsberger.com> wrote:

> Can it display both signatures for manual review? I believe that is what they did in Arizona and the one lady could validate 100's per minute (not sure of the actual rate). :)
>
> ---
> David Morsberger
>
>
> On 2023-06-16 11:09, Robert Atkins wrote:
>
>> Norm,
>>
>> The BOE machinery that scans the ballot envelope into the system also scans the signature.  Once the signature is in the system software could be used to compare it to past records.  That software is not written.  So we could compare signatures if the state directed us to do so, but it would take some effort.  And the standard of comparison would have to be determined.  (i.e. 50%, 80% etc.)
>>
>>
>> Bob
>>
>> On Thu, Jun 15, 2023 at 11:11PM <ngobrie@verizon.net> wrote:
>>
>>> Dave,
>>>
>>>    Thanks, it was very interesting.  I see what we're up against.
>>>
>>> Bob,
>>>
>>>    At the meeting you said the BOE has the ability for signature verification.  Does it provide aids to determine signature matching or is that up to the people reviewing the signatures?
>>>
>>> Norm
>>>
>>> -----Original Message-----
>>> From: David Morsberger <dave@morsberger.com>
>>> Sent: Thursday, June 15, 2023 8:06 PM
>>> To: Norman O'Brien <ngobrie@verizon.net>; Robert Atkins <atkins950@gmail.com>
>>> Subject: Signature Verification- Legislation - HB0022

https://mgaleg.maryland.gov/mgawebsite/Legislation/Details/hb0022?ys=2023rs

Sent from my iPhone

**From:** **David Morsberger** dave@morsberger.com &#128206;
**Subject:** Re: New Oath
**Date:** August 3, 2023 at 12:58 PM
**To:** Robert Atkins atkins950@gmail.com
**Cc:** Jason Rheinstein jrheinstein@gmail.com

Bob,

Here is a blurb from the Federal NVRA Act. The new oath doesn't appear to be legal.


SEC. 8. REQUIREMENTS WITH RESPECT TO ADMINISTRATION OF VOTER REGISTRATION.
the citation is difficult to follow but it is on page 10 at this link:
https://www.congress.gov/bill/103rd-congress/house-bill/2/text

(i) Public DISCLOSURE OF VOTER REGISTRATION ACTIVITIES.— (1) Each State shall maintain
for at least 2 years and shall make available for public inspection and, where available,
photocopying at a reasonable cost, all records concerning the implementation of programs and
activities conducted for the purpose of ensuring the accuracy and currency of official lists of
eligible voters, except to the extent that such records relate to a declination to register to vote
or to the identity of a voter registration agency through which any particular voter is registered.

---
David Morsberger


On 2023-08-03 11:21, Robert Atkins wrote:

David,

There was no discussion of these revisions to COMAR either upcoming or past that I was privy
to.  In fact, in April all Board Members were sent a copy of "NEW COMAR Title 33 State Board
of Elections" .  This new edition of COMAR does not reflect the revisions you are concerned
with (33.03.02.01) being last updated 10/18/2010.

We were advised in the email that "COMAR is usually drafted by the personnel at SBE.  It is
then vetted by a committee called the AELR, composed of attorneys and legal experts.  After
the Committee reviews the regulations, there is a 30 day public comment period and SBE will
ratify the regulations at a public meeting."  Obviously I don't know that this process was
followed but I will ask some questions.  Below is my opening question to David Garries.

Bob

**Robert Atkins** <eoatki22@aacounty.org>                    11:18 AM (0 minutes ago)

to David, Trudy


David,

You have indicated that COMAR revisions and updates are done thru an SBE committee called AELR followed by a 30 day public
comment period followed by State Board approval.  I was recently made aware of a COMAR revision (33.03.02.01.c) approved at the
February 23, 2023 State Board meeting which revises the conditions that voter registration data may be used **specifically prohibiting its
use for investigating illegal voting**.  Please let me know where I can find the record of the public comment period.  Thanks.

By the way, the "NEW Comar" which you sent to us in April has not been updated, but the online COMAR has been.

--
Robert Atkins
Vice President
Anne Arundel County
Board of Elections

On Thu, Aug 3, 2023 at 8:22AM David Morsberger <dave@morsberger.com> wrote:

## Here is the new COMAR

Pages - 33.03.02.01.aspx



doe.maryland.gov

## Video of meeting where approved



February 23, 2023 - Board Meeting

youtube.com

## New application with updated oath

SBEAPPL

PDF Document · 173 KB

I don't know when and where COMAR changes were first approved

I don't know when and where BOARR changes were met approved

It's crazy and I think illegal.

Sent from my iPhone

**From:** **David Morsberger**  dave@morsberger.com
**Subject:** Re: Issues with Clear Ballot site
**Date:** October 5, 2023 at 10:53 AM
**To:** Richard Siejack -SBE-  richard.siejack@maryland.gov
**Cc:** David Garreis -SBE-  david.garreis@maryland.gov

Thanks Richard,

Tracey had the fix the blob issue early on.

I am not sure I am following the filter paragraph, "on the page are designed to highlight which sub-entities are reflected on the reports, allowing users to see the included sub-entities." The part "allowing users to see the included sub-entities" seems like a filtering operation.

The goal was to filter things like ballot or sub-ballot images by precinct. For example, filter the following by precinct (funny names). There is no export option here.

[Ovals - Governor:Write-In - md_02_annearundel_2022g (clearballot.com)](#)

I have written multiple web sites with filtering. The layout and user functionality appears to be there for display filtering and it doesn't work.

