IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| MARYLAND ELECTION INTEGRITY, LLC, et al., | * * * * | |
| Plaintiffs, | * * | |
| v. | * * * | Civil Case No.: SAG-24-00672 |
| MARYLAND STATE BOARD OF ELECTIONS, | * * * * | |
| Defendant. | * * | |

\* \* \* \* \* \* \* \* \*

## ORDER

Plaintiffs filed their Complaint on March 6, 2024. ECF 1. Defendant filed a motion to dismiss the Complaint on March, 28, 2024. ECF 8. The Brennan Center for Justice at New York University School of Law ("Brennan Center") filed a motion for leave to file a brief as *amicus curiae* in support of Defendant's motion to dismiss on April 4, 2024. ECF 13. Because Plaintiffs filed an Amended Complaint on April 8, 2024, ECF 16, Defendant filed another motion to dismiss the Amended Complaint on April 22, 2024, ECF 24, and the Brennan Center filed another motion for leave to file a brief as *amicus curiae* in support of Defendant's second motion to dismiss on April 25, 2024, ECF 28. The parties appear to agree that the original motions predating the Amended Complaint are now moot. Therefore, it is this 3rd day of May, 2024, ORDERED that Defendant's original motion to dismiss, ECF 8, and the Brennan Center's original motion for leave, ECF 13, are DENIED as MOOT.

/s/
Stephanie A. Gallagher
United States District Judge