| COUNTY BULLETIN – March 17, 2023  Vol. 19 Issue 06 | Sent to you by the State Administrator and Staff    Page 3 of 4 |

## COMAR Updates

At its October meeting, the State Board approved amendments to Subtitles 13 and 18, which were published in the Maryland Register on March 10th for a 30 day public comment period, which ends on April 10th. Those amendments focus on campaign finance. They are:

- 33.13.02.02: This new regulation defines the requirements and parameters of a final campaign finance report.
- 33.13.10.01 & 33.13.13.04: These amendments:
  - Define "firewall" as related to campaign financing; and
  - Defining the parameters of the use of a vendor as related to campaign financing.
- 33.13.20.03: This new regulation clarifies that payroll contribution deductions are not considered a recurring contribution under Election Law.
- 33.13.22.01, .02, .03, .05, & .06: These amendments:
  - Clarifies the scope of COMAR 33.13.22 Legal Expenses and repeals the requirements of Regulations .02, .06, and .07 under COMAR 33.02, .06, and .07;
  - Removes the requirement of a political committee to report all contributions received, disbursements made, and outstanding obligations incurred in connection with legal expenses associated with maintaining or contesting the results of an election on a disclosure report; and
  - Clarifies that a contribution to a political committee for legal expenses related to contesting election results are subject to the contribution limits set forth in Election Law.
- 33.13.23..01- .11:  This new chapter:
  - Defines who is eligible to and who is prohibited from establishing an exploratory committee;
  - Defines the scope of what an exploratory committee may do, what disbursements are permissible or prohibited, and the amount of funds the committee may receive from a person;
  - Requires an authority line on any material produced by an exploratory or draft committee;
  - Requires an exploratory or draft committee to establish a bank account; and
  - Limits the dollar amount of funds or assets that an exploratory committee can transfer to a political committee and specify what to do with any surplus funds.

## COMAR Updates Continued

- 33.18.01.02: These amendments update the fine amount for civil penalties and establishes the amounts for civil penalties for failing to receive affirmative consent for recurring contributions and for failure to report certain contributions.

The full text of the amendments and new regulations can be found on SBE's website and the Online Library.

## PIA Requests

Many of you forwarded to SBE, public records requests from electionspublicrecordsrequest@gmail.com that were requests for EL45a, EL30a, and EL52s reports from the voting system for the 2016 through 2022 General Elections. As of yesterday, those requests have been responded to and documents provided by SBE. If you continue to receive the same request, you do not need to forward it to SBE. However, you should respond to the request and explain that the request was already responded to by SBE. If you have any questions, please contact Tracey Hartman.

## Manual Audit Update

As of February 27th, all manual audits were completed. Thank you to everyone who had a hand in completing these audits at each local board. After the completion of the manual audits, SBE is required to publish a report on the outcome of the audits on our website. This report was published on March 14th, and can be found HERE. If you have questions on the report, please contact Tracey Hartman.

## User Update to Inbox/Outbox

The LBE Inbox/ Outbox will soon require all users to login with a unique username and password. Sharing logon credentials will be prohibited. For this reason the form below should be completed by the election director for each user that will require access to the Inbox/ Outbox. **Please have all form entries submitted by 3/31/23**. Once usernames have been created and the Inbox/ Outbox server has been configured, SBE will provide additional communication which will include user credential testing.

Inbox/ Outbox User Request Form
(Link to copy & paste)
https://app.smartsheet.com/b/form/a0fea0b7cd794a2f8a38f2f802a78f2a


EXHIBIT 1