FILED: May 17, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1449
(1:24-cv-00672-SAG)

_____

MARYLAND ELECTION INTEGRITY, LLC; UNITED SOVEREIGN AMERICANS, INC.

        Plaintiffs - Appellants

v.

MARYLAND STATE BOARD OF ELECTIONS

        Defendant - Appellee

and

BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW

        Amicus Curiae

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:24-cv-00672-SAG |
| Date notice of appeal filed in originating court: | 05/15/2024 |
| Appellant | Maryland Election Integrity, LLC and United Sovereign Americans, Inc. |
| Appellate Case Number | 24-1449 |
| Case Manager | Taylor Barton<br>804-916-2702 |