FILED: February 26, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1449
(1:24-cv-00672-SAG)

_____

MARYLAND ELECTION INTEGRITY, LLC; UNITED SOVEREIGN
AMERICANS, INC.

      Plaintiffs - Appellants

v.

MARYLAND STATE BOARD OF ELECTIONS

      Defendant - Appellee

 and

BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW

      Amicus Curiae

_____

M A N D A T E

_____

The judgment of this court, entered February 4, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*