---
David Morsberger


On 2023-10-03 16:59, Richard Siejack -SBE- wrote:

Mr. Morsberger,

The Maryland State Board of Elections forwarded the following message from a representative Clear Ballot as a follow up to your inquiry:

*For your inquiry about filtering ballots on the Clear Ballot site. The fields -- Precinct, Counter Group, Contest -- on the page are designed to highlight which sub-entities are reflected on the reports, allowing users to see the included sub-entities. If they wish to filter on a specific sub-entity, they can do so by downloading the data via the "csv" button on these reports. Once downloaded, the data can be opened in spreadsheet software and filtered accordingly.*

*Regarding the error message encountered with the link, "The specified blob does not exist", I have checked the link from our end and it appears to be working properly. It might be helpful to clear the browser cache and try accessing the link again. Sometimes, cached data can cause unexpected errors when browsing.*

*I hope this information helps answer your question and resolves the error they encountered.*

I trust this will resolve the issue you encountered.

Thank you,

Richard Siejack

Richard T. Siejack, Deputy Director
Anne Arundel County Board of Elections
6740 Baymeadow Drive, Glen Burnie, MD 21060
410-222-6600 (Ext. 0401)

On Sat, Sep 9, 2023 at 11:06AM David Morsberger <dave@morsberger.com> wrote:

Tracey,

Just checking in. The filtering still doesn't appear to work.

Is this something that can expect to be fixed? The original request was in January.

David

Sent from my iPad

> On Jun 4, 2023, at 7:49 AM, David Morsberger <dave@morsberger.com> wrote:
>
> Tracey,
>
> Checking in again. The precinct filtering still does not work.
>
> Any word from Clear Ballot?
>
> David Morsberger
> Davidsonville
>
> Sent from my iPad
>
>> On Apr 12, 2023, at 7:17 PM, David Morsberger <dave@morsberger.com> wrote:
>>
>> Tracey,
>>
>> Did Clear Ballot ever respond to your request? I still cannot seem to filter by precinct.
>>
>> Thanks
>> David Morsberger
>> Davidsonville, MD
>>
>> Sent from my iPad
>>
>>> On Jan 19, 2023, at 11:29 AM, Tracey E. Hartman -SBE- <traceye.hartman@maryland.gov> wrote:
>>>
>>> Mr. Morseberger-
>>>
>>> Thank you for bringing this to my attention. I have to reach out to Clear Ballot, as this is their website. Regarding the bad link for the primary election, this seems to be isolated to that specific report, as I couldn't replicate the problem with other reports from other counties. The issue of not being able to sort the reports though, seems to be the case for all counties, and for both elections.

I will keep you posted on what I hear from them.

Thanks again,

Tracey

On Fri, Jan 13, 2023 at 5:42 PM David Morsberger <dave@morsberger.com> wrote:

> Thank you for letting me know.
>
> ---
> David Morsberger
>
>
> On 2023-01-13 13:06, Richard Siejack -SBE- wrote:
>
>> Mr. Morsberger,
>>
>> I am unable to assist in this matter. Perhaps Tracey at the State Board of Elections can do so.
>>
>> Thanks,
>>
>> Richard T. Siejack, Deputy Director
>> Anne Arundel County Board of Elections
>> 6740 Baymeadow Drive, Glen Burnie, MD 21060
>> 410-222-6600 (Ext. 0401)
>>
>> On Thu, Jan 12, 2023 at 1:23 PM David Morsberger <dave@morsberger.com> wrote:
>>
>>> Hello,
>>>
>>> I am having issues accessing and filtering ballots on the Clear Ballot site. Is this something you can help with?
>>>
>>>
>>> The filters at the top (Precinct, Counter Group, Contest) do not appear to work on this page and any sub-pages. I would like to filter/thin the view based on Precinct and Counter Group.
>>>
>>> https://maryland.clearballot.com/md2022g/md_02_annearundel_2022g/audit1.html
>>>
>>>
>>> This link gives an error, "The specified blob does not exist"
>>>
>>> https://maryland.clearballot.com/md2022p/md_02_annearundel_2022p/audit1.html

--
David Morsberger

--
**Tracey Hartman**
Director of Special Projects
State Board of Elections
151 West Street, Suite 200
Annapolis, MD 21401
Direct: (410) 269- 2931
Main: (410) 269- 2840

**From:** **David Morsberger** treasurer@aagop.org
**Subject:** Re: High School Voter Outreach-Need Volunteers
**Date:** October 24, 2023 at 1:42 PM
**To:** Robert Atkins atkins950@gmail.com
**Cc:** AACentralCommiteeMembers committee@aagop.org, Brenda Yarema brendayarema@verizon.net, Bruce Ballantyne bruce.ballantyne@comcast.net, Norm O'Brien ngobrie@verizon.net

I can do Meade
Sent from my iPhone

> On Oct 24, 2023, at 10:18, Robert Atkins <atkins950@gmail.com> wrote:
>
> All,
>
> I've just learned that the Board of Elections High School voter outreach programs are NOT bipartisan or nonpartisan events.  It is staffed by the NAACP and the League of Women's Voters representatives.  No one from the BOE will likely be there.  I will make sure this topic is discussed at our next BOE board meeting, but I'm not sure stopping these events is possible or worthwhile.  Therefore I'm asking for volunteers to staff this lunchtime program at the following locations:
>
> |  | Volunteers |
> | --- | --- |
> | Monday, November 6th:  Southern HS | Robert Atkins, xxxxxxxxxxxx |
> | Tuesday, November 7th:  Chesapeake HS | Robert Atkins, xxxxxxxxxxxx |
> | Tuesday, November 7th:  Severna Park HS | yyyyyyyyyyyy, xxxxxxxxxxxx |
> | Wednesday, November 8th: Northeast HS | yyyyyyyyyyyy, xxxxxxxxxxxx |
> | Thursday, November 9th: Arundel HS | Robert Atkins, xxxxxxxxxxxx |
> | Friday, November 10th: Meade HS | Robert Atkins, xxxxxxxxxxxx |
>
> The XX's and YY's are the volunteers needed.  Remember it a lunchtime event so a couple of hours of time is all that is required.  I'll fill in the volunteers as required.  Please help.
>
> --
>
> Regards,
>
> **Robert Atkins**
>
> +1.443.214.4676

**From:** **Jason Rheinstein** jrheinstein@gmail.com
**Subject:** Form to Request Cancellation of Voter Registration
**Date:** October 26, 2023 at 3:10 PM
**To:** dave@morsberger.com
**Cc:** Atkins Robert atkins950@gmail.com

Hi Dave,

I am writing in follow-up to the discussion we had last month about the group you mentioned that has access to good third-party databases that can possibly be used to find voters who are inactive or have moved out-of-state.

When we were speaking, I believe I said that there was no standard form for a voter to use to easily request cancellation of registration.
That was indeed what the election director had told me.  As it turns out, apparently previously unbeknownst to our elections director, we do actually have a form that a registrant can use to request cancellation of registration.
See https://www.aacounty.org/sites/default/files/2023-08/online-voter-cancelation-form.pdf
SBE also has a
form: https://elections.maryland.gov/voter_registration/documents/Online%20Voter%20Cancellation%20Form.pdf.

Given the existence of this form, I have an idea for a project that an election integrity group might be able to assist with in hopefully reducing the size of the dead letter file.   If a person properly fills out the form and returns it to the Board. his or her registration must be cancelled immediately pursuant to COMAR 33.05.07.04.  Thus, the idea I have would be for the group to utilize the third-party databases and resources it has to locate and make contact with registrants in our dead letter file (and for those who have moved out of state or where otherwise appropriate) provide them the link to the cancellation form, and request they complete the form and return it directly to the Board of Elections as to enable us to cancel their registration.

While I dont know how successful this effort would be, I would hope that many people who have moved would cooperate and be willing to fill out the form.

What would your thoughts be about the prospect for such a project?    Thanks for your help.


Best,
Jer

Jason E. Rheinstein
(410)340-8396
Jrheinstein@gmail.com

Sent from my iPhone



**From:** **Nicole M. Hill -SBE-** nicole.hill@maryland.gov 📎
**Subject:** Re: VRV Training
**Date:** November 2, 2023 at 12:42 PM
**To:** David Morsberger  dave@morsberger.com

---

Here you go. I have attached the training guide below.


*Nicole Hill*

Outreach Coordinator
410-222-0411 Direct Line
410-222-0494 Election Workers
Nicole.Hill@maryland.gov
electionjudges@aacounty.org
Anne Arundel County Board of Elections


*"If you want to go fast, go alone. If you want to go far, go together."*



*African Proverb*



On Thu, Nov 2, 2023 at 12:33 PM David Morsberger <dave@morsberger.com> wrote:

> Perfect!
>
> Do you have any refresher material I can review before the event?
>
> ---
> David Morsberger
>
>
> On 2023-11-02 12:18, Nicole M. Hill -SBE- wrote:
>
>> Found you in my file, you are certified until next year. So you are covered for
>> the High Schools outreach event.
>> See you at Meade High School. Arrive at least 20-30 minutes before start time
>> of the event.

| Friday, November 10 | 11:29:00 AM | 12:35:00 PM |
|---|---|---|


>> *Nicole Hill*
>>
>> Outreach Coordinator
>> 410-222-0411 Direct Line
>> 410-222-0494 Election Workers
>> Nicole.Hill@maryland.gov
>> electionjudges@aacounty.org

Anne Arundel County Board of Elections

*"If you want to go fast, go alone. If you want to go far, go together."*

*African Proverb*

On Thu, Nov 2, 2023 at 11:21AM David Morsberger <dave@morsberger.com> wrote:

Nicole,

I found the record of my training. I attended training on 03/14/22.

---
David Morsberger

On 2023-11-02 11:09, David Morsberger wrote:

Nicole,

When is the next scheduled training date? I believe mine was over two years ago.

---
David Morsberger

On 2023-11-01 08:47, Nicole M. Hill -SBE- wrote:

Hello David,
VRV training is good for two years.

*Nicole Hill*

Outreach Coordinator
410-222-0411 Direct Line
410-222-0494 Election Workers
Nicole.Hill@maryland.gov
electionjudges@aacounty.org
Anne Arundel County Board of Elections

*"If you want to go fast, go alone. If you want to go far, go together."*

*African Proverb*

On Tue, Oct 31, 2023 at 5:08PM David Morsberger <dave@morsberger.com> wrote:

> Nicole,
>
> How long is VRV good for? I was trained a couple of years ago and I am wondering if I need to refresh my training.
>
> Thanks,
>
> --
> David Morsberger



Voter
Registr...19.PDF

**From:** **David Morsberger** dave@morsberger.com
**Subject:** Re: Fwd: Blank ballots
**Date:** November 9, 2023 at 10:19 AM
**To:** Carlos Ayala carlos.ayala@comcast.net

Thank You!

I did a quick pass and will take a slower and more deep review.

> 1. Are the Blank Ballots in the logical software bin adjudicated? If so, by who? How? When? All ballots get scanned by the voter and they are dropped into the blue ballot transfer bin. Election judges close and lock the bins and return them to the LBE. No one goes through these ballots, nor are they sorted in any manner. The only instance of ballots being separated in the scanning unit is when the election judges must use the emergency compartment if there is some sort of scanner jam, etc. The emergency compartment is just above the blue bin compartment.

The key here is 'logical software bin' not physical 'blue ballot transfer bin'. The information I read seemed to think the blank ballots are segregated in the ES&S software.

> 1. Are the Blank Ballot images available on Clear Ballot? I did not see an option to see the improperly marked Blank Ballots. All ballot images are available on Clear Ballot. You would have to go through each of the images to view ballots that do not have any ovals filled in to determine which are blank and which are not. Clear Ballot is all inclusive of the ballot images and just carries over the images as they were stored on the DS200 from the voter scanning the ballot.

I have looked for on Clear Ballot and have not found any. Can they point us to an example on clear ballot?

https://maryland.clearballot.com/

---
David Morsberger

On 2023-11-09 04:28, Carlos Ayala wrote:

> David,
>
> Please see the SBE's response below.
>
> Carlos
>
> Begin forwarded message:
>
> **From:** Katherine Berry <katherine.berry@maryland.gov>
> **Date:** November 9, 2023 at 12:02:05 AM EST

**To:** Carlos Ayala <carlos.ayala@comcast.net>
**Cc:** Jared DeMarinis -SBE- <jared.demarinis@maryland.gov>
**Subject: Re: Blank ballots**

Hi Carlos!

I just wanted to follow-up on your questions. I know Jared provided the detailed ES&S explanation and I provided a brief explanation, but to answer your questions, please see below in red. I'm happy to continue the conversation if you have any follow up to this! Thanks ~Katie

1. Is my understanding of the system with respect to Blank Ballots correct? I think the documents that were provided answered this question.
2. Does the state determine configuration or is it up to the counties? I ask because there is a discrepancy between the Blank Ballot counts across the different counties. The configuration of the voting system is dictated by the State.
3. How are the machines configured? In Unconditional Acceptance, why not configure so that the voter is made aware and has an option to correct? If a voter submits an entire ballot that is blank, the scanning unit will notify the voter of this and give them the opportunity to correct this. The documents we have provided further detail how this is handled with multi-page ballot situations. Here is a copy of what is in the election judge manual regarding these situations:

1.

1. I have also attached scenarios regarding this situation that SBE previously sent to LBEs and a sign that is used in counties who have multi-page ballots to help address the overall issue of ensuring the number of ballots appearing in the public count on the scanning unit match the number of voters who have checked in on the electronic pollbook.
2. Are the Blank Ballots in the logical software bin adjudicated? If so, by who? How? When? All ballots get scanned by the voter and they are dropped into the blue ballot transfer bin. Election judges close and lock the bins and return them to the LBE. No one goes through these ballots, nor are they sorted in any manner. The only instance of ballots being separated in the scanning unit is when the election judges must use the emergency compartment if there is some sort of scanner jam, etc. The emergency compartment is just above the blue bin compartment.

1.
2. Are the Blank Ballot images available on Clear Ballot? I did not see an option to see the improperly marked Blank Ballots. All ballot images are available on Clear Ballot. You would have to go through each of the images to view ballots that do not have any ovals filled in to determine which are blank and which are not. Clear Ballot is all inclusive of the ballot images and just carries over the images as they were stored on the DS200 from the voter scanning the ballot.

Katherine Berry
**Deputy State Administrator**

Maryland State Board of Elections

(410)269-2843 (w)/ (667)314-5015 (c)

elections.maryland.gov

---------- Forwarded message ---------
From: **Carlos Ayala** <carlos.ayala@comcast.net>
Date: Wed, Nov 8, 2023 at 1:57PM
Subject: Re: Blank ballots
To: Jared -Sbe- <jared.demarinis@maryland.gov>

Jared,

Do you have the answers to the questions below?

Thanks,

Carlos

Sent from my iPhone

On Oct 13, 2023, at 2:59 PM, Carlos Ayala <carlos.ayala@comcast.net> wrote:

Jared,

I enjoyed lunch. Thank you. Below, I copied and pasted the inquiry I received regarding Blank Ballots:

1. The discussion is driven by the number of blank ballots that have occurred during the last two General Elections, see figure below.

<4EAFE8C8-61BB-469C-9740-4E1C7D353C16.png>

One county when asked about the large number of blank ballots in 2022 said, it was due to voters who only came out to vote on the Marijuana question. That makes sense on the surface; however, a detailed review of the Cast Vote Records for that county did not show ballot records with only that question answered.

I did some looking around to try and understand and I have a few questions where you may be able to help me communicate out. I do not expect you to know all the answers. I do hope you will ask around for the answers.

Here is what I found on Blank Ballots

**Blank Ballot**: A ballot that does not contain any votes or has not been properly marked by the voter.

The scanner/tabulator can be configured in one of the following ways for Blank Ballots:
• **Unconditional acceptance**: Accepts and tabulates results for all ballots.
• **Unconditional rejection**: Automatically rejects blank ballots for the voters to review and correct.
• **Query the voter for correction**: The voter before acceptance of their ballot is given an option to review and edit the ballot or accept the ballot.

Blank Ballots are put in a special logical software bin inside the scanner. There is only one physical blue box bin in the scanner.

Questions (I tried to make them very simple to answer):

1. Is my understanding of the system with respect to Blank Ballots correct?
2. Does the state determine configuration or is it up to the counties? I ask because there is a discrepancy between the Blank Ballot counts across the different counties.
3. How are the machines configured? In Unconditional Acceptance, why not configure so that the voter is made aware and has an option to correct?
4. Are the Blank Ballots in the logical software bin adjudicated? If so, by who? How? When?
5. Are the Blank Ballot images available on Clear Ballot? I did not see an option to see the improperly marked Blank Ballots.

Thanks Jared.

Carlos

**From:** **David Morsberger** dave@morsberger.com 📎
**Subject:** Re: Blank ballot responses
**Date:** December 13, 2023 at 5:01 PM
**To:** Carlos Ayala carlos.ayala@comcast.net

I will work on this soonest. It is on my ever growing list of things to do - LOL

Do you have a target date when you would like to discuss with your team?

---
David Morsberger

On 2023-12-13 16:56, Carlos Ayala wrote:

> David,
>
> Let me know if there are any followup questions.
>
> Thanks!
>
> Carlos
>
>
> Hi Carlos!
>
> I just wanted to follow-up on your questions. I know Jared provided the detailed ES&S explanation and I provided a brief explanation, but to answer your questions, please see below in red. I'm happy to continue the conversation if you have any follow up to this! Thanks ~Katie
>
> 1. Is my understanding of the system with respect to Blank Ballots correct? I think the documents that were provided answered this question.
> 2. Does the state determine configuration or is it up to the counties? I ask because there is a discrepancy between the Blank Ballot counts across the different counties. The configuration of the voting system is dictated by the State.
> 3. How are the machines configured? In Unconditional Acceptance, why not configure so that the voter is made aware and has an option to correct? If a voter submits an entire ballot that is blank, the scanning unit will notify the voter of this and give them the opportunity to correct this. The documents we have provided further detail how this is handled with multi-page ballot situations. Here is a copy of what is in the election judge manual regarding these situations:

## 11.9 Blank Ballots

A blank ballot will cause the display screen to prompt the voter either to "Return" or "Cast Blank Ballot."

**Figure 38 - Blank Ballot Message on the Scanning Unit**



If a voter wants the ballot back to mark it by hand:

- o Tell the voter to touch "Return."

- o Give the voter authority card back to the voter.  Tell the voter to put the voter authority card in the clear pouch on the front of the privacy sleeve.

- o Tell a voting judge that the voter needs to mark the ballot.  The voting judge will direct the voter to an available voting booth.  **It is not necessary to reissue a replacement ballot.**

If a voter does not want the ballot back to mark it by hand and wants to cast the blank ballot, tell the voter to touch "Cast Blank Ballot."

 If the voter accidentally touches "Cast" instead of "Return," the voter is not eligible to vote again.  When a voter's ballot is accepted by the scanning unit, there is no way to get that voter's ballot back.  The voter may only be issued a provisional ballot.

I have also attached scenarios regarding this situation that SBE previously sent to LBEs and a sign that is used in counties who have multi-page ballots to help address the overall issue of ensuring the number of ballots appearing in the public count on the scanning unit match the number of voters who have checked in on the electronic pollbook.

4. Are the Blank Ballots in the logical software bin adjudicated? If so, by who? How? When? All ballots get scanned by the voter and they are dropped into the blue ballot transfer bin. Election judges close and lock the bins and return them to the LBE. No one goes through these ballots, nor are they sorted in any manner. The only instance of ballots being separated in the scanning unit is

manner. The only instance of ballots being separated in the scanning unit is when the election judges must use the emergency compartment if there is some sort of scanner jam, etc. The emergency compartment is just above the blue bin compartment.

### Figure 43 - Opening the Emergency Ballot Compartment Door



5. Are the Blank Ballot images available on Clear Ballot? I did not see an option to see the improperly marked Blank Ballots. All ballot images are available on Clear Ballot. You would have to go through each of the images to view ballots that do not have any ovals filled in to determine which are blank and which are not. Clear Ballot is all inclusive of the ballot images and just carries over the images as they were stored on the DS200 from the voter scanning the ballot.

Katherine Berry
**Deputy State Administrator**

Maryland State Board of Elections

(410)269-2843 (w)/ (667)314-5015 (c)

elections.maryland.gov

**From:** **David Morsberger** dave@morsberger.com
**Subject:** Re: Fraudulent Mail In Ballot Use
**Date:** December 21, 2023 at 2:48 PM
**To:** Robert Atkins atkins950@gmail.com
**Cc:** Bruce Ballantyne bruce.ballantyne@comcast.net, AACentralCommiteeMembers committee@aagop.org, Jason Rheinstein
jrheinstein@gmail.com

---

Let's see if they get a penalty commensurate to the crime. Or to state another way, let's wait and see how they rate the level of the crime based on the punishment. A betting man would say, low level.

We see what DC thinks:

https://www.nbcwashington.com/news/local/elected-official-fined-for-voting-in-both-dc-and-maryland-in-2020/3497060/

Will Maryland convict this voter?

As for Designation of Agent Form, do you mean "pick up blank ballot from the local Board of Elections"? I did ask the AA and State BoEs how many Designation of Agent Forms were received from a drop box. They said NONE because the Designation of Agent Form is ONLY required when dropping off completed ballot at the local Board of Elections office and NOT when dropping off at a drop box or delivering to USPS. Their reason is the Designation of Agent Form is only required when delivering to the local Board of Elections office, that is their interpretation of "submit this form when your mail-in ballot application is delivered to the local board of elections". They said no when I asked them if they can designate a drop box as a proxy location for the local Board of Elections. They also said, why does it matter since we will never know if the voter or someone else delivered to a drop box or USPS? So much for chain of custody.

Bob, what's the current interpretation and status?

https://elections.maryland.gov/voting/documents/Designation_of_Agent_Form_Mail-In_Ballot_English.pdf


---

David Morsberger


On 2023-12-21 13:55, Robert Atkins wrote:

> The linked article explains how voter fraud occurs when using mail in ballots.  And why the proactive strategy of requesting your mail in ballot is the best insurance to prevent it.
>
> https://thefederalist.com/2023/12/21/queens-resident-indicted-for-submitting-118-absentee-ballot-applications-during-new-yorks-2022-democrat-primaries/
>
> By the way, in Maryland you must submit an Agent form if someone else attempts to pick up your mail in ballot.
>
> --

Regards,

**Robert Atkins**

+1.443.214.4676

**From:** **Robert Atkins** atkins950@gmail.com
**Subject:** Re: Designation of Agent Form
**Date:** December 22, 2023 at 6:10 PM
**To:** David Morsberger  dave@morsberger.com

Dave,

I think Janie was wrong in her interpretation of the procedures.  She has retired.  I will get the Director's view when I see him.

Have a Merry Christmas and Happy New Year.

Bob

On Fri, Dec 22, 2023, 2:45 PM David Morsberger <dave@morsberger.com> wrote:

> Bob,
>
> I accept it may be different now. I was very clear on the phone when I asked if the Designation of Agent Form MUST be returned to the local BoE office with the complete ballot. The answer was a very clear YES.
>
> It just shows how the current statute, processes, and procedures leave a lot up for interpretation.
>
> ---
> David Morsberger
>
>
> On 2023-12-22 13:37, Robert Atkins wrote:
>
>> Dave,
>>
>> Thanks.   I think Janie is correct that the form allows the agent to deliver the application to the BOE, deliver the blank ballot to the voter, and deliver the completed ballot to the BOE.  However, a completed ballot can be delivered to the BOE without an agent form.
>>
>> Bob
>>
>> On Fri, Dec 22, 2023 at 12:34PM David Morsberger <dave@morsberger.com> wrote:
>>
>>> ---
>>> David Morsberger
>>>
>>>
>>> -------- Original Message --------
>>> **Subject:** Fwd: Designation of Agent Form
>>> **Date:** 2022-10-23 16:08
>>> **From:** David Morsberger <dave@morsberger.com>
>>> **To:** George Gallagher <GEOMGallagher@hotmail.com>
>>>
>>>
>>> I followed up with a phone call.

Sent from my iPhone

Begin forwarded message:

**From:** David Morsberger <dave@morsberger.com>
**Date:** March 17, 2022 at 12:29:34 EDT
**To:** Nathan Volke <nathanvolke@gmail.com>
**Subject: Fwd: Designation of Agent Form**

Process for "Harvesting". In quotes to sensationalize

Begin forwarded message:

**From:** Janie Quartucci -SBE- <janie.quartucci@maryland.gov>
**Subject: Re: Designation of Agent Form**
**Date:** March 17, 2022 at 9:19:12 AM EDT
**To:** David Morsberger <dave@morsberger.com>
**Cc:** David Garreis -SBE- <david.garreis@maryland.gov>

Dear David Morsberger,

The agent form acts as a document for the agent to pick-up/deliver the application/ballot.

In the instructions, Part 1: check the appropriate box, Part 2 sections it lists about the ballot along with the application information. I have underlined in each section about the ballot.

If I can be of any further assistance, please feel to contact me at this email or on 410-222-0467.

Janie

Instructions: Complete this form if you need someone to return an absentee ballot application and pick up your absentee ballot.

Please check the appropriate box:
☐ Deliver my absentee ballot application to the local board of elections, pick up my absentee ballot from the local board, and deliver it to me. I will mail my voted absentee ballot to my local board of elections.
☐ Deliver my absentee ballot application to the local board of elections, pick up my absentee ballot from the local board, deliver it to me, and return my voted absentee ballot to my local board of elections.

Part 2: This part must be completed by the agent.
Under penalty of perjury, I hereby certify that I am at least 18 years of age and not a candidate on the voter's ballot. I also certify that I am acting as the voter's designated agent and will pick up and deliver the absentee ballot to the voter. If the voter indicated above that I will return the voted absentee ballot to the local board of elections, I will deliver the voted absentee ballot to the local board of elections.

If you are also returning the ballot, you will be asked to complete this section when you return the voted ballot.
Under penalty of perjury, I hereby certify that I am returning to the local board of elections the voted ballot for the voter for whom I am acting as an agent and that I have not altered the ballot.

On Thu, Mar 17, 2022 at 8:35 AM David Morsberger <dave@morsberger.com> wrote:
> Thank you!
>
> This only mentions ballot applications.
>
> What about final ballots?
>
> Sent from my iPhone
>
> On Mar 16, 2022, at 10:42, Janie Quartucci -SBE- <janie.quartucci@maryland.gov> wrote:
>
>> From: **David Morsberger** <dave@morsberger.com>
>> Date: Wed, Mar 16, 2022 at 9:08 AM
>> Subject: agent for absentee ballot processing

To: David Garreis <eogarr00@aacounty.org>

Dear Mr. Morsberger,

Thank you for contacting The Anne Arundel County Board of Elections and taking part in the Voter Registration Training.

There is no training required to be an agent for an Mail in Ballot (formerly known as Absentee Ballot). An agent is designated by the voter. The form along with the Mail in Ballot application is delivered to the local board for processing.

For your convenience I have attached a Designation of Agent Form.

If you have any other questions or concerns, please feel free to contact me at this email address or on 410-222-0467.

Thank you for exercising your right to vote and helping others.

Janie

David,

I recently took the training to be an approved Voter Registration Dispatcher.

I read about an "agent for absentee ballot processing" in the Statue (see below).

- Is there training and certification required in order to become a "duly authorized" agent?
- Is there a form that must be signed prior to handling someone's ballot? If so,
  - Are the signed formed delivered to the county?
  - Are there any verification and validation steps that the BoE performs to check the validity of the agent and form?

§ 9-307. Use of an agent in absentee ballot process

(a) Use authorized. -- A qualified applicant may designate a duly authorized agent to pick up and deliver an absentee ballot under this subtitle.
(b) Qualifications of agent. -- An agent of the voter under this section:

(1) must be at least 18 years old;
(2) may not be a candidate on that ballot;
(3) shall be designated in a writing signed by the voter under

penalty or perjury; and
(4) shall execute an affidavit under penalty of perjury that the ballot was:

(i) delivered to the voter who submitted the application;
(ii) marked and placed in an envelope by the voter, or with assistance as allowed by regulation, in the agent's presence; and
(iii) returned to the local board by the agent.

--
David Morsberger


--
Janie E.   Quartucci
Vote by Mail Supervisor
410-222-6600 ext 0467
janie.quartucci@maryland.gov
Fax 410-222-6824 or 410-222-6833
Vote by Mail Division
410-222-6600 ext 0493

Anne Arundel County Board of Elections
6740 BayMeadow Dr
Glen Burnie, MD 21060
Mailing address
Anne Arundel County  Board of Elections
P.O. Box 490
Glen Burnie, MD 21060
Main 410-222-6601  ext 0497


--
Janie E.   Quartucci
Vote by Mail Supervisor
410-222-6600 ext 0467
janie.quartucci@maryland.gov
Fax 410-222-6824 or 410-222-6833
Vote by Mail Division
410-222-6600 ext 0493

Anne Arundel County Board of Elections
6740 BayMeadow Dr
Glen Burnie, MD 21060
Mailing address
Anne Arundel County  Board of Elections
P.O. Box 490
Glen Burnie, MD 21060
Main 410-222-6601  ext 0497

**From:** **David Morsberger** dave@morsberger.com  ✎
**Subject:** Re: Blank ballot responses
**Date:** January 1, 2024 at 9:34 PM
**To:** Carlos Ayala carlos.ayala@comcast.net

---

Carlos,

I hope you had a Wonderful and Merry Christmas.

Sorry it took me so long. I had to read and reread their responses.

I made comments below and in the documents you sent me, attached.

I also included two examples that my help reach some sort of closure.



Blank_Ballots_T
woPag...ary.pdf



Multiple Page
Ballot...Q.docx



Harford and AA
County...s.docx

On Dec 13, 2023, at 4:56 PM, Carlos Ayala <carlos.ayala@comcast.net> wrote:

David,

Let me know if there are any followup questions.

Thanks!

Carlos

Hi Carlos!

I just wanted to follow-up on your questions. I know Jared provided the detailed ES&S explanation and I provided a brief explanation, but to answer your questions, please see below in red. I'm happy to continue the conversation if you have any follow up to this! Thanks ~Katie

1. Is my understanding of the system with respect to Blank Ballots correct? I think the documents that were provided answered this question.
2. Does the state determine configuration or is it up to the counties? I ask because there is a discrepancy between the Blank Ballot counts across the different counties. The configuration of the voting system is dictated by the State.

Is the alerting feature turned on ("**Query the voter for correction**") in every public facing scanner? If yes, is it verified?

Is the alerting feature turned on during canvassing?

3. How are the machines configured? In Unconditional Acceptance, why not configure so that the voter is made aware and has an option to correct? If a voter submits an entire ballot that is blank, the scanning unit will notify the voter of this and give them the opportunity to correct this. The documents we have provided further detail how this is handled with multi-page ballot situations. Here is a copy of what is in the election judge manual regarding these situations: <image.png> <image.png> I have also attached scenarios regarding this situation that SBE previously sent to LBEs and a sign that is used in counties who have multi-page ballots to help address the overall issue of ensuring the number of ballots appearing in the public count on the scanning unit match the number of voters who have checked in on the electronic pollbook.

Does this mean 519 Early and 1,741 Election Day voters in Anne Arundel County were alerted about a blank ballot and decided to do nothing about it?

4. Are the Blank Ballots in the logical software bin adjudicated? If so, by who? How? When? All ballots get scanned by the voter and they are dropped into the blue ballot transfer bin. Election judges close and lock the bins and return them to the LBE. No one goes through these ballots, nor are they sorted in any manner. The only instance of ballots being separated in the scanning unit is when the election judges must use the emergency compartment if there is some sort of scanner jam, etc. The emergency compartment is just above the blue bin compartment. <image.png>

Yes, all physical ballots go into the blue bin. This is a question on how the scanner software handles blank ballots. Are the scans of blank ballots stored differently than non-blank ballots in the scanner software?

5. Are the Blank Ballot images available on Clear Ballot? I did not see an option to see the improperly marked Blank Ballots. All ballot images are available on Clear Ballot. You would have to go through each of the images to view ballots that do not have any ovals filled in to determine which are blank and which are not. Clear Ballot is all inclusive of the ballot images and just carries over the images as they were stored on the DS200 from the voter scanning the ballot.

We are unable to verify that blank ballots are available on Clear Ballot. We went through a large amount of ballots and should have found a few based on the large percentage of blank ballots reported. Has anyone validated they exist on Clear Ballot and if so, can they send the link to the image from Clear Ballot?

It would be a lot easier if Clear Ballot fix the search by precinct feature on their web site. Notice the results in screenshot below are not filtered for precinct 001-001.

**Anne Arundel County, MD, General Election, 11/8/2022**

## Vote Visualization for Governor: Wes Moore and Aruna Miller



Precinct: [001-001 |]    Counter Group: [All]    ScanStation: [All]    Box: [All]    # Ovals: [500]

## Least Confident Votes for Governor: Wes Moore and Aruna Miller

(88 manually resolved non-displayable ovals not shown...)

(123,343 more confident ovals above these not shown...)

Katherine Berry
**Deputy State Administrator**

Maryland State Board of Elections

(410)269-2843 (w)/ (667)314-5015 (c)

elections.maryland.gov

**From:** **Jason Rheinstein** jrheinstein@gmail.com
**Subject:** Re: Spreadsheet with suspected duplicate voter registration examples
**Date:** March 6, 2024 at 11:09 AM
**To:** David Morsberger dave@morsberger.com
**Cc:** Robert Atkins atkins950@gmail.com

Hi David,

This looks good.  Thanks for sending.  I have forwarded it on to Rich Siejack and will let you know what they discover,

Best,
Jer
Jason E. Rheinstein
(410) 340-8396
jrheinstein@gmail.com

Sent from my iPhone

> On Mar 6, 2024, at 8:37 AM, David Morsberger <dave@morsberger.com> wrote:
>
> Jason & Bob,
>
> Is this what you are looking for? The original ones are in there. I didn't have time to remove them.
>
> Note cases where both voted in the 2020 General. They should be investigated further.
>
> David
>
>> On Feb 13, 2024, at 3:04 PM, Jason Rheinstein <jrheinstein@gmail.com> wrote:
>>
>> Hi Dave,
>>
>> Please see below.  All the records you flagged were legitimate duplicates.  Please send along the rest that you have in this category.
>>
>> Best,
>> Jer
>>
>> ---------- Forwarded message ---------
>> From: **Richard Siejack -SBE-** <richard.siejack@maryland.gov>
>> Date: Tue, Feb 13, 2024 at 3:02 PM
>> Subject: Re: Spreadsheet with suspected duplicate voter registration examples
>> To: Jason Rheinstein <jrheinstein@gmail.com>
>> CC: Atkins Robert <eoatki22@aacounty.org>, <eorhei23@aacounty.org>, David Garreis -SBE- <david.garreis@maryland.gov>
>>
>>
>> Jason,
>>
>> Our voter registration team has completed its research on the records you sent to our attention last week. It turns out that everyone was legitimate and we were able to merge the records. Please send me the rest of the records (I believe you said there were 109ish). We will research, merge if appropriate, and I will let you know the results.
>>
>> Thanks,
>>
>> Rich S.
>>
>> **Richard T. Siejack, Deputy Director**
>> **Anne Arundel County Board of Elections**
>> **6740 Baymeadow Drive, Glen Burnie, MD 21060**
>> 410-222-6600 (ext. 0401)
>> 410-533-0482 (cell)
>>
>>> On Fri, Feb 9, 2024 at 5:57 PM Jason Rheinstein <jrheinstein@gmail.com> wrote:
>>> Thanks!
>>> Jer
>>> Sent from my iPhone
>>>
>>>> On Feb 9, 2024, at 5:53 PM, Richard Siejack -SBE- <richard.siejack@maryland.gov> wrote:
>>>>
>>>> Jason

Jason,

I received the lists. I will ask our voter registration team to research these next week.

Have a great weekend.

Rich S.

On Thu, Feb 8, 2024 at 9:46 PM Jason Rheinstein <jrheinstein@gmail.com> wrote:
> Hi Rich,
>
> It was great chatting with you earlier today.  I am attaching the sample list i mentioned, which Bob and I received from an outside citizens group that performed a data analysis project on the voter file.  It has two tabs each with 10 specific examples of suspected duplicate voter registrations.  The first tab is suspected duplicates with variations in the last name (possibly married and maiden names) and the second tab is suspected duplicates with slight permutations in the birth date (such as 2/3/90 and 3/2/90 etc).
>
> Could you please check into whether these are actual duplicates and let us know so that we will have an idea as to whether there is credibility to the findings these folks made?
>
> Thanks for your help.
>
> Best,
> Jer
>
>
>
> Sent from my iPhone

--

<AA Duplicates.xlsx>

**From:** **Jason Rheinstein** jrheinstein@gmail.com
**Subject:** Re: Spreadsheet with suspected duplicate voter registration examples
**Date:** March 6, 2024 at 11:09 AM
**To:** David Morsberger  dave@morsberger.com
**Cc:** Robert Atkins  atkins950@gmail.com

Hi David,

This looks good.  Thanks for sending.  I have forwarded it on to Rich Siejack and will let you know what they discover,

Best,
Jer
Jason E. Rheinstein
(410) 340-8396
jrheinstein@gmail.com

Sent from my iPhone

> On Mar 6, 2024, at 8:37 AM, David Morsberger <dave@morsberger.com> wrote:
>
> Jason & Bob,
>
> Is this what you are looking for? The original ones are in there. I didn't have time to remove them.
>
> Note cases where both voted in the 2020 General. They should be investigated further.
>
> David
>
>> On Feb 13, 2024, at 3:04 PM, Jason Rheinstein <jrheinstein@gmail.com> wrote:
>>
>> Hi Dave,
>>
>> Please see below.  All the records you flagged were legitimate duplicates.  Please send along the rest that you have in this category.
>>
>> Best,
>> Jer
>>
>> ---------- Forwarded message ---------
>> From: **Richard Siejack -SBE-** <richard.siejack@maryland.gov>
>> Date: Tue, Feb 13, 2024 at 3:02 PM
>> Subject: Re: Spreadsheet with suspected duplicate voter registration examples
>> To: Jason Rheinstein <jrheinstein@gmail.com>
>> CC: Atkins Robert <eoatki22@aacounty.org>, <eorhei23@aacounty.org>, David Garreis -SBE- <david.garreis@maryland.gov>
>>
>>
>> Jason,
>>
>> Our voter registration team has completed its research on the records you sent to our attention last week. It turns out that everyone was legitimate and we were able to merge the records. Please send me the rest of the records (I believe you said there were 109ish). We will research, merge if appropriate, and I will let you know the results.
>>
>> Thanks,
>>
>> Rich S.
>>
>> **Richard T. Siejack, Deputy Director**
>> **Anne Arundel County Board of Elections**
>> **6740 Baymeadow Drive, Glen Burnie, MD 21060**
>> 410-222-6600 (ext. 0401)
>> 410-533-0482 (cell)
>>
>>> On Fri, Feb 9, 2024 at 5:57 PM Jason Rheinstein <jrheinstein@gmail.com> wrote:
>>>> Thanks!
>>>> Jer
>>>> Sent from my iPhone
>>>>
>>>>> On Feb 9, 2024, at 5:53 PM, Richard Siejack -SBE- <richard.siejack@maryland.gov> wrote:
>>>>>
>>>>> Jason

Jason,

I received the lists. I will ask our voter registration team to research these next week.

Have a great weekend.

Rich S.

On Thu, Feb 8, 2024 at 9:46 PM Jason Rheinstein <jrheinstein@gmail.com> wrote:
> Hi Rich,
>
> It was great chatting with you earlier today.  I am attaching the sample list i mentioned, which Bob and I received from an
> outside citizens group that performed a data analysis project on the voter file.  It has two tabs each with 10 specific
> examples of suspected duplicate voter registrations.  The first tab is suspected duplicates with variations in the last name
> (possibly married and maiden names) and the second tab is suspected duplicates with slight permutations in the birth date
> (such as 2/3/90 and 3/2/90 etc).
>
> Could you please check into whether these are actual duplicates and let us know so that we will have an idea as to
> whether there is credibility to the findings these folks made?
>
> Thanks for your help.
>
> Best,
> Jer
>
>
>
> Sent from my iPhone

--

<AA Duplicates.xlsx>